AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Emma Goidel and others similarly situated | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-07619 |
| Aetna Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Emma Goidel and others similarly situated.

Date: 09/14/2021

/s/ Sunu P. Chandy
*Attorney's signature*

Sunu P. Chandy / SC3535
*Printed name and bar number*

National Women's Law Center
11 Dupont Circle, Suite 800
Washington, DC 20036
*Address*

schandy@nwlc.org
*E-mail address*

(212) 588-5180
*Telephone number*

(202) 588-5185
*FAX number*