UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br><br> -against-<br><br>AETNA INC.;<br><br>    *Defendant*. | Case No. 1:21-cv-07619<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Alison Tanner hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Emma Goidel in the above-captioned action.

  I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, as well as a certificate of good standing from the Bar of the District of Columbia.

Dated: September 14, 2021    Respectfully Submitted,

              Applicant's Signature: */s/ Alison Tanner*

              Applicant's Name: Alison Tanner

              Firm Name: National Women's Law Center

              Address: 11 Dupont Circle NW, Suite 800

              City/State/Zip: Washington, DC 20036

              Telephone/Fax: (202) 238-3311

              Email: atanner@nwlc.org

2

**CERTIFICATE OF SERVICE**

    I, Alison Tanner, hereby certify that on September 14, 2021, I caused the foregoing Motion for Admission Pro Hac Vice and accompanying Certificate of Good Standing, Affidavit, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                      */s/ Alison Tanner*

  &nbsn;                                  Alison Tanner