UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMA GOIDEL, on behalf of herself and all others similarly situated,

          *Plaintiff*,

-against-

AETNA INC.,

          *Defendant.*

Case No. 1:21-cv-07619

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Alison Tanner, being duly sworn, hereby declare under penalty of perjury:

1. I am a Litigation Senior Counsel with the National Women's Law Center.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Attorney Identification Number: 230504.

8. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in case number 1:21-cv-07619 for Plaintiff Emma Goidel.

Dated: September 14, 2021

Bronx, New York

                                                                Alison Tanner
                                                                Litigation Senior Counsel
                                                                National Women's Law Center
                                                                11 Dupont Circle NW, Suite 800
                                                                Washington, DC 20036
                                                                Tel: (202) 238-3311
                                                                atanner@nwlc.org

Subscribed and sworn to before me this 14 day of September, 2021

Signature of Notary Public: _____

Date Commission Expires: 11/30/2023

DEBRA SLOANE
Notary Public
Connecticut
My Commission Expires Nov 30, 2023