UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMA GOIDEL, on behalf of herself and all others similarly situated,

        *Plaintiff*,

  -against-

AETNA INC.;

        *Defendant*.

Case No. 1:21-cv-07619

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

    The motion of Alison Tanner for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Alison Tanner |
| Firm Name: | National Women's Law Center |
| Address: | 11 Dupont Circle NW, Suite 800 |
| City/State/Zip: | Washington, DC 20036 |
| Telephone/Fax: | (202) 238-3311 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Emma Goidel in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge