UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>-against-<br><br>AETNA, INC.<br><br>    *Defendant*. | Case No. 1:21-cv-07619 (VSB)<br><br>**APPLICATION GRANTED**<br>**SO ORDERED**<br>**VERNON S. BRODERICK**<br>**U.S.D.J.**  10/26/2021<br><br>The protective order will be entered with minor modifications. |

**JOINT MOTION FOR PROTECTIVE ORDER**

  Pursuant to Federal Rule 26(c), Plaintiff Emma Goidel and Defendant Aetna, Inc. respectfully request that the Court enter the attached qualified protective order.

  The parties have agreed and stipulated to the protective order attached as Exhibit A in order to engage in discovery for settlement discussion purposes and to engage in discovery while safeguarding protected health information. Because discovery will likely involve disclosure and exchange of details regarding medical treatment and health information related to Aetna members who sought coverage for fertility treatment, which is protected and confidential, a qualified protective order is necessary to ensure confidentiality and safeguard the privacy of these members. If entered, the protective order will govern the handling of documents and any other information or material produced, given, or exchanged by the parties and any non-parties since the inception of this matter.

  Accordingly, the parties respectfully request the Court enter the qualified protective order attached to this motion as Exhibit A.

Dated this 25th day of October, 2021.

*(signature)*

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman
Debra Greenberger
Francesca G. Cocuzza
Noel R. León
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Sunu Chandy
Michelle Banker
Alison Tanner
11 Dupont Circle NW, Suite 800
Washington, DC 20036
(202) 588-5180

*Attorneys for Plaintiff Emma Goidel*

*(signature)*

BAKER BOTTS L.L.P.
Earl B. Austin
Sarah Reeves
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

*Attorneys for Defendant Aetna, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2021, a true and correct copy of the foregoing was served on all parties through the Court's ECF system.

*(signature)*

Earl B. Austin