UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, ILANA LEE, MADELEINE LEE, and LESLEY BROWN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>AETNA, INC.<br><br>*Defendant*. | Case No. 1:21-cv-07619 (VSB) |

## STIPULATION AND ORDER TO SUBSTITUTE DEFENDANT AND CHANGE CASE CAPTION

The following stipulation is entered into by and between Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown (collectively, "Plaintiffs"), current Defendant Aetna, Inc. and substitute Defendant Aetna Life Insurance Company ("ALIC").

Aetna Inc. represents that it is a holding company that owns ALIC in its entirety. Aetna Inc. has no insurance operations or products, no involvement with the daily insurance operations of ALIC or with the provision or administration of Aetna health insurance plans. ALIC represents that it is the entity that provided and/or administered the relevant Aetna plans at issue in this case. ALIC further represents that it is the entity responsible for the development and content of Aetna Clinical Policy Bulletin 0327 under all circumstances.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 15, by and between Plaintiffs, Aetna Inc. and ALIC that (1) the Amended Complaint in this action shall be deemed amended to change the name of the defendant to Aetna Life Insurance Company; (2) the Answer in this action shall be deemed to be the answer on behalf of Aetna Life Insurance Company; (3) all discovery requests, responses and objections referring to

"Aetna" or "Aetna Inc." should be construed to mean Aetna Life Insurance Company; and (4) the caption in this matter shall be changed to remove Aetna Inc. as a defendant and to substitute Aetna Life Insurance Company.

The foregoing stipulation is entered into this 15th day of April, 2022.

| | |
|---|---|
| EMERY CELLI BRINKERHOFF ABADY WARD & MAAZEL LLP | BAKER BOTTS L.L.P. |
| /s/ Zoe Salzman | /s/ Earl B. Austin |
| Zoe Salzman | Earl B. Austin |
| Debra Greenberger | Sarah E. Reeves |
| Noel R. Leon | 30 Rockefeller Plaza |
| Francesca Cocuzza | New York, New York 10112 |
| 600 Fifth Avenue, 10th Floor | Tel.: (212) 408-2500 |
| New York, New York | earl.austin@bakerbotts.com |
| | |
| NATIONAL WOMENS LAW CENTER | CALCAGNI & KANEFSKY LLP |
| Sunu Chandy | Mariellen Dugan |
| Michelle Banker | One Newark Center |
| Alison Tanner | 1085 Raymond Boulevard, 14th Floor |
| 11 Dupont Circle NW, Suite 800 | Newark, New Jersey 07102 |
| Washington DC 20036 | Tel.: 862-397-1796 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Aetna Inc. and Aetna Life Insurance Co.* |

## **ORDER**

IT IS SO ORDERED by the Court, this _____ day of April, 2022.

_____
Hon. Vernon S. Broderick
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2022, a copy of the foregoing Stipulation and Proposed Order to Substitute Defendant was electronically filed with the clerk of court of the United States District Court for the Southern District of New York, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Earl B. Austin*
Earl B. Austin
