**BAKER BOTTS L.L.P.**

| | |
|---|---|
| 30 ROCKEFELLER PLAZA | AUSTIN   LONDON |
| NEW YORK, NEW YORK | BEIJING   MOSCOW |
| 10112-4498 | BRUSSELS   **NEW YORK** |
| | DALLAS   PALO ALTO |
| TEL  +1 212.408.2500 | DUBAI   RIYADH |
| FAX  +1 212.408.2501 | HONG KONG   SAN FRANCISCO |
| BakerBotts.com | HOUSTON   WASHINGTON |

February 21, 2023

Earl B. Austin
TEL: 212.408.2564
FAX: 212.259.2564
earl.austin@bakerbotts.com

<u>VIA ECF</u>
Hon. Valerie Figueredo
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Goidel, et al. v. Aetna, Life Ins. Co.*, Case No. 1:21-cv-07619

Dear Magistrate Judge Figueredo:

We represent Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. In accordance with Your Honor's Individual Rules, Aetna respectfully submits this letter application, on consent of Plaintiffs, to adjourn the court conference currently scheduled for Monday, February 27 at 11:30 AM as both lead counsel for Aetna are unavailable at that time.

We respectfully request that the conference be rescheduled for Thursday, March 2nd or Friday, March 3rd, or the following week, March 7th through 10th. Counsel for the parties are unavailable on Wednesday, March 1st and Monday, March 6th.

This is Aetna's first request for adjournment. Plaintiffs' counsel has advised that Plaintiffs consent to this request and that they are available on the proposed dates.

Respectfully submitted,

*/s/ Earl B. Austin*
Earl B. Austin

---

**Application Granted**

*[signature]*
Valerie Figueredo, U.S.M.J.
DATED: 2-21-2023

The conference scheduled for February 27, 2023 is adjourned to **March 7, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code 9781335. The Clerk of Court is directed to terminate the motion at ECF No. 49. SO ORDERED.