UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMMA GOIDEL, ILANA LEE, MADELINE LEE,
and LESLEY BROWN, on behalf themselves and all
others similarly situated,

                                        Plaintiff,

                  -against-

AETNA LIFE INSURANCE COMPANY,

                                        Defendant.
------------------------------------------------------------------X

21-CV-7619 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the conference held before the Court on March 7, 2023, Defendants are directed to produce member records with redactions for personal identifying information. Moreover, the parties are directed to meet and confer regarding privilege redactions, and to submit a letter to the Court if any dispute arises.

      **SO ORDERED.**

DATED:    New York, New York
               March 13, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge