# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

June 21, 2023

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

      The parties submit this letter to inform the Court that they are engaged in serious settlement discussions and jointly request a 30-day stay of all deadlines to focus on settlement. Specifically, the parties propose that all current deadlines be stayed and that, on or before July 28, 2023, the parties file a status report updating the Court on the status of the settlement discussions and either (1) requesting an additional stay to continue settlement discussions or (2) proposing a new Case Management Plan and Scheduling Order to reset all briefing and discovery deadlines. The parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023 (the current deadline for the motion for class certification).

      The parties respectfully ask the Court to so order this request.

                                                                     Sincerely,

| /s/ | /s/ |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | BAKER BOTTS LLP |
| Zoe Salzman | Earl B. Austin |
| Debra Greenberger | Sarah Reeves |
| | 30 Rockefeller Plaza |

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

<div style="column-count:2">

Eric Abrams
Andrew K. Jondahl
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Sunu Chandy
Michelle Banker
Alison Tanner*
Noel R. León
1350 I Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs*

\*Admitted *pro hac vice*

New York, New York 10112
(212) 408-2500

CALCAGNI & KANEFSKY LLP
Mariellen Dugan
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, New Jersey 07102

*Attorneys for Defendant*

</div>