# BAKER BOTTS L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

July 26, 2023

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 07/27/2023

Extension is granted until August 4, 2023.

<u>VIA ECF</u>
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Goidel, et al. v. Aetna Life Insurance Co.*, Case No. 1:21-cv-07619

Dear Judge Broderick:

    We represent Defendant Aetna Life Insurance Co. ("Aetna") in the above-referenced matter. In accordance with Your Honor's Individual Rules, Aetna respectfully submits this letter application, on consent of Plaintiffs, to extend the parties' time to file a status report updating the Court on the status of settlement discussions from July 28, 2023 to August 4, 2023. The parties have engaged in productive settlement discussions to date and anticipate another settlement meeting to take place next week. As such, Aetna requests this one-week extension so the parties can engage in an additional meeting before reporting back to the Court. This is Aetna's first extension request and Plaintiffs' counsel has advised that Plaintiffs consent to this extension.

Respectfully submitted,

*/s/ Earl B. Austin*
Earl B. Austin