UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, ILANA LEE, MADELEINE LEE, And LESLEY BROWN, On Behalf Of Themselves And All Others Similarly Situated,<br><br>              *Plaintiffs*,<br>  -against-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>              *Defendant*. | Case No. 1:21-cv-07619 (VSB) |

## MOTION TO WITHDRAW APPEARANCE BY ANDREW K. JONDAHL

Upon the accompanying affirmation of Andrew K. Jondahl, the undersigned respectfully moves this Court to withdraw the appearance of Andrew K. Jondahl on behalf of Plaintiffs.

Dated: July 31, 2023
       New York, New York

                                    EMERY CELLI BRINCKERHOFF
                                    ABADY WARD & MAAZEL LLP
                                    By: _____/s/_____
                                    Andrew K. Jondahl
                                    600 Fifth Avenue
                                    10th Floor
                                    New York, NY 10020
                                    (212) 763-5000

                                    *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, ILANA LEE, MADELEINE LEE, And LESLEY BROWN, On Behalf Of Themselves And All Others Similarly Situated,<br><br>　　　　　*Plaintiffs*,<br>　-against-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　*Defendant*. | Case No. 1:21-cv-07619 (VSB) |

## AFFIRMATION OF ANDREW K. JONDAHL IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

ANDREW K. JONDAHL, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate with the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Plaintiffs.

2. I am one of the attorneys of record for Plaintiffs in this action.

3. As of August 2, 2023, I am leaving my employment with ECBAWM.

4. Zoe A. Salzman, Debra Greenberger, and Eric Abrams from ECBAWM are also attorneys of record and they, along with co-counsel from the National Women's Law Center, continue to represent Plaintiffs in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in this action.

Dated: July 31, 2023
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew K. Jondahl