# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

September 8, 2023

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

The Court has twice previously stayed all deadlines to allow the parties to focus on settlement. *See* Dkt. Nos. 60, 68. We write today to provide an update on the status of settlement discussions. Dkt. 68. Settlement discussions are continuing and the parties respectfully request an additional stay until September 15, 2023, on or before which the parties expect to be able to sign a term sheet memorializing key settlement terms. On that date, the parties will file another joint status report (1) informing the Court that a term sheet has been signed and requesting an additional stay to prepare the settlement agreement and motion for preliminary approval; or (2) in the event no agreement on the term sheet has been reached, proposing a new Case Management Plan and Scheduling Order to reset all briefing and discovery deadlines. The parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023.

The parties respectfully ask the Court to so order this request.

Sincerely,

_____/s/_____   _____/s/_____
EMERY CELLI BRINCKERHOFF   BAKER BOTTS LLP
ABADY WARD & MAAZEL LLP   Earl B. Austin

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

<div style="display: flex;">

Zoe Salzman
Debra Greenberger
Eric Abrams
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Michelle Banker
Alison Tanner*
Noel R. León
Sudria H. Twyman*
1350 I Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

</div>

Sarah Reeves
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

CALCAGNI & KANEFSKY LLP
Mariellen Dugan
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, New Jersey 07102

*Attorneys for Defendant*

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J.   09/11/2023

This action is hereby STAYED until September 15, 2023. The parties shall provide an update on the status of settlement discussions by September 15, 2023.