# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

September 15, 2023

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

The Court has previously stayed all deadlines to allow the parties to focus on settlement. *See* Dkt. Nos. 60, 68, 72.  We write today to provide an update on the status of settlement discussions. Dkt. 72.  Settlement discussions are continuing but the parties require additional time to negotiate a term sheet memorializing key settlement terms.  The Parties respectfully request an additional stay until September 22, 2023, on or before which the parties expect to be able to sign a term sheet.  On that date, the parties will file another joint status report (1) informing the Court that a term sheet has been signed and requesting an additional stay to prepare the settlement agreement and motion for preliminary approval; or (2) in the event no agreement on the term sheet has been reached, proposing a new Case Management Plan and Scheduling Order to reset all briefing and discovery deadlines.  The parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023.

The parties respectfully ask the Court to so order this request.

Sincerely,

_____/s/_____     _____/s/_____
EMERY CELLI BRINCKERHOFF        BAKER BOTTS LLP

| | |
|---|---|
| ABADY WARD & MAAZEL LLP<br>Zoe Salzman<br>Debra Greenberger<br>Eric Abrams<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>(212) 763-5000 | Earl B. Austin<br>Sarah Reeves<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-2500 |
| NATIONAL WOMEN'S LAW CENTER<br>Michelle Banker<br>Alison Tanner*<br>Noel R. León<br>Sudria H. Twyman*<br>1350 I Street NW, Suite 700<br>Washington DC 20005<br>(202) 588-5180 | CALCAGNI & KANEFSKY LLP<br>Mariellen Dugan<br>One Newark Center<br>1085 Raymond Blvd, 14th Floor<br>Newark, New Jersey 07102<br>*Attorneys for Defendant* |

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 09/18/2023

This action is hereby STAYED until September 22, 2023. The parties shall provide an update on the status of settlement discussions by September 22, 2023.