# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

September 22, 2023

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

      We write today to provide an update on the status of settlement discussions. Dkt. 74. The Parties are pleased to inform the Court that a settlement term sheet has been signed. The Parties therefore request an additional 60-day stay to prepare the settlement agreement and motion for preliminary approval. To the extent that the Parties are unable to agree on a final settlement agreement, the Parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023.

      The parties respectfully ask the Court to so order this request.

      Sincerely,

| /s/ | /s/ |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | BAKER BOTTS LLP |
| Zoe Salzman | Earl B. Austin |
| Debra Greenberger | Sarah Reeves |
| Eric Abrams | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | New York, New York 10112 |
| New York, New York 10020 | (212) 408-2500 |

(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Michelle Banker
Alison Tanner*
Noel R. León
Sudria H. Twyman*
1350 I Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

CALCAGNI & KANEFSKY LLP
Mariellen Dugan
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, New Jersey 07102

*Attorneys for Defendant*

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 09/25/2023

This action is hereby STAYED until November 22, 2023. The parties shall provide an update on the status of settlement discussions by November 22, 2023.