# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

November 22, 2023

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

  Pursuant to the Court's order (Dkt. 76), we write on behalf of all parties with the status of settlement discussions. Settlement discussions continue to be productive and we are scheduled for a mediation with former Magistrate Judge Steven M. Gold on December 11, 2023. We jointly request an extension of the stay until December 22, 2023 to prepare the settlement agreement and motion for preliminary approval. To the extent that the parties are unable to agree on a final settlement agreement, the parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023.

  The parties respectfully ask the Court to so order this request.

                  Sincerely,

| /s/ | /s/ |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | BAKER BOTTS LLP |
| Zoe Salzman | Earl B. Austin |
| Debra Greenberger | Sarah Reeves |
| Eric Abrams | 30 Rockefeller Plaza |
| | New York, New York 10112 |

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW
CENTER
Michelle Banker
Alison Tanner*
Noel R. León
Sudria H. Twyman*
1350 I Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs*

\*Admitted *pro hac vice*

(212) 408-2500

CALCAGNI & KANEFSKY LLP
Mariellen Dugan
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, New Jersey 07102

*Attorneys for Defendant*

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.**  11/28/2023

This action is hereby STAYED until December 22, 2023. The parties shall provide an update on the status of settlement discussions by December 22, 2023.