# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>DAVID BERMAN<br>NICK BOURLAND<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

December 22, 2023

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

  Pursuant to the Court's order (Dkt. 78), we write on behalf of all parties with the status of settlement discussions. The parties are pleased to report that we had a successful mediation with former Magistrate Judge Steven M. Gold on December 11, 2023, and that the parties have come to an agreement on all remaining issues, including the injunctive and monetary issues that had been outstanding. Plaintiffs have sent a first draft of the settlement agreement to Aetna, but the parties require additional time to agree on a final draft of the agreement and to prepare the motion for preliminary approval. Accordingly, we jointly request an extension of the stay until January 31, 2024 to finalize the settlement agreement and motion for preliminary approval. To the extent that the parties are unable to agree on a final settlement agreement, the parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023.

  The parties respectfully ask the Court to so order this request.

                      Sincerely,

   /s/           /s/
EMERY CELLI BRINCKERHOFF  BAKER BOTTS LLP
ABADY WARD & MAAZEL LLP

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

Zoe Salzman
Debra Greenberger
Eric Abrams
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Michelle Banker
Alison Tanner*
Noel R. León
Sudria H. Twyman*
1350 I Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

Earl B. Austin
Sarah Reeves
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

CALCAGNI & KANEFSKY LLP
Mariellen Dugan
One Newark Center
1085 Raymond Blvd, 14th Floor
Newark, New Jersey 07102

*Attorneys for Defendant*