# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

January 31, 2024

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

      Pursuant to the Court's order (Dkt. 80), we write on behalf of all parties with the status of settlement discussions. As detailed in our prior update, the parties have reached a settlement on all material terms. Plaintiffs provided Aetna with an initial draft of the settlement agreement, and to-date, the parties have exchanged edits to and comments on provisions of key sections of the draft settlement agreement. However, the parties require additional time to agree on a final draft of the agreement which will be submitted to the Court with a motion for preliminary approval. Accordingly, we jointly request an extension of the stay until February 29, 2024 to finalize the settlement agreement and motion for preliminary approval. To the extent that the parties are unable to agree on a final settlement agreement, the parties further agree that Plaintiffs shall not be prejudiced by this stay, including that Defendant shall not raise any arguments in opposition to class certification that would not have been available to them on June 30, 2023.

      The parties respectfully ask the Court to so order this request.

      Sincerely,

_____/s/_____    _____/s/_____
EMERY CELLI BRINCKERHOFF    BAKER BOTTS LLP
ABADY WARD & MAAZEL LLP

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

| | |
|---|---|
| Zoe Salzman<br>Debra Greenberger<br>Eric Abrams<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>(212) 763-5000<br><br>NATIONAL WOMEN'S LAW CENTER<br>Michelle Banker<br>Alison Tanner*<br>Noel R. León<br>Sudria H. Twyman*<br>1350 I Street NW, Suite 700<br>Washington DC 20005<br>(202) 588-5180<br><br>*Attorneys for Plaintiffs*<br><br>*Admitted *pro hac vice* | Earl B. Austin<br>Sarah Reeves<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-2500<br><br>CALCAGNI & KANEFSKY LLP<br>Mariellen Dugan<br>One Newark Center<br>1085 Raymond Blvd, 14th Floor<br>Newark, New Jersey 07102<br><br>*Attorneys for Defendant* |