# Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Jonathan S. Abady
Matthew D. Brinckerhoff
Andrew G. Celli, Jr.
Richard D. Emery
Debra L. Greenberger
Diane L. Houk
Daniel J. Kornstein
Julia P. Kuan
Hal R. Lieberman
Ilann M. Maazel
Katherine Rosenfeld
Zoe Salzman
Sam Shapiro
Earl S. Ward
O. Andrew F. Wilson

Attorneys At Law
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020

Tel: (212) 763-5000
Fax: (212) 763-5001
www.ecbawm.com

Mondaire Jones
Vasudha Talla

Eric Abrams
Nick Bourland
Daniel M. Eisenberg
Ariadne M. Ellsworth
Sara Luz Estela
Laura S. Kokotailo
Sonya Levitova
Sarah Mac Dougall
Sana Mayat
Harvey Prager
Vivake Prasad
Max Selver
Emily K. Wanger

April 18, 2024

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

      Pursuant to Your Honor's Individual Rule 4.B., we write to request additional pages, for a total of 50 pages, for Plaintiffs' forthcoming Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement, due to be filed on May 3, 2024. *See* Dkt. 88. Defendant consents to this request.

      As detailed in the recent Status Report filed by Defendant, the structure of the settlement of this case is exceptionally complex and anticipates extensive and significant monetary and injunctive relief. *See* Dkt. 86. A lengthy memorandum of law is necessary for Plaintiffs' to properly summarize the key elements of the settlement agreement and to demonstrate why preliminary approval of the settlement is appropriate pursuant to the factors enumerated in Federal Rule of Civil Procedure 23(e)(2) and in *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 463 (2d Cir. 1974). Plaintiffs anticipate being able to do so in a brief of 50 pages (excluding the tables of contents and authorities), at maximum. Defendant consents to this request and will not oppose Plaintiffs' motion for preliminary approval. There would therefore be no prejudice to any party should the Court grant this request.

      For the foregoing reasons, Plaintiffs respectfully request that the Court so order this request. We appreciate the Court's attention to this matter.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

                                                Sincerely,

                                                _____/s/_____

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman
Debra Greenberger
Eric Abrams
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Michelle Banker
Alison Tanner*
Noel R. León
Sudria H. Twyman*
Donya Khadem*
1350 I Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*