UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, ILANA LEE, MADELEINE LEE, And LESLEY BROWN, On Behalf Of Themselves And All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>-against-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>*Defendant*. | Case No. 1:21-cv-07619 (VSB)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, the Declaration of Zoe Salzman dated May 3, 2024 and exhibits thereto, the Declaration of Bryn Bridley and exhibits thereto, and upon all prior pleadings, Plaintiffs, by their counsel Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM") and the National Women's Law Center ("NWLC"), will move this Court at the United States Courthouse, 40 Foley Square, New York, New York, before the Honorable Vernon S. Broderick, United States District Judge, for an Order that:

(i) Grants preliminary approval of the settlement agreement between the Parties dated April 18, 2024 (the "Settlement Agreement"), Ex. 1 to the Declaration of Zoe Salzman ("Salzman Decl.");[1]

(ii) Preliminarily certifies the Injunctive Settlement Class and the Damages Settlement Class and appoints ECBAWM and the NWLC as class counsel ("Class Counsel");

(iii) Approves Atticus Administration LLC as the settlement administrator (the

---

[1] All defined terms have the same meaning as they do in the Settlement Agreement. Salzman Decl., Ex. 1.

"Administrator");

(iv)   Approves the form, content, and manner of notice to Potential Class Members and authorizes notice to be distributed in the manner described in the Declaration of Bryn Bridley, as well as the proposed notices to Potential Class Members and the proposed Claim Form Package, *see* Bridley Decl. Exs. B-F;

(v)   Orders Defendant to pay the costs of notice and administration to the Administrator pursuant to the terms and conditions set forth in the Settlement Agreement;

(vi)   Sets a hearing date for consideration of final approval of the settlement, service awards to Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown, and Class Counsel's application for attorneys' fees and expenses; and

(vii)   Granting such other and further relief as may be just and proper.

Dated: May 3, 2024
New York, New York

By: _____/s/_____
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman
Debra L. Greenberger
Eric Abrams
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER
Michelle Banker
Noel R. León
Alison Tanner (*pro hac vice*)
Sudria H. Twyman (*pro hac vice*)
Donya Khadem (*pro hac vice*)
1350 Eye Street NW, Suite 700
Washington DC 20005

2

(202) 588-5180

*Attorneys for Plaintiffs and the putative class*