**EXHIBIT A**

ATTICUS

1250 Northland Drive
Suite 240
Mendota Heights, MN 55120
WWW.ATTICUSADMIN.COM
1-844-728-8428

# CURRICULUM VITAE

### About Atticus Administration LLC

Founded in August 2016, Atticus has administered over 1016 settlements and has distributed more than $1.24 billion in award payments. Collectively, the Atticus team has over 125 years of industry experience, has managed over 3,000 settlements, and has distributed more than $3 billion. Below is a partial listing of our cases, and the cases that our team has managed during their careers.

### Partial Listing of Atticus' Current Cases and References

| Case | Number |
|---|---|
| Shahno v Pendry | |
| AAFCU GAP Interest Settlement | 2020CV32226 |
| Abdul-Ahad v Associated Courier, Inc (Street Fleet) | 0:20-CV-00607-PJS-HB |
| Abrams v Savannah College of Art & Design (SCAD) | |
| Acevedo v Southwest Airlines | 1:16-cv-00024-MV-LF |
| Ahmed v Beverley Hills Rehabilitation Services | |
| Alvechurch v Suburban [PAGA] | |
| Ali v Sutter Valley Medical Foundation | 34-2017-00217486 |
| Allard v Med Impact | |
| Allianz Life Ins Co Class Cert | 27-CV-17-15118 |
| Altamirano-Santiago v Better Produce Inc Class Cert | Civil Action 2:19-cv-3964 |
| Altamirano-Santiago v Better Produce Settlement | 2:19-CV-3964-DDP |
| Alvarez v AutoZone | CIVDS1416344 |
| Amaya v Eagle Tech Manufacturing | 17CV02862 |
| Amaya v Eagle Tech Manufacturing Cert | 17cv02862 |
| AMEX Data Breach | |
| Amezcua Peregrina v SEAM Group | 1:20-cv-01032-SO |
| Anderson v The Cellular Connection | 2021-CA-007204-AXX |
| Andrade v Caltech | VCU 266410 |
| Andrade v ESMI | CIVD82023816 |
| Andrews v Prestige Care, Inc. | 2:18-CV-00378-JAM-KJN |
| Arnold v Edwin Trucking | 20TRCV00191 |

| Case | Number |
|---|---|
| Arrieta v Genentech | 21-CV-05353 |
| Ashe v Farmers Insurance Group | 18STCV00453 |
| Astorga v Bosman Dairy | VCU238439-Class VCU243327 Consolidated |
| Athan v US Steel Corporation | 2:17-cv-14220 |
| Atlanta Hawks FACTA | 2017CV288354 |
| Avilez v Full Steam Staffing | |
| Ayala et al v Olson Brothers Ranchers | |
| Baca v Two Jinn | 37-2020-00000922-CU-OE-CTL |
| Baldwin v RHP Properties | 1881-CV-849 |
| Barragan v Natrol | 56-2022-00567731-CU-OE-VTA |
| Bassett v Vons | RG20082630 |
| Baylog v Hash Flare | 2:18-CV-03043-DDP-PLA |
| Beamon v Event Merchandising Inc | BC683325 |
| Bean v Lewis Boats | 1811-CC01173 |
| Beato v Elite Rooter PAGA | 21stcv16493 |
| Baudette v McDonough (VA Caregiver Program) | CAVC-20-4961 |
| Begley v JK Enterprise (Cabaret II) | 3:21-cv-01031-yy |
| Bejines-Gonzalez v So Valley Fruit & Vegetable Inc | 7:19-cv-55-HL |
| Bell v MCSC | 17-003861-CZ |
| Benefield v Springco Metal Coatings | 1:17-cv-00918-DCN |
| Bennett v Alorica INC | 30-2018-00997257-CU-OE-CXC |
| Bennett v Dart | |
| Benton v NorCal In Alliance | |
| Bernier v AT&F | 1:21-cv-1302 |
| Berthiaume v Allianz Life | 27-CV-17-15118 |
| Best v Twin Inc | ESX-L-8062-16 |
| Bethmann v Roberts (St. Charles County Coop) | 1711-CC01263 |
| BF-Biscomerica-0814 | |
| Bice v Vensure HR | STK-CV-UOE-2016-1264 |
| Phan v. Big Saver Foods FACTA | BC636343 |
| Bilberry v Hardy Window Co. | 30-2019-01065525-CU-OE-CXC |
| Birbower v Quorn Foods | 2:16-cv-01326-DMG |
| Biscardi v GEICO 216b Notice | GJH-21-2240 | US District Court, District of Maryland |
| Blackburn v APTIM | 1:18-cv-00545 |
| Blofstein v Michael's Family Restaurant | NO. 2:17-cv-05578-RBS |
| BMC West case | |
| Boehm v BMW | 2:17-cv-2827 |
| Bolanos v FSC Corporation | BC722758 |

| Case | Number |
|---|---|
| Bonham, et al. v Club Champion LLC | 50-2021-CA-008650-XXXX-MB |
| Bowdle v Kings Seafood | 8:21-cv-01784-CJC-JDE |
| Bowlay-Williams v Google LLC | 4:21-cv-09942-FJH |
| Branning v Romeo Pizza | 1:19-cv-2092 |
| Bravo v Small Progress Co & Riverview Farms | 19CV003943 |
| Breese v NaturChem Distribution | |
| Briggs v TASC | |
| Briceno v. Acqua E Farina Ristorante, LLC | RG19045636 |
| Bruce v Del Monte | |
| Burger v DIRECTV | 20-2-06558-2 |
| Burnett v Professional Credit Mgmt (PCM) | 21OZ-CC00192 |
| Burns v Chesapeake | 15CV01016-RP |
| Burton v MOGA | SCV-265985 |
| Busby v Flowers Foods | |
| Bustos v. Tropicale Foods, Inc. | CIVDS1915805 |
| C.S. v DaVita Dialysis | 2122-cc0494 |
| Caddick v Tasty Baking | 2:19-cv-02106-JDW |
| Caddick-Bertino v Flowers | |
| Cain v Fairfield Health Care PAGA | FCS056452 |
| Calhoun v West Road Pizza Stop | 5:20-cv-12661 |
| Callier v Outokumpu Stainless USA | 21-cv-521-JB-N |
| Camacho v Southwest Harvesting | |
| Cannon v Huntington Hospital | 19STCV14554 |
| Cantonwine v Mahos | |
| Carloss v After-School All Stars LA | 20STCV03869 |
| Carr v Flowers Foods, Inc | 2:15-cv-06391-WB |
| Carrillo v Mabry Management | BC667019 |
| Carroll v CCSF BW | CGC-17-562580 |
| Carroll v CCSF Cert | CGC-17-562580 |
| Carter v Bed Bath & Beyond | L-06178-16 |
| Carter v City of Ferguson | 14SL-CC04195 |
| Carter v City of Ferguson Cert | 14SL-CC04195 |
| Carter v State of Michigan Dept of State Police (MSP) | 15-015901-CZ |
| Cash & Henryhand v Smart Professionals | JCCP4871 |
| Cashon v Encompass | |
| Castro v Caterpillar | LC105350 |
| Caudle v Sprint | 3:17-cv-06874-WHA |
| Centeno v DeVon's Jewelry | STK-CV-UOE-2020-8297 |
| Cervantes v TDT Consulting | 3:18-CV-02547-S |
| Chavez v Smart72 | 17CVP-0176 |

-CONFIDENTIAL INFORMATION-

| Case | Number |
|---|---|
| Chavez v Stellar Management Group VII, LLC | 3:19CV01353JCS and SCV264110 |
| Choukalas v Cuyahoga County | 1:18-cv-00588-JG |
| Christian v Mad Anthonys | 22-2-03132-8 SEA |
| Chung v Alliance One | |
| Ciaz v ND Travel Nurses | |
| Cibulka v St. Louis County, MO | 17SL-CC04021 |
| Citywide v Gruma Corporation | CV19-04724 DSF |
| Clark v Heavy Restaurant Group | 22-2-01864-0-SEA |
| Clay v Dart (Cook County Division 6 Cert) | 1:19-cv-02412 |
| Cole v Orange County | 8:18-CV-1020-DOC-(KESx) |
| Cole v Orange County Cert | 8:18-cv-01020-DOC-KES |
| Coley v Eskaton | 34-2014-00171851 |
| Colina v Goya Foods | ESX-L-8192-21 |
| Collins v Dunbar | |
| Collins v Golden Gate Bell | |
| Comofort v Fernandez Brothers | 5:17-cv-01863-EJD |
| Cook v Window Nation | |
| Corcoran v Herringbone Tavern | CGC-18-570576 |
| Corner v Gregory & Co | |
| Coronado v Flowers Foods | 16-350 JCH/KK |
| Cosio v IPAA | CC-16-551337 |
| Cosio v IPAA Cert | CGC-16-551337 |
| Cottonwood Financial Ltd dba Cash Store | File No. 2020-BCFP-0001 |
| Covarrubias v The Martin Brower Co | 19STCV26101 |
| Cowley v Prudential 216(b) | 2:21-cv-12226-SJM-DRG |
| Coyle v Flowers Foods | |
| Coyle v Mosaic | 19STCV30088 |
| Craw & Shurtleff v Hometown | 18-12149-LTS |
| Crema v New Jersey National Golf Club | SOM-L-1433-17 |
| Crites v Smokey Point | CASE NO. 18-2-19921-2 SEA |
| Culberson v Motion Auto Plaza | 2011-CC00118 |
| Daniels v Top Dot Mortgage | 08 CV 4736 |
| Danley v City of Mission KS | Case No. 17CV05514 |
| Danshir v GNY | |
| Dart v Sheriff of Cook County | |
| Davis v Omnisure | CAM-L-3742-15 |
| Davis v. City of Normandy | 4:18CV01514RLW |
| Day v GEICO Casualty (cert notice) | |
| De Carolis v Broadcom | 21CV384293 |
| De La Rosa v Coca Cola | 17CV000787 |
| De Luna v Pacific Rim Dairy | 14C0070 |
| Deak v In-N-Out Burgers | 30-2019-01060706-CU-OE-CXC |

| | |
|---|---|
| DE Benning v Costco | 34-2021-00309030 |
| Deltoro v City Select | BUR-L-709-19 |
| Demings v. Summit NW | 19-2-09345-5 KNT |
| Diaz v Azcona Harvesting | M127608 |
| Dillard v Fidelity National Financial Inc. | MSC18-00394 |
| Doe v Barnstormers Basketball of Iowa | 3:20-CV-0005 |
| Domenech v National Water Main Cleaning Company | 2:18-cv-08202 SDW-LDW |
| Dominguez v LifeSaver | |
| Donofrio v Auto Owners Ins. Co. | 3:19-cv-58-WHR |
| Doty v Watkins & Shepard Trucking | 3:19-cv-05236-JHC |
| Douillard v Sprint | 8942 |
| Dun & Bradstreet (Group 2-No Settlement) | 1:18-cv-00725-LY |
| Edlin v Boot Man Inc (dba Premier Parking) | 18EV004241 |
| Edwards v Costco | 5:21-cv-00716-MWF-KK |
| Edwards v PJ Ops, Idaho et al. | 1:17-cv-0283 |
| EEOC v Activision Blizzard | 2:21-CV-07682 DSF-JEM |
| EEOC v AMTCR | 2:21-cv-01808-JAD (NJK) |
| EEOC v Hathaway | |
| EEOC v Prestige Care | 1:17 CV 01299-AWI-SAB |
| Ellsworth v Schneider National Carriers | CIVDS2012486 |
| Eldridge v LADMC | |
| Embry v Big Earls Goldmine | 4:19-CV-00305 |
| EMJ-UAW Local 2096 | |
| Empire Parking Settlement | |
| Escalera v La Tapatia Mexican Market | STK-CV-UOE-2017-5296 |
| Escobar v 509 Time | 20-2-14618-8knt |
| Espinoza v Alicia Accoyo | |
| Event Merchandising Settlement | |
| Exact Staffing Settlement | |
| Tran v Fastenal Company | BC717323 |
| Ferguson v G3 Enterprise Services | |
| Fernando v Burroughs | RG18906875 |
| Findley v Avenue5 Residential [PAGA] | |
| Fisher v Behavioral Health Services | BC613297 |
| Pasini v Fish's Eddy FACTA | 1:16-cv-00354-PGG |
| Fitzgerald v Forest River | 3:20-CV-01004-DRL-MGG |
| Flowers Foods Global Settlement | 1:19-cv-01021-STA-egb |
| Flowers Texas Settlement | |
| FMI case | |
| Foster v Advantage | 3:18-cv-07205-LB |
| Foster v A-Para Transit Corp | RG18920985 |
| Furtado Matter | |
| Garcia - PAGA | |
| Garcia v Moctezuma's | |
| Garcia v RCCB | 19STCV36155 |

-CONFIDENTIAL INFORMATION-

| Case | Number |
|---|---|
| Garcia v Toro Petroleum Corp | 21CV000871 |
| Gateley v Roman Freight | 19-2-04498-5 KNT |
| Gaytan-Mendoza v Taylor Orchards | 18-2-00482-3 |
| Gelson's Markets Project | BC670061 |
| George v Schulte Hospitality | 2018-CH-04413 |
| Gil v Luxottica | 19STCV32413 |
| Gilstrap v Sushanti 216b Cert | 1:22-cv-434 |
| Go Jump [PAGA] | |
| Goh v NCR FCRA | AAA No. 01-15-0004-0067 |
| Gomez-Gasca v Future Ag | 19-CV-2359-YGR |
| Gonzales v Healthcare Services Group BW | CGC-18-570988 |
| Gonzalez v New Century Financial Services Inc | ESX-L-007675-17 |
| Gonzalez v Xtreme Manufacturing | |
| Tran v Good Health Natural Products | BC561427 and BC588986 |
| Gotishan v Kyo Autism Therapy | |
| Gould v BCT, Inc | 19-2-00706-36 |
| Gould v Farmers Insurance Exchange | 1922-CC11065 |
| Gray 2 v HCI Group | 18-7440 (KFP) |
| Grubhub | Confidential Master Settlement Administration Agreement |
| Gruma Foods Settlement | 19STCV10106 |
| Gudia v Adams | |
| Guidry v Dow Chemical Company | 2:19-CV-12233-MLCF-KWR |
| Guillen v AAA Limo | |
| Gutierrez v Zero Motorcycles | 19CV03725 |
| Hadley v Sugarmill Distillery | 2020L13 |
| Hanna v Marriott | 3:18-cv-00325 |
| Hanz v. SWBT | None: Arbitration |
| Harding & Moore v Wakefield & Assoc | 18SL-AC26348-01 |
| Harris v Diamond Dolls | 3:19-cv-00598-RCJ-CBC |
| Harris v General Motors Corp | |
| Harris v Georgia Pacific | 6:19-cv-06001-RTD |
| Harris v Wakefield | 1722-cc11907 |
| Hawkins v Middle Tennessee Pizza | |
| Hendrix v. Knight Transport | 19-2-03468-8 KNT |
| Hernandez v Central Valley Community Bank | 278857 |
| Hernandez v City of Houston | Civil Action No: 4:16-cv-03577 |
| Hernandez v Double Lucky | 18CV001441 |
| Hernandez v NY4 Pretzel | 712045/18 |
| Hernandez v So Mo Co Labor Supply, Inc. | M129230 |

| Case | Number |
|---|---|
| Hodges v 77 Grandville | 1:19-cv-00081 |
| Holtegaard v Sierra Aluminum (PAGA) | 5:20-CV-00509-JGB (KKX) |
| Nygaard v Home Advisor | 2017-cv-3200 |
| Home Security Settlement | |
| Hood v Hen Quarter Cert | 2:22-cv-00486 DC OH |
| Hope v Alorica | 3:20-cv-00267 |
| Hudson v Valley Hope Association | 1916-CV24811 |
| Huffman v Pacific Gateway Concessions LLC | 19CIV00412 |
| Hurlocker v APTIM | 3:21-cv-00403-EMD |
| Huynh v Parker -Hannifin Corporation | |
| Ibanez v OC Burger Boys | BC662360 |
| Illinois v Mino Automation | 2022CH08271 |
| In re Galileo Learning | 20-40857 (RLE) AND 20-40858 (RLE) |
| In Re Managed Care Solutions Healthcare | |
| In Re: Chinos Holdings, Inc (J Crew) | |
| IP-CommuniCare-469 | |
| Isley v BMW | 2:19-cv-12680 |
| Jacques v Mike's Mobile | |
| Jadan v Costco | 19CV340438 |
| Janjua v Pilot Travel Centers | |
| James Blancher v KRG JCS | RG18916321 |
| Jeffries v Volume Services America FACTA | 17-1788 (CKK) |
| Jensen v Blue Shield of CA | CGC-17557801 |
| Jewell v New Legend, Inc. | 19-2-06146-0 |
| Jalil v Diesel Services | |
| Jimenez v Environmental Service Partners | CGC 195766544 |
| Jimenez v ESP | CGC-19-576544 |
| Jimenez v San Cristobal Distributing | 56-2020-00545162-CU-OE-VTA |
| Jimenez v San Cristobal Distributing BW | 56-2020-00545162-CU-OE-VTA |
| Jimenez v San Cristobal Distributing Cert | 56-2020-00545162-CU-OE-VTA |
| Jimenez v The Growers Company | 17CV000875 |
| JKM Trading Settlement | |
| Johnson v AFAC | 56-2013-00469494-CUBT-VTA |
| Johnson v Oxnard Automotive Exchange | |
| Johnson v Thomson Reuters | |
| Johnson v Transport Corp of America | 0:21-cv-01003-DWF-JFD |
| Johnson v Volt Management | 19STCV16466 |
| Jozwiak v Cuyahoga County | 1:17-CV-1238 |

-CONFIDENTIAL INFORMATION-

| Case | Number |
|---|---|
| Juarez v ISL | 30-2020-01132859-CU-OE-CXC & 30-2018-01015988-CU-OE-CXC |
| Juarez v Laguna Farms | |
| Kane v Sheriff of Cook County | |
| Kapustka v Cardinal Motors SLO | |
| Katie A v Diana Bonta | LA CV02-05662-JAK-FFMx |
| Kendall v CubeSmart | 3:15-cv-6098(BRM)(LHG) |
| Keyhanzad v Ryan Cars PAGA | |
| Kholbekov v American Chore Services | |
| Kirtley v Startek | 1:22-CV-00258-RMR-NRN |
| Krasnov v PULS Technologies PAGA | CGC-18-570330 |
| Kurzel v Suncoast Credit Union | |
| Kuck v Planet | 2:17-cv-04769-ADS-GRB |
| Labidou v Fleet Lease Network | HUD-L-005191-15 |
| Lama v Mercury Insurance | |
| LaRoda v PearlParadise.com, Inc. | 19STCV32976 |
| Layes v RHP Properties et. al | 1581-CV-02722-C |
| Lazy Boy Furniture Galleries Settlement | |
| Leach v The Claremont Colleges | BC686451 |
| Lee v Del Monaco | |
| Lee v Porcelanosa New York Inc | BER-L-6511-17 |
| Lee v Stoneledge | RG18927149 |
| Lemus v JKM Trading Company | 56-2017-00498637-CU-OE-VTA |
| LeRoy Browne matter | |
| Levine Hat v Innate Intelligence | |
| Levy-Vinick Wage & Hour Case | |
| Liotta v Secure Parking Enforcement | 22EV000598 |
| Liu v QNAP | 19PSCV00668 |
| Liu v QNAP Cert | 19PSCV00668 |
| Lo v Cyberpower | |
| Loness v US Legal Services | |
| Lopez v Adidas | |
| Lopez v George Amaral Ranches | 18CV000082 |
| Lucyk v Materion | |
| LWDA v UTC Restaurant Venture LLC | 37-2019-00057474-CU-OE-CTL |
| LWDA ex rel Frye v Jyve Corporation | CGC-20-582236 |
| Lyons v Green & Green | 3:18-cv-11143-TJB |
| Macdonald v CashCall, Inc | 2:16-CV-02781-MCA-ESK |
| Magana v. Worldwide Recovery Systems | 20STCV05202 |
| Magana-Munoz v Rancho Nuevo Harvesting | |
| Magana-Munoz v West Coast Berry Farm | 5:20-cv-02087-EJD |
| Maierhofer v Blitt & Gaines PC | 17SL-CC04297 |

| Case | Number |
|---|---|
| Maldonado v Dayton Superior Corp | RIC 1615240 |
| Maldonado v GEO Group | |
| Maldonado v Total Staffing | 2017CH01786 |
| Manni v La-Z-Boy | 34-2017-002253592 |
| Maricruz Ladino v. Drew Massa Transportation, LLC | 18CV001488 |
| Marquez v D 'Arrigo Bros | M130455 |
| Marquez v Jack in the Box Inc | Case No. BCV-17-101998 |
| Marquez v Tanimura & Antle | |
| Marroquin v Premium Packaging | |
| Marshall v Coca-Cola Consolidated | |
| Martin v Toyota Motor Credit Corp | 2:20-cv-10518-JVS-MRW |
| Martin v Wakefield | 19SL-AC12801 |
| Martinez v Costco | 19-CV-05624-EMC |
| Martinez v Double L Cattle Co | |
| Martinez v Double L Cattle Co BW | 284357 |
| Martinez v Evans Fruit Co | 18-2-01662-39 |
| Martinez v Expression in Wood | 21STCV00169 |
| Martinez v Knight Transportation | |
| Martinez v Providence Farms | |
| Maasrani v Waterman | |
| Martinez v Double L Cattle Company | |
| Martinez v Expressions in Wood [PAGA] | |
| Matisse v Dun & Bradstreet (Group 1 - Settlement) | 1:18-cv-00725-LY |
| Matthews v Red Hill Country Club | |
| Mattice v Benchmark Conf Resorts | 19CV03102 |
| Mawby v Milo's Kitchen | 1616-CV03384 |
| McClurg v People Ready (3 scenarios) | |
| McCroskey v Tate & Lyle | 1:21-CV-00634 |
| McCurley V Derst Bakeries | 5:15-cv-00194-JMC |
| McGlonn v Sprint | |
| McGrothers v GT Pizza | 2:20-cv-4050 |
| McManus v Gerald O Dry | 22CVS001776 |
| McNeil v CPS (Giles County) | 1:18-cv-00033 |
| MedPro Healthcare Staffing v Clunis | CACE-20-010694 |
| Medrano v Flowers Foods | No. 16-CV-00350 (D.N.M) |
| Medwid v ASAP Holding Co | 37-2016-00010176-CU-BT-NC |
| Meier's v Prosperity | |
| Mejia & Devaney v Coast to Coast Commercial LLC (Sonic) | CIVSB2105311 \| SAN BERNARDINO COUNTY SUPER COURT |
| Mendez v A-Line Messenger Service BW | CIVDS1923624 |
| Mendez v A-Line Messenger Service Cert | CIVDS1923624 |
| Meyers v bebe Stores | 14-cv-00267-YGR |

| | |
|---|---|
| Meyers v Mathias Brothers | |
| Miles v Kirkland Stores, Inc. | 5:18-cv-01559-CJC-SHK |
| Miller v Flower Foods of North Dakota | |
| Miller v. Keystone Freight | 19-2-09146-1 KNT |
| Miranda, et al. v. Mahard Egg Farm, Inc | 4:19-CV-00092-ALM |
| MMT Holdings v City of Dublin, Georgia | Civil Action No. 2016-CG-0644 |
| Moise v Sharmac Corp. | |
| Maldonado v Dayton Superior | |
| Montemarano v Master Group Cert | 1:19-CV-2387 |
| Montemarano v Master Group | 1:19-cv-2387 |
| Montgomery v Continental Intermodal Group Trucking (CIG) | 19-940-MV/GJF |
| Moore v Department of State Hospitals (DSH) | 19STCV16858 |
| Mora v IGT | |
| Morales v OPARC | |
| Morel v Goya Foods | 2:20-cv-05551-ES-CLW and ESX-L-8192-21 |
| Moskowitz v Atlanta Hawks | 2017-cv-288354 |
| Mullins v Data Management Co | 1:20-CV-214 |
| Munoz v Carrollton Springs LLC, ET AL. | 4:20-cv-01719 |
| Munoz v Norman Window Fashions | 20NWCV00279 |
| Nava v Marcos Renteria AG Services | |
| Neal v Hillson's of Lebanon | |
| Neff v Flowers Foods | 5:15-cv-00254-GWC |
| Nelson v Vanguard | 5:19-cv-00030 MFU |
| Nelson v Vanguard Cert | 5:19 CV00030MFU |
| Nguyen v Market Source | 37-2017-00048458-CU-OE-CTL |
| Niemann v JCSMH | |
| Nix v Adams Beverages of NC | 3:19-cv-000669 |
| Noll v Flowers Food Cert | 1:15-CV-00493-LEW |
| Noll v Flowers Foods | 1:15-cv-00493-LEW |
| North v Layers BW | CGC-19-577983 |
| North v Layers PAGA | CGC-19-577983 |
| Nucci v Rite Aid | 19-cv-01434-LB |
| Nucci v Rite Aid BW | 19-cv-01434 |
| Nunes v Home Depot | |
| Nunez v Thompson | MID-L-949-15 |
| Ocampo v Capstan | 19STCV05638 |
| OFCCP v Cerner | |
| OFCCP v Sprint Corporation | |
| Oliphant v SPRINT Management Corp | 8L18-CV-353 |
| Oliver v Centene Corporation | |
| OM-Defendant-4789 (PAGA) | |
| O'Neal-Roberts v Off the Grid Services | RG20075270 |

-CONFIDENTIAL INFORMATION-

| Case | Number |
|---|---|
| Orozco v Gruma Corporation PAGA | 1:20-cv-1290-A WI-EPG |
| Pacheco v Bushfire Grill, Inc. | 3:18-CV-01696-JAH-WVG |
| Padilla v Caliper Building Systems | 0:20-cv-00658 |
| Padilla v Valadao Industries | |
| Padron v AMI Expeditionary Healthcare | |
| Palma v Mercury Insurance Services | CIV-DS1911981 |
| Paningbatan v Motivate Belaire-West | |
| Parish v Cook County | 07 CV 4369 |
| Park v United Collection Bureau, Inc. | 2:15-cv-01306-SRC-CLW |
| Parrot v Wakefield | |
| Medrano v Party City Corporation | STK-CV-UBT-2016-11712 |
| Party City FACTA Cert | 2:16-cv-02996-WBS-EFB |
| Party City FACTA Settlement | |
| Patterson v Volkswagen | |
| Patzfahl v FMS ZA | 2:20-cv-1202 |
| Patzfahl v FSM ZA LLC Class Cert | 20-cv-1202 |
| Payne v Zorbaz | 03-CV-19-2721 |
| Perry v Schnucks Grocery | |
| Pfeiffer Settlement | |
| Phelps v Toyotetsu America | 6:22-cv-00106-CHB-HAI |
| Philemon v Aries et al | 18-cv-1927(RJD)(CLP) |
| Phillips v A-Team Delivers | RG21104034 |
| Piccolo v Go Jump Oceanside | 37-2020-00003052-CU-OE-NC |
| Pierre-Charles v Consumer Portfolio Services, Inc | 3:10-cv-10025-BRM-DEA |
| Piland v Markwort Sporting Goods (Gameface) | 17CV02311 |
| Pina v Nielsen Farms | 18CV001450 |
| Polite v Boscov's | |
| Pororoca et al v Flowers Foods | |
| Power v Sandbox Transportation | 1:16-cv-01978-JLK |
| Pressler & Pressler FDCPA | 2:16-cv-00119-MCA-LDW |
| Price and Bock v Ferrell Gas, Inc | 13:18-cv-01502-JAH-(MSB) |
| Pruitt v Quality Labor Services | 16C9718 |
| Puglisi v Storm Water Inspections & Maintenance | 30-2020-01175159-CU-OE-CXC |
| Pulido GA Pacific case | |
| Quiroz Franco v Greystone Ridge Condos | 30-2018-00980426-CU-OE-CJC |
| Rael v Red Rocks Credit Union | 2020cv3226 |
| Raff v Safavieh | ESX-1-2017-15 |
| Rahman v Gate Gourmet | 3:20-cv-03047-WHO |
| Ramirez v Milton Roy | |
| Ramirez v. Harris Ranch | Case No. 16CECG04103 |
| Ramos v Dairy Avenue | VCU269798 |
| Randall v ICS | 3:20-CV-05438-JLR |
| Randle v SunTrust | |

| | |
|---|---|
| Ray v County of Los Angeles Questionnaire | 2:17-cv-04239-PA-SK |
| Razo v AT&T Mobility Services | 1:20-cv-0172 JLT HBK |
| Receipts FACTA | 1:16-cv-01915-DAD-BAM |
| Redon v LaEsperenza | |
| Rench v HMI Industries | 3:13-cv-00922-SMY-RJD |
| Renteria v Stemilt AG Services | 18-2-00471-8 |
| Reyes v Unified Grocers | BC506565 |
| Rice v The Related Companies | 18STCV02983 |
| Right at Home Settlement | |
| Roach v BM | MID-L-1333-14 |
| Roberson v Ghiringhelli  PAGA | FCS052155 |
| Roberts v Paragon Metals LLC (FLSA Notice) | 1:21-cv-000426-HYJ-RSK |
| Roberts v Tribeca Automotive | ESX-L-5298-16 |
| Rodriguez v Jamba Juice BW | 21STCV45855 |
| Rodriguez v John Bean Technologies | |
| Rodriguez v River City Bank | 34-2021-00296612 |
| Roman v TRM | |
| | 20STCV41510 |
| Rose v Impact Group | |
| Rosenbloom v Jets Pizza | 17SK-CC015895-01 |
| Rosinbaum v Flowers Foods | Civ. A. No. 7:16-cv-00233-FL |
| Ross v Hewlett Packard (HPE) | 18CV337830 |
| Rotor v Signature Consultants | 18-cv-336219 |
| Rough v Costco Wholesale Corporation | FSC052953 |
| Rowe v Ulta Salon, Cosmetics & Fragrance | C34-2019-00267231-CU-OE-GDS |
| Rubin-Knudsen v Arthur Gallagher | CV18-6227JGB(SPx) |
| Rubin-Knudsen v Arthur Gallagher BW | 2:18-cv-06227-JGB-SP |
| Rush v Greatbanc Trust Co (Segerdahl ESOP) | 1:19-cv-00738 |
| Russell v KeHE Distributors | 2:17-CV-01182-JAM-GGH |
| Saenz v Old Dominion Freight Line, Inc. | 1:18-CV-04718-JPB |
| Saldana v Quail Creek Farms | |
| Stallard v MedImpact Healthcare | CV-17-02234-PHX-DJH |
| Sally v Adidas | 20SL-CC03903 |
| Sanchez v California Steel Industries - PAGA | CIVDS1832657 |
| Sanchez v Exact Staff | CIVDS1702554 |
| Sanchez v ExamOne World Wide, Inc. | 17CV308382 |
| Sanchez v LAAEC | 21STCV05609 |
| Sanchez v Mesa Packing LLC | 20-cv-00823-VKD |
| Sanders v Professional Medical Management | 2:16-cv-05634 WJM-MF |
| Santiago v Northland Group | |
| Santino & Durate v Highland Fruit Growers | Case No. 20-2-02233-39 |
| Santos v River Credit Works | |
| Sarubbi v Tech Mahindra | 20-CIV-03616 |

| | |
|---|---|
| Schaefer v Denso | 19STCV00685 |
| Schamp v Fresno SSYPA | |
| Schell v Discovery Practice Management | |
| Schucker v Flowers Foods | |
| | |
| Scobey v General Motors | 20-Civ-12098 |
| Scott v Freeland | 1:22-cv-00043-HAB-SLC |
| Serrano v RCCB | 20STCV45012 |
| Servin v Noble House | 20 CMCV00152 |
| Shami v Tubby Todd Bath Co | Index No. 512800/2019 |
| Shanley v Evereve, Inc | |
| Sharrif v Raymond Management Company | 2018-CH-01496 |
| Shirey v Project One Autosport's | ESX-L-6233-16 |
| Shopko Bankruptcy Settlement | |
| Sigcha v Mid State Pool Liners, Inc. | MID-L-1693-18 |
| Signature Consultants Settlements | |
| Sikorski v New Jersey Venture Partners | GLO-L-861-20 |
| Smentek v Sheriff of Cook County at al | 09-cv-529 |
| Smith v Chelmsford Group | |
| Smith v DI Logistics | |
| Smith v Leif Johnson Ford | 19SL-CC01942 |
| Smith v Local Cantina | 2:20-cv-03064 |
| Smith v Local Cantina Cert | 2:20-cv-03064 |
| Soileau v Argos | 4:18-cv-00848 |
| Solati v. Lend US | FCS048401 |
| Sommers Schwartz FLSA case | |
| Soto v Houselander & Associates | 19-CV-6691-SJB |
| Soto v Vander Tuig Dairy | |
| Sours v JAC Products Class Cert | 5:22-cv-10532-JEL-APP |
| Spack v Trans World Entertainment Cert | 1:17-CV-1335 |
| Spack v Transworld Entertainment | 1:17-cv-1335-TJM-CFH |
| Sparks v Service Finance Company | MIL-L-2441-17 |
| Specialty Retail Shops Holding Corp (Shopko) | 19-80064-TLS |
| Stafford v Debics Cert | 3:22 CV 02106 B |
| Starr-Patterson v Schell & Kampeter | STK-CV-UOE-2020-9296 |
| Stinson Insurance Settlement | |
| Stotesbery v Muy Pizza-Teja's Class Cert | 0:22-cv-01622-KMM-TNL |
| Supplemental Income Trust Settlement-ERISA | |
| Sutton v United Courier | 1;20-cv-682 |
| Tapia v Rivo Holdings | 37-2021-00046361-CU-OE-CTL |
| Taylor v Debics Cert | 3:22 CV 02141 E |
| Teleaga v Beyer Services | STK-CV-UOE-2018-6387 |
| Terry v Bay Area Beverage Co | MSC18-00859 |
| Tharpe v Sprint Corp | |
| The Bakery v Kenneth Pritt | |

-CONFIDENTIAL INFORMATION-

| | |
|---|---|
| The Body Shop FACTA | No. 2017-L-000604 |
| The Cellular Connection | |
| Thomas v City of Edmundson | 4:18-cv-2071 RLW |
| Thomas v Goodman Manufacturing | |
| Thomas v Wellnitz | RG19023516 |
| Tinaco v Quik Stop | RG20061119 |
| Tirado v Deluxe Auto Sales | |
| Titus v Martin-Brower Company | 2:17-cv-00558-JAM-GGH |
| TNG Retail Services | |
| Torres v Community Health Alliance of Pasadena | BC713396 |
| Touma v Budee, Inc. | MSC18-01729 |
| TPH v BSFC | 1916-CV07105 |
| Turner v Walmart | 20SL-CC00466 |
| Udoewa v Divergent | 159458/2018 |
| Udoewa v Ettain Group Inc | 3:18-cv-00535-MOC-DCK |
| USA v Pelfrey & Omega | CIV-18-00945-JD |
| USA v Pfeiffer | 20-cv-1974 (WMW/KMM) |
| USI Settlement | |
| Vae v MOGA | BCV-20-103017-BCB |
| Vaesau v PCT Enterprises, Inc. DBA Precision Cabinets | MSC18-02404 |
| Valdivia v Best Contracting | 19STCV38294 |
| Valladares v Zacky | |
| Vargas v SkySkopes, INC | 56-2020-00544196-CU-OE-VTA |
| Vega v Bar VP Dairy | 269713 |
| Vela Cruz v AG Transport | |
| Velasquez v Vantec Hitachi Transport | 20STCV20016 |
| Velleman v WCU | C.A. No. 1681-CV-03110 |
| Velazquez v SMD | |
| Viesse v Tacoma Screw | 2:16-cv-01026-JCC |
| Velshis-Bautista v. Brewster Heights DBA Gebers | 18-2-00253-24 |
| Villafan v Broadspectrum | 3:18-cv-06741-LB |
| Villanueva v Custom Orchard, Inc | |
| Vinnitsky v LA Overnight | |
| Wa v Safeway Inc | RG20075295 |
| Wade v American Directions Research (ADRG) | 194251 |
| Wade v Furmanite American | 3:18-cv-433 |
| Wakefern (data verification project) | NA |
| Wall v AshBritt | 3:15-cv-08982-PGS-TJ |
| Wall v HP, Inc | 30-2012-00537897-CU-BT-CXC |
| Wallack v AT&T Mobility | CIVSB2117915 |
| WAM PAGA case | |
| Ward v Tilly's Inc. | BC595405 |

-CONFIDENTIAL INFORMATION-

| Case | Number |
|---|---|
| Ward v YRC Freight | 19-2-28259-2 KNT |
| Warsame v Metropolitan Transportation Network (MTN | 20-cv-01318 ECT/ECW |
| Waters v Pizza to You | 3:19-cv-372 |
| Waters v Pizza to You Cert | 3:19-cv-372 |
| Watkins v Pressler Pressler | |
| Watts v TRL Systems [PAGA] | |
| Wazwaz v Hematogenic Laboratory Services, LLC | 2021-CH-5893 |
| Webb \| Santiago v AT&T Mobility | |
| Webb v City of Maplewood | 4:16-cv-1703 |
| Webb v City of Maplewood Cert | 4:16 CV 1703 CDP |
| Wegner v Carahsoft | PJM 20-00305 |
| Weirbach v The Cellular Connection | 5:19-cv-05310-JDW |
| Wellinger v Live Nation | 19STCV04397 |
| Wesco Aircraft Hardware Corporation Settlement | |
| West v Bam! 216b Cert | 1:22-cv-00209-DHU-JHR |
| White v Wesco Aircraft Hardware Corp | BC658654 |
| Whitney v Cook County | 18-cv-4475 |
| Wicks v Title Loan Company DBA The Loan Machine | 17SL-CC02673 |
| Wilk v Skechers | 5:18-cv-01921 |
| Williams v Equitable Acceptance Corporation | 18-CV-07537 (NRB) |
| Williams v Sake Hibachi Sushi & Bar | 3:18-CV-0517-D |
| Wilson v Peckham | |
| Winkel v JH Steak | 20-2-04853-4-SEA |
| Winsor v TBD Pizza | |
| Womack v Superior Energy Services | 7:19-CV-00074 |
| Wood v Athens-Clarke County | 3:14-CV-00043-CDL |
| Xcel Health Settlement | |
| Ybarra v SIP 401K | 8:17-cv-02091-JVS (Ex) |
| Ylvisaker v Clarkson Eyecare LLC | 17SL-CC02089 |
| Youmans v CPS | 19EV001823 |
| Young v Chieftain Coating | 20-cv-10520 |
| Zaldivar v. Moulton Logistics | 19STCV12250 |
| Zambrano v Strategic Delivery Solutions 216b | 15-cv-8410 (ER) ED NY |
| Zamdio v Underground Rocket | |
| Zamora v Walgreen Co | 114CV269810 |
| Zollicoffer v Gold Standard \| Eagle v Vee Pak | 13-CV-1524 (GSB) 12-C-9672 (Vee Pak) |
| Zollicoffer v MVP | 16CV11086 |

**Partial Listing of Cases Managed at Dahl Administration**

Bokusky v. Edina Realty

Applied Card Bank Credit Card Litigation-Data Breach

Sun Country Employee Litigation

Dupont Chemical Pollution Litigation

Haight v Bluestem Brands, Inc. -TCPA

Dugan v TGIF-Wage and Hour/FLSA

Dunkel v Warrior Energy-Energy-Wage & Hour

Shelby v Miller Investment Group-Consumer Finance

Salas v Watkins Manufacturing-FLSA

Dull v IPS-Energy Sector Wage & Hour

Wallach v FFG-TCPA

Bourgeoisie v City of Baltimore-Consumer Fees

Brown v Alley-FLSA

Turner v ACD-Wage & Hour

Villa v San Francisco 49'ers-Consumer Fees

Thomas v Solvay

Reid v Unilever-Mass Tort

Zeller v PDC Corporation-FLSA

Murr v Capital One-Consumer Fraud

Redman v City of Chicago- FACTA

Ernst v Sterling-Dish Case-Consumer Fraud

Ott-Publix-FLSA

Ellsworth v US Bank-Consumer Finance

Vidra v Midland Financial-Consumer Finance

-CONFIDENTIAL INFORMATION-

Vu v Performance Recovery

Freeman v Berkeley Packaging-FLSA

Martin v JTH-TCPA

Walker v Core Power Yoga-Wage & Hour

Froberg v Cumberland Packaging-Stevia in the Raw Settlement-1:14-cv-00670

Debarsekin v L2T-FLSA & Wage and Hour

Gay v Tom's of Maine-False Labeling, 0:14-cv-6060004-KMM

Templeton Rye -False Labeling

Belardes v Farm Fresh to You-FLSA

Tin Cup Settlement-False Labeling

Johnson v Scan SAT-Medical Billing Data Breach

Garcia v EJ Amusement-FLSA and Wage & Hour

Doran v Forever Grand Vacations-Consumer Fraud- Time Share

Velasco v Chrysler Corp-Recall

Covell v Sleep Train-Wage & Hour

Torres v Kwon Yet Lung-FACTA

Redman v IMAX-FACTA

In Re Motor Fuel- Hot Fuel Case- Consumer Fraud, MDL No. 1840, 07-md-1840-KHV

Haight v Bluestem-TCPA

Martin v JTH-TCPA

In Re Target Data Breach-Financial Institutions

## ATTICUS MANAGEMENT TEAM

**Chris Longley, co-founder, and CEO of Atticus Administration LLC –** Former CEO of Dahl Administration, a nationally recognized Claims Administration Company. Licensed Attorney (retired in-active status), admitted to practice Minnesota, 8th Circuit and United States Supreme Court.

During Chris' tenure at Dahl, he successfully managed, more than 300 class and collective action settlements, including some of the highest profile cases in the last few years, including *In Re Motor Fuel* (Hot Fuel) *MDL No: 1840, Case No: 07-md-1840-KHV,* an all- digital notice campaign with over 160 mm class members in 36 states and US Territories, and the *Target Data Breach-* Financial Institutions Settlement, *Case No. 0:14-md-02522-PAM* .

Chris co-founded Atticus Administration LLC, in August 2016. Since its inception, Atticus has administered over 900 settlements and has distributed more than $1 billion in award payments.

Chris and his team, have extensive experience in all matters of notice campaigns, including class certification notices, CAFA notices, WARN notices, ISO notices, Belaire West Notices, 216(b) notices, as well as other complex notification projects on an as need basis.

Chris is the author of *"Internet and Electronic Notification Methods for Rule 23: How to Enhance Reach, Conversion, Real Time Analytics to Reduce Administrative Costs",* published in 2016.

Chris is currently the membership chair of the ABA's Consumer Litigation Committee and Class Actions & Derivatives (CADS) sub-committee and is a frequent speaker on matters relating to complex notice procedures for class action settlements.

Prior to joining the class action industry, he served for 11 years in the private equity industry focusing on telecommunications companies and company acquisitions. He has been a founding member in 14 start-up companies during this same period.

Prior to that experience he was a practicing attorney in Minneapolis, Minnesota. Chris was named "*40 under 40* "by the *City Business Magazine* in 2001, and a "*Power Lawyer*", by *Law and Politics Magazine*. He practiced law for the Minneapolis law firm of Hessian, McKasy & Soderberg, LLP prior to launching his business career.

Chris graduated from William Mitchell College of Law and the University of St. Thomas, and currently splits his time between St. Paul, Minnesota, and New York city.

**Bryn Bridley – Director of Project Management –**   Bryn has over 19 years of Project Management experience within the industry, having worked with two large Settlement Administrators, Rust Consulting and Dahl Administration.  Bryn's past claims administration work included the day-to-day activities of several high-

profile consumer, employment and other types of cases. Bryn has extensive experience with CAFA Notices and Class Certification campaigns. Bryn is an honor's graduate of the University of Minnesota-Duluth and enjoys running and camping in her free time.

**Joel Prest – Director of Technology –** Joel has 15 years of experience with software development and project management. Joel has expertise in designing scalable solutions to allow end users to work more efficiently with easy-to-use applications. Joel's prior work history includes Human Resource Management, which allows him to understand system payroll needs, HIPPA, and tax requirements necessary for employment related cases.

**Jim Hardy, CPA (Inactive) – Co-Founder and CFO –** Prior to co-founding Atticus, Jim held finance leadership positions over a twenty-year period in a variety of industries (contract manufacturing - implantable medical devices, sheet-fed printing, and commodity trading) where the wide-range of responsibilities and challenges from these experiences has enabled him to develop a versatile set of finance, administrative and operations skills.

**Mike Gelhar – Practice Director, Employment & Treasury –** Mike brings over 20 years of payroll experience in the employment law practice area.  Along with his payroll knowledge, Mike is also bringing his work experience as he managed the processing and distribution of one of the nation's largest Labor and Employment administrators.  These cases ranged from a few hundred claimants to over 700,000 claimants in all 50 states, including Puerto Rico.

-CONFIDENTIAL INFORMATION-