**EXHIBIT H**

# Digital Ad Samples

## Search Ads

Class Action Lawsuit | LBGTQ+ Fertility Treatment Settlement
Ad   www.InfertilityInsuranceSettlement.com
A Class Action Settlement May Affect Your Rights. Goidel, et al., v. Aetna Life Insurance Co. US District Court, Southern District of NY, Case No. 1:21-cv-07619 (VSB)

LBGTQ+ Fertility Treatment | Class Action Settlement
Ad   www.InfertilityInsuranceSettlement.com
You May Be Eligible for Money in a Class Action Settlement. Goidel, et al., v. Aetna Life Insurance Co., US District Court, Southern District of NY, Case No. 1:21-cv-07619 (VSB)



## Display Ads

**LBGTQ+ FERTILITY TREATMENT SETTLEMENT**
Denied fertility treatment coverage while in a LBGTQ+ relationship? Your rights may be affected.
Goidel, et al., v. Aetna Life Insurance Co.
US District Court, Southern District of NY
Case No. 1:21-cv-07619 (VSB)

**LEARN MORE**
www.InfertilityInsuranceSettlement.com

**LBGTQ+ FERTILITY SETTLEMENT**
Denied insurance coverage in an LBGTQ+ relationship? Your rights may be affected.

**LEARN MORE**
www.InfertilityInsuranceSettlement.com

