**EXHIBIT I**

Atticus Administration, LLC
Chris Longley - CEO

**Goidel v Aetna**

Prepared for

**Eric Abrams | Attorney**
eabrams@ecbawm.com
P: 212.763.5000

Emery Celli Brinckerhoff Abady Ward & Maazel, LLP
600 Fifth Avenue at Rockefeller Plaza, 10th Floor
New York, NY  10020



Class Action Administration

Estimate E2024-01-E07
Goidel v Aetna

Prepared on April 25, 2024
By Chris Longley – CEO  |  Atticus Administration LLC

Estimate E2024-01-E07 | Goidel v. Aetna                                April 25, 2024

# Estimate Summary

| Atticus Services & Cost Description | |
|---|---|
| NOTICE MAILING-Mailed First Class | $101,324 |
| Initial Notice (22 to 28 pages) and BRE (3 versions) | Included |
| Undeliverable/Return Mail Processing | Included |
| Enhanced search services (75 individuals) | Included |
| Reminder postcards notices (2 rounds) | Included |
| Digital Ad media plan and press release | Included |
| English only | Included |
| PROJECT MANAGEMENT/ADMIN FEES/Technical | $16,050 |
| CAFA (limited scope) | $ 350 |
| CLAIMS    [95% of 75] + [30% of 139] = 113 | $1,695 |
| COMMUNICATIONS | $5,908 |
| PO Box rental | Included |
| 800# with IVR and live operators | Included |
| Case website (interactive, 3 versions of claims filing) | Included |
| correspondence, opt-outs, objections | Included |
| FUND, TAX REPORTING | $1,934 |
| setup QSF, file annual tax returns, file & 1099's. 1099's mailed with check (no postage) | included |
| DISTRIBUTION | $3,338 |
| check printing, payment calculation & verification, bank fees includes ONE round of distributions | included |
| **TOTAL:** | **$130,599** |

## Key Assumptions

- Class Size: **5,621 potential class members.**
- Notices in English only (22 to 28 pages for each notice packet, including claim form and BRE).  There will be three versions of notice – customized to the respective sub-group.
- Noticing includes enhanced search lookup services for 75 individuals.
- Noticing includes 2-rounds of reminder postcards
- Notice plan includes a press release and a digital Ad campaign (see separate media plan for details).
- Data review, cleansing and preparing file for mailing; including NCOA, and new address searches (skip-tracing).
- Claims anticipated at 30% (see pricing variables below).
- Communications includes PO box rental, 800# with IVR, live operator phone coverage and correspondence.
- Communications includes a case website with interactive (claims filing) capabilities.
- Award checks sent to all class members that file a valid claim.

**Options**
- CAFA priced as a limited scope CAFA, if full scope CAFA is necessary, adds $1,500.
- Claims levels for Category B subclass currently priced at 30%, if <20% reduces fees by $200, if =<15%, reduces fees another $200.
- Pricing to retain a Special Master will be mutually agreed upon pending necessity (if residual funds exist from the common fund).

PRINT NAME

Client Signature

*By signing above, I understand and agree to the pricing terms and services to be provided by Atticus Administration for the stated project.*

PLEASE NOTE: This estimate and pricing is for the services stated herein and is valid for 30 days from the date of the estimate. If the Settlement Agreement or other service scope document(s) require additional services not included or priced in this estimate, we will separately price those scope changes and submit an updated quote prior to proceeding with the work.

ROLE

Date

**Payment Terms:**
85% payable at Notice
FINAL 15% payable at Distribution



Estimate E2024-01-E07 | Goidel v. Aetna                               April 25, 2024

# Detailed Budget

## Atticus Services & Cost Description

| DESCRIPTION | | UNITS | | SUBTOTAL |
|---|---|---|---|---|
| **NOTICE MAILING (Data Cleansing & Analysis) Mailed First Class** | | 5,621 | Class Mbrs | **$101,324** |
| *Class Data List - Cleaning & Processing* | | 12.00 | Hrs | $1,482 |
| *Class Notice Create, Review, Proof, Finalize* | | | | $16,838 |
| *Digital Ad Campaign* (Social Media Ads) | | | Ads | $62,334 |
| *Print Published Notice* | | NONE | Ads | $0 |
| *Press Release* | | | | $1,000 |
| *PRINTING Class Notice   22-28 pgs: 12-14 shts w/QR code (3-versions)* | | 5,621 | notices | $7,823 |
| *Postage Stamp (within 1 ounce max weight)* | | 5,621 | ct to mail | $4,087 |
| *Postcard reminder notices* (2 rounds) | | 6,000 | postcards | $3,315 |
| *Enhanced addess lookup service* | | 75 | est ct | $970 |
| *Undeliverable/ NCAO /Return Mail Processing & Remail* (15%) | | 450 | 8% of class | $1,279 |
| *Notice Request Re-Mailing* | | 281 | 5% of class | $2,196 |
| **PROJECT MANAGEMENT** | | 75 | hrs | **$15,000** |
| **TECHNICAL SET UP (includes project kick-off)** | | 6 | hrs | **$1,050** |
| **CAFA (limited scope)** | | | | **$350** |
| **CLAIMS** | | 113 | | **$1,695** |
| **COMMUNICATIONS** | | | | **$5,908** |
| *Telephone - Set-Up + Monthly Fee* | | 12 Months | | $263 |
| *Website (INTERACTIVE claims filing capabilities)* | | 12 Months | | $2,500 |
| *Telephone - Messages/IVR (live operators)* | | 12 Months | | $2,133 |
| *PO Box - Setup & Monthly Fee* | | 12 Months | | $100 |
| *Correspondence - Mail* | | various | | $913 |
| **FUND, TREASURY & TAX Reporting** | | | | **$1,934** |
| *Set-Up QSF* | | 2.00 | Hrs | $260 |
| *Prepare/File Annual Fund Return and 1099/1096 filings* | | 8.00 | Hrs | $1,040 |
| *Mail 1099's*   no postage - mailed with check | | - | postage | $0 |
| *W9 Solicitations* (outreach, correspondence) | | 4.00 | Hrs | $520 |
| *Print 1099's* | | 113 | 1099's | $114 |
| **DISTRIBUTION, Payment Calculations & Reporting** | | | | **$3,338** |
| *Cover Letter & Check - Design/Review/Finalize* | | 4.00 | Hrs | $494 |
| *Payment Data - Calculate & Verify Payments* | | 6.00 | Hrs | $741 |
| *Prepare Payment Reports* | | 6.00 | Hrs | $741 |
| *Check - Print Set-up/Printing/Mail Prep*   (2 checks per claimant) | | 226 | checks | $305 |
| *Check Mailing Postage* | | 226 | mailed | $145 |
| *Check - Undeliverable/ NCAO /Return Mail Processing & Remail* (5% Return) | | 281 | 5.0% est | $325 |
| *Bank Fees (Account Set-Up & Monthly Fee)* | | 24 | months | $586 |
| **DATA STORAGE** | | n/a | | **$0** |
| | | **TOTAL** | | **$130,599** |

## Operating Assumptions

- Class Size: **5,621 potential class members**

- Class Notice forms (three versions) 22 to 28 pages + a BRE). Price includes postage and handling fees. Notice in English only.

- Data review, cleansing and preparing file for mailing; including NCOA, and new address searches, and skip tracing if required.

- Communications includes, PO BOX and mail correspondence and toll-free 800# with IVR and live operators.

- Communications includes a case website with claims filing capabilities. Claims filing will require customization to each of the three separate sub-groups.

- Project management assumes 81 hours at a blended rate of $198 per hour. Includes summary reporting on a weekly basis.

- Qualified Settlement fund assumes 9 months. Price includes tax reporting both state and federal returns. All bank fees are included in pricing.

- Includes one round of distributions.

- Disbursement includes positive pay "anti-fraud" features. Two rounds of distributions included.



Estimate E2024-01-E07 | Goidel v. Aetna

April 25, 2024

# Scope Details

## sub-Class Details (potential class members)

- Class Size is actually a POTENTIAL class of: **5,621**
  separated into three sub-categories as follows:

**Category "A"** (est 75 individuals)
- Basic sub-class, denied basic fertility coverage for sexual orientation
- Notice w/ Opt-OUT option only
- Send notice and request for address verification
  up to 22 pages total with BRE to return any address update(s).
  also a QR code to update address only.

**Category "B"** (est 775 individuals)
- These are POTENTIAL class members
- "Denied Fertility Service" sub-class, confirmed.
- Need to CLAIM (verify) part of defined group of sexual orientation.
- denied basic fertility coverage for sexual orientation
- Notice w/ CLAIM Form and BRE.
- Send notice and request for address verification
  up to 24 pages total with BRE to return claim form.
  also a QR code to file online claim.

**Category "C"** (est 4,771 individuals)
- These are POTENTIAL class members
- Need to verify CLAIM (verify) part of defined group of sexual orientation.
- denied basic fertility coverage for sexual orientation
- Notice w/ CLAIM Form and BRE.
- Send notice and request for address verification
  up to 28 pages total with BRE to return claim form.
  Also a QR code to file online claim.

## Related Claims Process and Award notes

**Category "A"**
- There is NO required claims process for Tier 1 award.
- Sub-class A receive up to a $10,000 award payment ..unless they Opt-OUT
- May also claim out-of-pocket monies, Tier 2 award.
- This sub-class qualifies for "additional compensation" from common fund for additional intangible harm (subject to Special Master review), Tier 3 award.

**Category "B"**
- This sub-class must file a simple claims of ATTESTATION that they are part of the defined group of sexual orientation (the defined class) for Tier 1 award.
- These claims receive up to a $10,000 award payment.
- May also claim out-of-pocket monies, Tier 2 award.
- This sub-class qualifies for "additional compensation" from common fund for additional intangible harm (subject to Special Master review), Tier 3 award.

**Category "C"**
- This group must file a claim that proves they are part of the class and may only claim actual fertility treatment expenses incurred but denied for reimbursement from Aetna. These claims are this group's Tier 1 award.
- May also claim out-of-pocket monies, Tier 2 award.
- This sub-class qualifies for "additional compensation" from common fund for additional intangible harm (subject to Special Master review), Tier 3 award.



Estimate E2024-01-E07 | Goidel v. Aetna                                                                                April 25, 2024

# Scope Details (continued)

**Supplemental explanation of service line items…..**

(1) Notice Design is included in noticing pricing.

(2) Monthly phone and URL charges are included in communications pricing.

(3) Processing Details
    - Claims:
        - Creating paper form, developing processing procedures, copying, and scanning documents, data entry, staff training, creating online form validation and verification logic, and testing time, and staff time to verify claims.
        - Management of Deficient claims, including development of cure letters, sending, receiving, and processing responses.
    - Opt Out Processing Details

(4) Communications includes:
    - Website – content development and site build
    - Telephone – drafting script, training CSRs, providing detailed call reporting.

(5) Distribution Services includes:
    - Monthly bank fees
    - Account reconciliation
    - Per Check bank transactional fees
    - Breakdown of checks by Tiers 1, 2, and 3

(6) Project Management/Admin/Technical Fees includes:
    - Client meetings and correspondence
    - Weekly and all reporting
    - Handling class member escalations
    - Day to day oversight and direction
    - Declarations



Estimate E2024-01-E07 | Goidel v. Aetna                                                                April 25, 2024

# Scope Details (continued)

## sub-Class Details  claims & awards GRID

| | | Tier 1 | | Tier 2 | | Tier 3 (Special Master) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Default Payment Award Fixed Fee (up to $10k ***) | | Out-of-Pocket Payment Award no MAX (limited by Common Fund ***) | | Additional Extraordinary Expenses remaining Common Fund $$ *** | |
| | | Claim Process | up to $10k | Claim Process | no max *** | Claim Process | no max *** |
| Category A | | no claim necessary | | must claim (same OOP) claim process as noted below for Category C under Tier 1 | | must file valid claim subject to Special Master review | |
| | | auto-pay unless individual Opts-OUT | | | paid only if Common Funds remaining after Primary Awards paid | | paid only if Common Funds remaining after Primary Awards paid |
| Category B | | MUST claim "attest" to being part of defined group | | must claim (same OOP) claim process and noted below for Category C under Tier 1 | paid only if Common Funds remaining after Primary Awards paid | must file valid claim | paid only if Common Funds remaining after Primary Awards paid |
| Categoty C | | MUST claim "attest" to being part of defined group AND MUST submit actual OOP qualifying expenses | | must claim (same OOP) claim process and noted below for Category C under Tier 1 | paid only if Common Funds remaining after Primary Awards paid | must file valid claim | paid only if Common Funds remaining after Primary Awards paid |
| | | Claims Quantity (%'s) assumed across all three Tier categories (pursuant to client direction) | | | | | |

*** **Priority of Award payouts from the Common Fund:**
**1st:** Fixed Fee Default Award payments (up to $10k ea)
   note. If these payments exceed the total Common Fund --- there will be NO Tier 2 or Tier 3 awards paid.
**2nd:** Out-of-Pocket expenses Award payments (no max $$ amount)
   note. While these claims/awards have no $$$ limit, they are inherently limited by the limitation of the Common Fund
**3rd:** Extraordinary Exenses (no max $$ amount)
   note. While these claims/awards have no $$$ limit, they are inherently limited by the limitation of the Common Fund



# Thank you



Chris Longley – CEO

612-315-9007 (Direct)
651-755-2552 (Cell)
clongley@atticusadmin.com

1295 Northland Drive Suite 160
St. Paul MN 55120

www.atticusadmin.com