# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

August 29, 2024

*Via ECF*

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Goidel et al. v. Aetna Life Insurance Co.*, No. 21-cv-7619

Your Honor:

    We write on behalf of all parties to inquire as to the status of the Court's consideration of Plaintiffs' unopposed Motion for Preliminary Approval of the parties' settlement, filed May 3, 2024. *See* ECF Nos. 92-95. The parties are eager to begin the administration of the settlement to the benefit of the entire class as soon as the motion is granted. We are available to provide any additional information the Court may need.

    We thank the Court for its consideration of this matter.

    Respectfully,

/s/
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman
Debra Greenberger
Eric Abrams
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

/s/
BAKER BOTTS LLP

Earl B. Austin
Sarah Reeves
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

| | |
|---|---|
| NATIONAL WOMEN'S LAW CENTER<br>Michelle Banker<br>Alison Tanner*<br>Noel R. León<br>Sudria H. Twyman*<br>Donya Khadem*<br>1350 I Street NW, Suite 700<br>Washington DC 20005<br>(202) 588-5180<br><br>*Attorneys for Plaintiffs* | CALCAGNI & KANEFSKY LLP<br>Mariellen Dugan<br>One Newark Center<br>1085 Raymond Blvd, 14th Floor<br>Newark, New Jersey 07102<br><br>*Attorneys for Defendant* |

*Admitted *pro hac vice*