UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA GOIDEL, ILANA LEE, MADELEINE LEE, And LESLEY BROWN, On Behalf Of Themselves And All Others Similarly Situated,<br><br>　　　　　　　*Plaintiffs*,<br><br>　-against-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　　*Defendant*. | Case No. 1:21-cv-07619 (VSB) |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Settlement and for Attorneys' Fees and Costs, the Declarations of Zoe Salzman, Michelle Banker, and Bryn Bridley, all dated September 25, 2025, and exhibits thereto, and upon all prior pleadings, Plaintiffs, by their counsel Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM") and the National Women's Law Center ("NWLC"), will move this Court at the United States Courthouse, 40 Foley Square, New York, New York, before the Honorable Vernon S. Broderick, United States District Judge, for an Order:

(i)　　Granting final approval of the amended settlement agreement between the Parties dated November 4, 2024 (the "Settlement Agreement"), Ex. 1 to the Declaration of Zoe Salzman ("Salzman Decl.");[1]

(ii)　　Granting final certification of the Injunctive Settlement Class and the Damages Settlement Class for settlement purposes;

(iii)　　Pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2), approving attorneys' fees and costs in the amount of $1,625,000;

(iv)　　Approving service awards for the named plaintiffs Emma Goidel, Madeleine

---

[1] All defined terms have the same meaning as they do in the Settlement Agreement. Salzman Decl., Ex. 1.

Lee, Ilana Lee, and Lesley Brown (the "Named Plaintiffs") of $15,000 each; and

(v)   Granting such other and further relief as may be just and proper.

Dated: September 25, 2025
New York, New York

By: _____/s/_____
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

Zoe Salzman
Debra L. Greenberger
Eric Abrams
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000

NATIONAL WOMEN'S LAW CENTER

Michelle Banker
Noel R. León
Alison Tanner (admitted *pro hac vice*)
1350 Eye Street NW, Suite 700
Washington DC 20005
(202) 588-5180

*Attorneys for Plaintiffs and the putative class*