UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMA GOIDEL, ILANA LEE, MADELEINE
LEE, And LESLEY BROWN, On Behalf of
Themselves and All Others Similarly Situated,

*Plaintiffs*,

- against -

AETNA LIFE INSURANCE COMPANY,

*Defendant.*

Case No. 1:21-cv-07619 (VSB)

## DECLARATION OF BRYN BRIDLEY ON IMPLEMENTATION OF THE NOTICE PLAN AND SETTLEMENT ADMINISTRATION

I, BRYN BRIDLEY, hereby declare under penalty of perjury as follows:

1.      I am the Vice President of Business Development for Atticus Administration LLC ("Atticus"). My business address is 1295 Northland Drive, Suite 160, St. Paul, Minnesota 55120. My telephone number is 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.  I have worked in the class action settlement administration industry for more than twenty (20) years and have been employed by Atticus since 2018. I am over twenty-one years of age and am authorized to make this declaration on behalf of Atticus and myself.

2.      Atticus is the Court-approved Settlement Administrator for the above titled Action and is responsible for carrying out the terms of the Settlement Agreement pursuant to the Court's October 8, 2024 *Order Preliminarily Approving Settlement, Directing Notice to Class Members, and Scheduling a Fairness Hearing* and subsequent November 4, 2024 *Supplemental Order Preliminarily Approving Settlement and Directing Notice to Class Members* (collectively, "Preliminary Approval Order").

3.      I submit this declaration to inform the Parties and the Court of the administration activities completed thus far for this case. This declaration describes the: (i) CAFA Notice, (ii) implementation and effectiveness of aspects of the Notice Plan, (iii) settlement website and Class Member communications, (iv) exclusion requests and objections received and (v) Claim Form Submissions and other forms for compensation received.

**I.      CAFA NOTICE**

4.      On May 17, 2024, Atticus sent notice of the proposed settlement to the U.S. Attorney General and the Attorneys General of 28 U.S. states and territories in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715. The CAFA Notice was sent by Atticus as the Office of the Settlement Administrator and was accompanied by all the proposed settlement documents required of the act. A true and correct copy of the CAFA Notice is attached as **Exhibit A**.

**II.     NOTICE PLAN**

5.      The Court-approved Notice Plan was designed to reach the greatest number of potential Class Members directly, ensure that they were exposed to and provided a variety of methods to access the Notices and other settlement information, and effectively remind them of the Bar Date thereafter. The Notice Plan detailed in the May 3, 2024 *Declaration of Bryn Bridley* was successfully implemented.

Press Releases

6.      On May 3, 2024, Atticus submitted a press release announcing that a settlement had been reached and that motion for preliminary approval had been filed with the press release service Business Wire. The release was placed by 103 outlets with an audience of more than 34 million people. The press release is attached as **Exhibit B**.

7.      On October 10, 2024, Atticus submitted a press release announcing the Court's preliminary approval of the proposed settlement with Business Wire. The release was published by 100 outlets with an audience of over 73 million viewers. The press release is attached as **Exhibit C.**

<u>Direct Notice</u>

8.      Defendant ultimately sent the Notice Packet—inclusive of a Summary Notice with a custom QR Code and the long form Notice specific to the recipient's Category A, B, C, D-A or D-B designation—in English and Spanish, via U.S. First Class mail to 6,345 individuals that the parties identified as potential Class Members ("Potential Class Members"). The packets provided Potential Class Members with information about the settlement using clear and concise language, informed them how they could participate in or opt-out of the settlement, and explained which forms were required verses optional for participation. Atticus worked with Class Counsel to review multiple drafts of the direct notice packets and claim forms. Contents of the Notice Packets are attached as **Exhibit D**.

9.      Initial addresses were obtained from Defendant's files. Undeliverable Notice Packets were returned to an Atticus post office box address, traced through a professional service, and remailed to new addresses obtained. Atticus also performed enhanced searches via IDI Core for Potential Class Members for whom Defendant was unable to obtain mailing addresses and/or whose Notice Packets were returned as undeliverable, and the standard trace process did not return results. Notice Packets were promptly mailed to all new addresses found. As of the date of writing this declaration, 47 Claim Form Packets remained undeliverable. Thus, 99.23% of the Notice Packets are believed to have been successfully mailed.

<u>Publication Notice Plan</u>

10.    A comprehensive media plan was used to supplement direct notice efforts and ensure that Potential Class Members who did not receive mailed Notice Packets were reached. Digital ads, which were drafted in coordination with Class Counsel, were placed to target internet browsers and websites most likely frequented by individuals most likely to be Class Members, such as *Gay Parent*, (https://gayparentmag.com), and *The Parents Magazine* (https://theparentsmagazine.com). Banner ads were also placed in the online edition of the *Gothamist* (http://gothamist.com) newsletter.

11.    As of the date of writing this declaration, the media plan generated more than 11,559,813 impressions. Examples of the digital and banner ads used are attached as **Exhibit E**.

<u>Reminder Notices</u>

12.    On June 27, 2025, Defendant sent a Reminder Notice by U.S. First Class mail to 6,272 Potential Class Members who had contact information on file and who had not submitted Claim Form Submissions, other benefit forms, or exclusion requests. On August 15, 2025, Defendant again sent Reminder Notices by U.S. First Class mail to 6,208 Potential Class Members who had not yet submitted claims, other benefit forms, or exclusion requests. The Reminder Notices were specific to the form requirements of each Potential Class Member's category designation and were mailed in the form of a one-page letter. Atticus received 303 total form submissions between June 27, 2025 and the date of this declaration. True and correct copies of the Reminder Notices used for both remainder mailings are attached as **Exhibit F**.

**III.    SETTLEMENT WEBSITE AND CLASS MEMBER COMMUNICATIONS**

13.    Atticus purchased the URL www.InfertilityInsuranceSettlement.com and established a website at that location on May 3, 2024. Prior to preliminary approval, the website

included a "notify me" feature wherein visitors could leave their email address and be informed of preliminary approval. Atticus sent notice of the Court's Preliminary Approval Order by email to seven (7) individuals on October 16, 2025. A true and correct copy of the email is attached as **Exhibit G**.

14.    The website allows Potential Class Members to view answers to frequently asked questions and important deadlines, access and download information about the settlement, securely file online claims, and upload supporting claim documentation. The website includes access to the Settlement Agreement, Preliminary Approval Order and other documents filed with the Court, as well as all versions of the notice. As the writing of this declaration, the website has received 18,566 visits.

15.    Atticus has established the toll-free phone number 1-800-205-6861, the email address InfertilityInsuranceSettlement@AtticusAdmin.com, and the mailing address Infertility Insurance Settlement, c/o Atticus Administration, PO Box 64053, St. Paul, MN 55164 for Potential Class Member communications. The contact information was printed throughout the content of the Notice Packet and included on the settlement website.

16.    Calls received on the toll-free line are answered by live customer support specialists using an approved script during normal business hours. Callers can hear answers to commonly asked questions through an interactive voice response or "IVR" system after hours and have the option to leave messages for follow-up calls from Atticus' support staff. As of the date of writing this declaration 170 calls have been received.

17.    At the request of Defendant, Atticus conducted email outreach to request supplemental documentation for seventeen (17) Claimants to assist them in validating their form submissions.

18.     Emails are checked and responded to regularly by the Atticus customer support specialist using the approved scripted responses. As of the date of writing this declaration, 120 emails have been received.

## IV.     EXCLUSION REQUESTS AND OBJECTIONS

19.     Atticus received eight (8) exclusion requests from individuals stemming from the Category C Notice Class. None of these individuals submitted the additional documentation necessary (the Attestation and a valid Claim Form Submission) to become eligible Category C Class Members.

20.     Atticus has received one (1) objection. This individual's objection indicated that she is a single heterosexual woman. As such, this individual did not submit an Attestation.

## V.     CLAIM FORM SUBMISSIONS AND OTHER FORMS RECEIVED

21.     Atticus has received 463 total form submissions from 277 unique individuals, of which 242 who submitted forms have been confirmed as having been included on the list of Potential Class Members to whom Atticus sent notice ("Notice Class Members"). Thirty-Eight (38) submissions have been received from individuals without a claimant ID or qualifying Aetna Member ID. A unique claimant ID number and the Aetna Member ID were used to match forms to Notice Class Members, both of which were required in order to submit forms through the website. All form submissions received to date are under review with Aetna.

22.     Out of the 204 who submitted an Attestation, 122 of them indicated they were not in an Eligible LGBTQ+ Relationship.

23.     Of the 242 Notice Class Members who submitted forms, 19 are Potential Category A Class Members, 43 are Potential Category B Class Members, 164 are Potential Category C Class Members, 10 are Potential Category D-A Class Members, and 6 are Category D-B Class Members.

24.    Forty-Two (42) Potential Category C Class Members who submitted an Attestation form, but not a Claim Form have been sent cure letters. A true and correct copy of the Category C cure letter is attached as **Exhibit H.**

25.    The deadline to submit forms online or by mail was August 26, 2025.

26.    As of the date of this declaration, Atticus has received five (5) requests to submit untimely claims, which Class Counsel will evaluate in terms of establishing "good cause" for their untimely submission.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 24, 2025
St. Paul, Minnesota



Bryn Bridley

DECLARATION OF BRYN BRIDLEY ON THE NOTICE PLAN AND SETTLEMENT ADMINISTRATION

**EXHIBIT A**



1295 Northland Drive    1-844-728-8428
STE 160    info@atticusadmin.com
Mendota Heights, MN 55120    atticusadmin.com

May 17, 2024

**<u>Via U.S. Mail</u>**

Steve Marshall
Alabama Attorney General
501 Washington Ave

Montgomery AL 36130-0152

Re:    **Class Action Fairness Act Notice**
       *Goidel, et al. v Aetna Life Insurance Company*
       Case No 1:21-cv-07619 (VSB)
       United States District Court
       Southern District of New York

Dear Sir or Madam:

ATTICUS ADMINISTRATION, LLC has been retained as the third-party Settlement Administrator in a putative class action lawsuit in the above-referenced class action (the "Action") pending in the United States District Court, Southern District of New York. The parties have proposed to settle the claims asserted in the Action with the terms of a Settlement Agreement which was filed with the Court on May 3, 2024.

This notice of a proposed settlement is being provided to you in accordance with the Class Action Fairness Act, 28 U.S.C. § 1715. There is no settlement or other agreement contemporaneously made between Class Counsel and counsel for Defendants.

The enclosed CD-ROM, the contents of which are identified below, includes all materials required under the statute.

<u>Contents of Enclosed CD-ROM</u>

1.    Class Action Complaint, filed September 13, 2021 (ECF No. 1) (Attachment 1)

2.    First Amended Complaint, filed November 5, 2021 (ECF No. 20) (Attachment 2).

3.    Plaintiffs' Motion for Preliminary Approval of the Settlement ("Motion for Preliminary Approval"), filed on May 3, 3024 (Attachment 3), which includes:

    a.    Notice of Motion (ECF No. 92)

    b.    Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 93)

    c.    Declaration of Zoe Salzman in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 94)

CAFA Coordinator
Office of the Attorney General
May 17, 2024
Page 2

      i.   Exhibit 1: Settlement Agreement (ECF No. 94-1)

     ii.   Exhibit 2: [Proposed] Order Preliminarily Approving Settlement, Directing Notice to Class Members, and Scheduling a Fairness Hearing (ECF No. 94-2)

  d.  Declaration of Bryn Bridley in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 95)

      i.   Exhibit A: Atticus CV (ECF No. 95-1)

     ii.   Exhibit B: Summary Notice and Published Notice (ECF No. 95-2)

    iii.   Exhibit C: Long Form Notice for Category A Class Members, Long Form Notice for Category B Class Members, and Long Form Notice for Category C Class Members (ECF No. 95-3)

    iv.   Exhibit D: Out-of-Pocket Expense Submission Form, Miscellaneous Harm Submission Form, and Proof of Greater Covered Care Submission Form (ECF No. 95-4)

     v.   Exhibit E: Attestation Form

    vi.   Exhibit F: Claim Submission Form

   vii.   Exhibit G: Publication Notice Plan

  viii.   Exhibit H: Sample Ads

    ix.   Exhibit I: Administrative Proposal

There are no contemporaneous settlements or other agreements between the Class Counsel and counsel for Defendants. The terms of the proposed class-action Settlement are stated in the Settlement Agreement and Proposed Order of Preliminary Approval.

A final judgment has not been entered in this action, and no notice of dismissal has been filed at this time. The Court has not yet scheduled a Fairness Hearing.

At this time, no written judicial opinions have been issued in this action relating to the materials described in 28 U.S.C. § 1715(b)(3)-(6) regarding any proposed or final notification to the Class Members, any proposed or final class action settlement, any settlement or other contemporaneous agreement, or final judgment or notice of dismissal.

As required by 28 U.S.C. § 1715(b)(7)(A), we inform you that it is not feasible to provide the names of all settlement class members at this time as Defendant lacks precise information to determine which potential class members receiving notice meet the eligibility criteria established

CAFA Coordinator
Office of the Attorney General
May 17, 2024
Page 3

by the Settlement Agreement. Members who receive notice of the settlement and wish to participate must fill out the requisite forms from the Settlement Administrator providing such information, which will be reviewed to confirm that person is an eligible class member.

In addition, with respect to 28 U.S.C. § 1715(b)(7)(A) and (B), it is not feasible at this time to estimate the proportionate share of the claims of such members to the entire settlement. That is in part because we do not yet know how many class members there will be, and because the total amount that any class member receives will be determined after members submit claims that will be adjudicated by Aetna, the Settlement Administrator, and/or the Special Master as outlined in the Settlement Agreement.

As required by 28 U.S.C. § 1715(7)(B), we inform you that based on currently available information, notice of the settlement will be sent to approximately 6,921 potential class members. Based on limited address information presently available, we believe there are class members in the following states (with estimated figures for each state): New York (3,726); New Jersey (110); Connecticut (37); Florida (25); California (19); Pennsylvania (13); Texas (11); Georgia (9); Colorado (6); Massachusetts (6); North Carolina (6); District of Columbia (4); Ohio (4); Virginia (4); Arizona (3); Illinois (3); Maryland (3): Michigan (3); Oregon (3); Indiana (2); Tennessee (2); Vermont (2); Washington (2); Alabama (1); Minnesota (1); New Hampshire (1); New Mexico (1); Oklahoma (1); Utah (1).

The class period in this matter runs through May 31, 2024. Given that the class period is ongoing, Aetna is still actively collecting claims data, which will likely increase the number of notice class members.

If you are unable to access any of the information included on the enclosed CD, or if you have any questions regarding the proposed Settlement, kindly contact the Counsel for Defendant at your earliest convenience.

With kind regards,

Office of the Settlement Administrator


Enclosures-CD ROM

**EXHIBIT B**

**FOR IMMEDIATE RELEASE**
**May 3, 2024**

**CONTACT**
Crystal Mojica, NWLC, cmojica@nwlc.org
Zoe Salzman, ECBAWM, zsalzman@ecbawm.com

## National Women's Law Center and Law Firm Emery Celli Brinckerhoff Abady Ward & Maazel, LLP Announce Settlement of Class Action Lawsuit Against Aetna over LGBTQ+ Fertility Coverage

**NEW YORK,** May 3, 2024 – The plaintiffs, who are represented by the National Women's Law Center and Emery Celli Brinckerhoff Abady Ward & Maazel LLP, who brought a federal class action suit against Aetna over claims of discriminatory practices faced by LGBTQ+ policyholders seeking fertility treatment have reached a settlement with the insurance company, subject to Court approval.

The suit had alleged Aetna's policy for coverage of artificial insemination and in vitro fertilization (IVF) treatments discriminated against LGBTQ+ beneficiaries by requiring them to pay more out of pocket and wait longer than heterosexual couples.

The proposed settlement between Aetna and plaintiffs, Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown was filed May 3, 2024, in the U.S. District Court for the Southern District of New York.

In the lawsuit _Goidel et al. v. Aetna_, filed in September 2021, the plaintiffs challenged Aetna's definition of infertility, alleging it led to unequal insurance coverage treatment for LGBTQ+ couples. Under Aetna's policy, a female health plan beneficiary with a male partner could receive coverage for infertility treatments by claiming the couple had been unable to become pregnant after six or twelve months (depending on their age) of intercourse.

However, couples in LGBTQ+ relationships trying to conceive were required to pay out of pocket for their first six or twelve cycles of artificial insemination before they could get coverage for any additional rounds or become eligible for IVF if otherwise covered by their plan.

Plaintiffs alleged this policy violated Section 1557 of the Affordable Care Act, as well as state and city law for some types of insurance plans.

Under the proposed settlement, Aetna denies liability under these laws, but has agreed to implement the following policy changes:

- Aetna will modify its clinical policy to be consistent with guidelines recently published by the American Society for Reproductive Medicine, whereby all eligible plan members will have equal access to fertility treatment regardless of sexual orientation.

● Aetna will introduce a new standard health benefit plan that includes artificial insemination as a benefit for all Aetna members regardless of sexual orientation.
● Aetna will take steps to ensure that requirements to proceed to IVF in its clinical policies are no more burdensome for LGBTQ+ people than for heterosexual people.

Pursuant to the proposed settlement, Aetna will also compensate class action members (i.e. members of certain New York commercial insurance plans who were or would have been denied reimbursement for artificial insemination) as follows:

● A $2 million common fund will be created to pay additional compensation to each class member.
● Aetna will re-process eligible insurance claims to reimburse class members for their out-of-pocket artificial insemination cycles, up to the plan limits.
● Aetna will also separately pay all the costs of the administrator and special master who will allocate the common fund.

"We celebrate this significant stride toward achieving justice for LGBTQ+ people who have faced obstacle after obstacle trying to access the health care services that they need to build their families," said **Alison Tanner, Senior Litigation Counsel for Reproductive Rights and Health at the National Women's Law Center**. "We are eager to identify all affected class members, and we remain dedicated to advocating for equal access to fertility treatments for everyone, regardless of their sexual orientation or gender identity."

"This settlement will deliver real compensation to LGBTQ+ people affected by this policy and ensure a new, fair policy going forward," said **Zoe Salzman, Partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP.**

"This settlement is a big win for queer families. It means so many of us who hope to become parents or have more children can now begin the journey to do that with the same access to fertility treatment coverage as heterosexual couples," said **Emma Goidel, lead plaintiff on the case**. "We hope other insurance companies will follow Aetna's example and review their policies to make sure everyone has equal access to fertility care."

If you believe you are in the class of individuals covered by this settlement, please visit this page or contact: 1-800-205-6861.

### ###

**EXHIBIT C**

**Court Preliminarily Approves Aetna Settlement Guaranteeing Equitable Fertility Coverage for LGBTQ+ Families**

**NEW YORK, October 10, 2024** – In a landmark decision, the U.S. District Court for the Southern District of New York has preliminarily approved a settlement between Aetna and plaintiffs in *Goidel v. Aetna*, a federal class action addressing claims of discriminatory practices against LGBTQ+ policyholders seeking fertility treatments.

Under the settlement, Aetna will compensate individuals in the affected class, LGBTQ+ members of certain New York commercial and student insurance plans who were, or would have been, denied coverage for artificial insemination.

The lawsuit — filed in September 2021 by Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown — alleged that Aetna's policies regarding artificial insemination and in vitro fertilization (IVF) discriminated against LGBTQ+ beneficiaries by subjecting them to higher out-of-pocket costs and longer waiting periods compared to heterosexual couples. The plaintiffs argued that these practices violated Section 1557 of the Affordable Care Act and various state and local laws.

**Under settlement terms, if the settlement receives final court approval, Aetna will compensate members of the affected class as follows:**

- Reprocess eligible insurance claims to reimburse class members for out-of-pocket expenses related to intrauterine insemination cycles paid for out-of-pocket, at a default amount of $2,300 per class member or up to the limits of their plans, whichever is greater.
- Establish a $2 million common fund to provide additional compensation to each class member.
- Cover all costs associated with the administrator and special master responsible for distributing the common fund.

**Aetna has also implemented the following significant changes to its fertility coverage policies:**

- Aligned its definition of infertility with the guidelines from the American Society for Reproductive Medicine, ensuring that all eligible plan members have equitable access to fertility treatments, regardless of sexual orientation.
- Introduced a new policy making intrauterine insemination a standard medical benefit covered for all members.
- Revised its requirements for progressing to IVF to ensure the treatment is more accessible for LGBTQ+ individuals.

"This decision solidifies a triumph for equitable access to healthcare services for everyone looking to build their families," said **Alison Tanner, senior litigation counsel for reproductive rights and health at the National Women's Law Center**. "We are ready to help affected class members receive the compensation they deserve, and we remain committed to advocating for equitable access to fertility treatments for all."

"The Court's preliminary approval allows us to move forward with distributing real compensation to the LGBTQ+ class members affected by this policy," said **Zoe Salzman, Partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP**.

If you believe you are in the class of individuals covered by this settlement, please visit this page or contact: 1-800-205-6861.

###

**EXHIBIT D**

# NOTICE OF CLASS ACTION SETTLEMENT

*Goidel et al., v Aetna Life Insurance Company*
US District Court, Southern District of New York
Case No. 1:21-cv-07619 (VSB)

## YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT OF APPROXIMATELY $10,000

The District Court for the Southern District of New York has authorized this Notice. This is NOT a solicitation from a lawyer. You have not done anything wrong. Please read this Notice carefully as it may affect your legal rights.

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's ("Defendant," or "Aetna") health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled Goidel et al., v. Aetna Life Insurance Company, Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York. In a class action, one or more individuals called "Named Plaintiffs" (in this case Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown) sue on behalf of all others who have similar claims. Aetna denies the allegations, and the Court did not rule in favor of Plaintiffs or Defendant. Rather, the parties agreed to this proposed settlement.

You have been identified as someone whose member files with Aetna Life Insurance Company ("Defendant," or "Aetna") contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, including for intracervical insemination ("ICI") or intrauterine insemination ("IUI") submitted to Defendant for services between September 1, 2017, and May 31, 2024 (the "Class Period"), and information indicating that you  may be eligible to participate in the settlement ("Category A Class Member").

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS CASE | |
|---|---|
| **DO NOTHING AND RECEIVE MONEY** | You do not have to do anything to receive the approximately $10,000 payment, or a proportionately reduced amount if there are more than 200 Class Members. If the Court approves the Settlement and you do not request exclusion, you will automatically receive that payment. You may also qualify automatically for the $2,300 Default Dollars for Benefits Amount if Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that your plan would have covered. You will give up your right to sue Defendant for the claims resolved in this action. |
| **SUBMIT FORMS FOR ADDITIONAL COMPENSATION OPPORTUNITIES**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may complete and submit an <u>Out-Of-Pocket Expense Submission</u> to potentially receive additional compensation for out-of-pocket expenses incurred as a direct result of Aetna's denial of your infertility coverage.<br><br>You may complete and submit a <u>Miscellaneous Harm Submission</u> evidencing additional harm arising from Aetna's denial of infertility coverage that is not otherwise covered by the Settlement.<br><br>You may complete and submit a <u>Proof of Greater Covered Care Submission</u> evidencing that the procedures you underwent would have |

| | |
|---|---|
| | been reimbursed by your healthcare plan in an amount greater than the $2,300 Default Dollars for Benefits Amount. |
| **REQUEST EXCLUSION FROM THE CLASS**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may submit a written request to be excluded from the Settlement Class ("Opt-Out Request") according to the instructions provided in this Notice. If you opt-out, you will not receive any money but will retain the right to sue Defendant on your own for the claims resolved in this action. |
| **OBJECT TO THE SETTLEMENT**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may object to the terms of the Settlement according to the instructions provided in this Notice and have your objections heard at the date Final Approval Hearing. You cannot request exclusion and also object; you will remain a member of the Class if you choose to object to the Settlement. |

Your rights and options – *and the deadlines to exercise them* – are explained in this Notice.

## BASIC INFORMATION

### 1.    WHAT IS THIS LAWSUIT ABOUT?

Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown ("Plaintiffs" or "Class Representatives") filed a class action lawsuit against Aetna Life Insurance Company ("Defendant" or "Aetna"). Plaintiffs filed the lawsuit on behalf of themselves and on behalf of the group or "Class" of persons who were allegedly discriminated against and denied equal access to fertility treatments as individuals in LGBTQ+ relationships. Defendant denies these allegations.

### 2.    WHAT IS A CLASS ACTION AND WHO IS INVOLVED?

In a class action case, one or more persons sue on behalf of other people who have similar claims. The person or persons who sue are called the Class Representatives or Named Plaintiffs. The Named Plaintiffs represent all similarly situated people in the court. The Named Plaintiffs in this lawsuit are Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown. The entity(s) being sued (in this case Aetna Life Insurance Company) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

### 3.    WHY IS THERE A SETTLEMENT?

Both sides agreed to the Settlement. By agreeing to the Settlement, the attorneys representing the Settlement Class ("Class Counsel") and Defendant's Counsel ("Defense Counsel") (collectively "Counsel") avoid the costs, delay, and uncertainty of trial, and the Settlement Class Members receive the benefits described in this Notice. The Class Representatives and their attorneys think the Settlement is best for everyone who is affected.

### 4.    WHY DID I RECEIVE A NOTICE IN THE MAIL ABOUT THIS CASE?

You received a Summary Notice in the mail because Defendant's records reflect that your member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes submitted to Defendant for services between September 1, 2017, and May 31, 2024, and information indicating that you may be eligible to participate in the settlement.

Do not be alarmed. You have not been sued; nor have you "filed" a lawsuit. This Notice and the Summary Notice that was mailed to you simply inform you of the Named Plaintiffs' lawsuit, let you know that you have been identified as Class Member, and inform you of your rights and options as a Class Member.

| | |
|---|---|
| **5.** | **HOW DO I KNOW IF I AM A MEMBER OF THE CLASS?** |

The following classes of individuals have been certified by the Court to participate.

<u>Category A Class</u>:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period and information indicating that they may be eligible to participate in the settlement.

<u>Category B Class</u>:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period, but for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship.

<u>Category C Class</u>:    Individuals whose Aetna member files contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes during the Class Period but whose artificial insemination history cannot be determined from Aetna's member files, and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals who did not submit precertification or claim requests during the Class Period because they would be denied, and nevertheless underwent artificial insemination covered by one of an agreed-upon set of qualifying ICI or IUI codes.

<u>Category D Class</u>:    Individuals whose member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, but whose denial was thereafter followed by an approval within 90 days or otherwise paid by Aetna and whose file does not establish whether the member paid out-of-pocket for artificial insemination services before their claim was approved. Certain members' files contain information indicating they may be eligible to participate in the settlement (D-A), while for others we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship (D-B).

**<u>YOU ARE A CATEGORY A CLASS MEMBER</u> ACCORDING TO AETNA'S RECORDS**

## 6.    WHAT IS AN ELIGIBLE LGBTQ+ RELATIONSHIP?

The Settlement Agreement defined an Eligible LGBTQ+ Relationship as a relationship involving individuals who self-identify as LGBTQ+, consisting of one individual with a uterus in a LGBTQ+ relationship with a partner who was incapable of producing sperm due to being an individual who was assigned the female sex at birth, was intersex, or was assigned the male sex at birth and had transitioned or was in the process of transitioning to the opposite gender.

## 7.    WHAT IS THE DEFINITION OF INFERTILITY?

For purposes of the proposed Settlement, the Definition of Infertility means the definition in Aetna's CPB No. 327 in effect when the Amended Complaint was filed, which required individuals without a sperm-producing partner to undergo 6 or 12 cycles of artificial insemination, depending on the individual's age, in order to establish unexplained infertility and qualify for healthcare coverage of infertility services.

## 8.    WHAT CODES ARE INCLUDED IN THIS SETTLEMENT?

The Settlement Agreement covers the following codes associated with an artificial insemination medical procedure that can lead to pregnancy:

S4035:    Artificial Insemination Menotropin
          Stimulated intrauterine insemination.

58321:    Artificial Insemination; intra-cervical
          In this procedure, the provider inserts prepared live sperm into the cervical canal.

58322:    Artificial Insemination; intra-uterine
          In this procedure, the provider inserts prepared live sperm into the uterus through the cervical canal.

## 9.    WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

Aetna has agreed to create a $2,000,000 Common Fund, which Plaintiffs' counsel has determined be used to pay an approximately $10,000 Default Common Fund Amount to every eligible Class Member who does not request exclusion. Aetna has agreed to separately pay for Dollars for Benefits Payments, valid Proof of Greater Covered Care Submissions, Administrative Costs, Class Representative Service Awards, and Attorneys' Fees and Costs as determined by the Court. Aetna has also agreed that any funds remaining in the Common Fund after all qualifying Default Common Fund Amount payments have been dispersed will be used to compensate Class Members for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund, and there will be no payments for Out-of-Pocket Expense Submissions or Miscellaneous Harm Submissions.

The complete terms of the proposed Settlement are set forth in the Settlement Agreement on file with the Court and also available at **www.InfertilityInsuranceSettlement.com**. This Notice is only a summary of the Settlement and in case of any conflict the terms of the Agreement will control.

SETTLEMENT BENEFITS

## 10.    WHAT WILL I RECEIVE AS PART OF THE SETTLEMENT ?

As a Category A Class Member, you will receive an approximate $10,000 Default Common Fund Amount payment from the Common Fund. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund. You will also receive a $2,300 Default Dollars for Benefits Amount payment if Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that your plan would have covered during the Class Period, for a total of approximately $12,300.

Additional compensation opportunities may also be available. *See Question 11.*

## 11.    HOW DO I GET A PAYMENT? ARE THERE OPTIONS?

Category A Class Members who do not request exclusion will automatically receive an approximate $10,000 Default Common Fund Amount payment. If there are more than 200 Class Members, Category A Class Members will automatically receive an amount proportionate to an equal split of the $2,000,000 Common Fund. If Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that their medical plan would have covered but for the Definition of Infertility as of May 31, 2024, Category A Class Members will also automatically receive a $2,300 Default for Dollars for Benefits Amount payment from Aetna.

Additionally, all participating Class Members have the option to complete and submit an **Out-of-Pocket Expense Submission** for additional expenses incurred as a direct result of Aetna's denial of infertility coverage, and/or a **Miscellaneous Harm Submission** for additional or other harm experienced as a result of the denial of infertility treatment not covered elsewhere by this settlement. Documentation to support your Out-of-Pocket Expense is required. Submissions will only be eligible for payment if there are funds remaining in the Common Fund after all Default Common Fund Amount payments have been distributed. Out-of-Pocket Expense and Miscellaneous Harm Submissions will be evaluated by Special Master Hon. Steven Gold, who will divide any remaining funds in the Common Fund at his sole discretion.

All participating Class Members may also complete and submit a **Proof of Greater Covered Care Submission** if they underwent covered fertility treatment that would have resulted in reimbursement exceeding the $2,300 Default Dollars for Benefits Amount by their Aetna healthcare plan during the Class Period, if not for the Definition of Infertility. Documentation evidencing the claims is required, and evaluation of the forms and eligibility for payment will be at Aetna's sole discretion.

**You may complete and submit the optional compensation forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and submit any of these forms by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request blank paper copies of the forms from the Settlement Administrator at the contact information provided in Question 25, and return them by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

| 12. | WHEN WILL I GET PAID? |
|---|---|

The Court will hold a Final Approval Hearing on October 10, 2025 to determine if the settlement is fair, adequate, and in the best interest of the Settlement Class. Payments cannot be distributed until after the Court enters a Final Approval Order and the Settlement becomes final and effective. We do not know how long this process will take. Please visit the settlement website at **www.InfertilityInsuranceSettlement.com** for updates on the outcome of the hearing.

## EXCLUSION FROM THE SETTLEMENT CLASS

| 13. | HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT? |
|---|---|

If you do not want to be a member of the Class you must mail a written request to be excluded from the Damages Settlement Class ("Request for Exclusion," or "Opt-Out Request") to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

To be valid, the Request for Exclusion must be in writing and include the name, date of birth, address, and social security number of the person requesting exclusion, as well as a clear statement communicating the person's election to be excluded from the Damages Settlement Class.

Class Members who submit valid, complete, and timely Requests for Exclusion will be removed from the Class, will not be bound by the Settlement Agreement and subsequent proceedings, orders, and judgments, and will not be eligible to receive a payment from the Settlement, but will retain their rights to pursue claims against Defendant at your own risk and expense, should you choose to do so.

| 14. | IF I DON'T EXCLUDE MYSELF, CAN I SUE AETNA FOR THE SAME THING? |
|---|---|

No. Unless you exclude yourself, you give up the right to sue the Aetna for the claims that the Settlement resolves and will not be able to participate in other class action lawsuits against Aetna regarding the claims at issue in this case. You must exclude yourself from the Settlement Class in order to try to pursue your own lawsuit.

| 15. | CAN I EXCLUDE MYSELF AND STILL RECEIVE A PAYMENT? |
|---|---|

No. You will not receive a payment if you exclude yourself from the Settlement.

| 16. | WHAT HAPPENS IF I DON'T DO ANYTHING? |
|---|---|

If you are a Category A Class Member you do not have to do anything. You will receive an automatic approximate $10,000 Default Common Fund Amount payment, or a proportionally reduced payment if there are more than 200 class members, and a $2,300 Default Dollars for Benefits Amount payment if Aetna has not already paid for covered fertility treatments completed during the Class Period.

You will <u>not</u> be eligible for Out-of-Pocket Expenses, Miscellaneous Harm, or Proof of Greater Covered Care compensation if you do nothing.

## SETTLEMENT OBJECTIONS

### 17.    HOW DO I TELL THE COURT I DO NOT LIKE THE SETTLEMENT?

If you wish to object to the fairness, reasonableness, or adequacy of the proposed Settlement, including Class Counsel's Attorneys' Fees and Costs Application, **and you do not request exclusion**, you may file an objection and mail it to the Settlement Administrator, so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement<br>
c/o Atticus Administration<br>
PO Box 64053<br>
Saint Paul, MN 55164

A written objection must include:
- Your name, address, telephone number, and email address if available,
- The name and docket number of the Action: *Goidel et al., v Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VSB),
- An explanation of your objections and specific reasons for them,
- An indication of whether the objection(s) are specific to the objector, a subset (Category) of the Class, or the entire Class,
- All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel,
- Any evidence you wish to introduce in support of each objection,
- An indication of whether you intend to speak at the Fairness Hearing.

Class Members may object on their own, or through counsel hired at their own expense. Any counsel hired by a Class Member for the purpose of objecting must serve notice of appearance on Class Counsel and Counsel for Defendant and e-file the notice of appearance using the Court's CM/ECF system so it is received by Counsel and the Court by August 26, 2025. *See Question 20 for more information.*

### 18.    WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class or the lawsuit. You cannot request exclusion **and** object to the settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 19.    WHEN AND WHERE IS THE FINAL APPROVAL HEARING?

The Court will hold a Final Approval Order at 2:00 p.m. on October 10, 2025 in Courtroom 518 of the Thurgood Marshall US Courthouse located at, 40 Foley Square, New York, NY 10007. At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's Attorneys' Fees and Expenses Application and the Class Representatives' Service Awards. If there are objections, the Judge will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Judge will decide whether to approve the settlement. We do not know how long the decision will take.

You are not required to attend the hearing. Updates on the status of the hearing and the Court's determination will be posted at **www.InfertilityInsuranceSettlement.com** when available.

## 20.    CAN I SPEAK AT THE FINAL APPROVAL HEARING?

Class Members who submit timely written objections may appear at the Final Approval Hearing in person or through counsel retained at the Class Member's own expense.

If you intend to appear at the Final Approval Hearing on your own behalf, you must send a letter to the Settlement Administrator's office notifying the Administrator of your intent to appear. The letter must include the Class Member's name, address, telephone number, email address if available, and your signature. Send your notice of intention to appear to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

If you retained counsel at your own expense to appear on your behalf at the Final Approval Hearing, such counsel must serve a notice of intent to appear on Class Counsel and Counsel for Defendant and e-file using the Court's CM/ECF System (https://ecf.nysd.uscourts.gov/) so it is received on or before August 26, 2025. Counsel can be notified at the following addresses:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L. Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10ᵗʰ Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

**CLASS COUNSEL**

## 21.    DO I HAVE A LAWYER?

The Court appointed the Class Representatives' attorneys in the Action as Counsel for the Class ("Class Counsel"). Class Counsel are Zoe Salzman, Debra L. Greenberger, and Eric Abrams of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, and Michelle Banker, Noel R. León, Alison

Tanner, and Sudria Twyman of the National Women's Law Center. You are not required to hire your own attorney because Class Counsel is working on your behalf as a member of the Class. If you want to hire your own lawyer, you may do so at your own expense.

## 22.    DO I NEED TO HIRE MY OWN LAWYER?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

## 23.    HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court to award its Attorneys' Fees and Expenses Application in an amount not to exceed $1,625,000. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay all Court-approved attorneys' fees and costs and payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## 24.    ARE THE NAMED PLAINTIFFS BEING PAID TO REPRESENT THE CLASS?

Class Counsel will request Court approval of Service Award Payments to the Class Representatives in the amount of $15,000 each as part of its Attorneys' Fees and Expenses Application. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay the Court-approved Class Representatives' Service Award Payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## **MORE INFORMATION**

## 25.    WHERE CAN I FIND MORE SETTLEMENT INFORMATION?

Additional information about the proposed settlement, including access to Court Documents, answers to frequently asked questions and paper and online versions of Out-of-Pocket Expense Submission, Miscellaneous Harm Submission, and Proof of Greater Covered Care Submission are available at online at **www.InfertilityInsuranceSettlement.com**.

You may also contact the Settlement Administrator by email, telephone, fax, or mail as follows:

Email:          **InfertilityInsuranceSettlement@AtticusAdmin.com**
Telephone:   1800-205-6861
Fax:             1-888-326-6411
Mail:           Infertility Insurance Settlement
                   c/o Atticus Administration
                   PO Box 64053
                   Saint Paul, MN 55164

Please DO NOT contact the Court with questions about this Settlement.

## 28.    IMPORTANT DATES AND DEADLINES TO REMEMBER:

**AUGUST 26, 2025:**    The date by which any optional forms you intend to complete for additional compensation consideration, requests for exclusion, or Settlement objections must be <u>received</u> by the Settlement Administrator.

**OCTOBER 10, 2025:**    The date on which the Court will consider whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class.

# NOTIFICACIÓN DE LIQUIDACIÓN DE DEMANDA COLECTIVA

*Goidel et al., v Aetna Life Insurance Company*
Tribunal de Distrito de los EE. UU., Distrito Sur de Nueva York
No. de caso 1:21-cv-07619 (VSB)

## USTED PODRÍA SER ELEGIBLE PARA RECIBIR UN PAGO DE APROXIMADAMENTE $10,000

El Tribunal de Distrito para el Distrito Sur de Nueva York ha autorizado esta Notificación. Esta NOT es una oferta de un abogado. Usted no ha hecho nada indebido. Por favor lea esta Notificación detenidamente, puesto que puede afectar sus derechos legales.

Se ha alcanzado un acuerdo propuesto en una demanda colectiva sobre si la póliza de seguro médico de Aetna Life Insurance Company ("Demandado" o "Aetna") discriminó o negó igualdad de acceso a cobertura de seguro para inseminación artificial a individuxs en relaciones LGBTQ+ en el estado de Nueva York. La demanda, titulada Goidel et al., v. Aetna Life Insurance Company, No. de caso 1:21-cv-07619 (VBS), está en trámite en el Tribunal de Distrito de los EE. UU. para el Distrito Sur de Nueva York. En una demanda colectiva, unx o más individuxs, denominadxs "Demandantes Nombradxs" (en este caso Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown), demandan en nombre de todxs quienes tengan reclamaciones similares. Aetna niega las acusaciones y el Tribunal no ha fallado a favor de lxs Demandantes o el Demandado. En su lugar, las partes han aceptado este acuerdo propuesto.

Usted ha sido identificadx como alguien cuyos expedientes de miembrx de Aetna Life Insurance Company (el "Demandado" o "Aetna") contienen un rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, incluidos códigos de inseminación intracervical ("ICI", por sus siglas en inglés) o inseminación intrauterina ("IUI"), presentadas al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 (el "Periodo de la Demanda Colectiva"), y cuyo expediente incluye también información que indica que podría ser elegible para participar en el acuerdo de liquidación ("Miembrx del Grupo de Demandantes Categoría A").

| RESUMEN DE SUS OPCIONES Y DERECHOS LEGALES EN ESTE CASO | |
|---|---|
| **NO HACER NADA Y RECIBIR DINERO** | No es necesario que haga nada para recibir un pago de aproximadamente $10,000, o un monto reducido proporcionalmente de haber más de 200 Miembrx del Grupo de Demandantes. Si el Tribunal aprueba el Acuerdo y usted no solicita que se le excluya, recibirá automáticamente ese pago. También puede calificar automáticamente para el Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto. En este caso, renunciará a su derecho de demandar al Demandado por reclamaciones resueltas en esta acción. |
| **ENVIAR FORMULARIOS PARA OPORTUNIDADES DE INDEMNIZACIÓN ADICIONAL**<br><br>**RECIBIDOS A MÁS TARDAR EL:** | Puede completar y enviar una <u>Presentación de Gastos de Bolsillo</u> para tener la posibilidad de recibir indemnización adicional por concepto de gastos de bolsillo en los que haya incurrido como resultado directo del rechazo de Aetna de su cobertura de infertilidad.<br><br>Puede completar y enviar una <u>Presentación de Daños y Perjuicios Diversos</u> que demuestre daños adicionales surgidos del rechazo de |

| | |
|---|---|
| **26 DE AGOSTO DE 2024** | cobertura de infertilidad por parte de Aetna que no se cubran de otra manera en el Acuerdo.<br><br>Puede completar y enviar una <u>Presentación de Prueba de Atención Mayor a la Cobertura</u> que muestre que los tratamientos a los que se sometió habrían sido reembolsados por su seguro médico por un monto superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300. |
| **SOLICITAR QUE SE LE EXCLUYA DEL GRUPO DE DEMANDANTES**<br><br>**RECIBIDOS A MÁS TARDAR EL:**<br>**26 DE AGOSTO DE 2024** | Puede presentar una solicitud por escrito para que se le excluya del Grupo del Acuerdo ("Solicitud de Exclusión Voluntaria") siguiendo las instrucciones que se incluyen en esta Notificación. Si se excluye voluntariamente, no recibirá dinero pero conservará el derecho de demandar al Demandado por su parte por reclamaciones resueltas en esta acción. |
| **OBJETAR AL ACUERDO**<br><br>**RECIBIDOS A MÁS TARDAR EL:**<br>**26 DE AGOSTO DE 2024** | Puede objetar a los términos del Acuerdo siguiendo las instrucciones que se incluyen en esta Notificación y sus objeciones se atenderán en la Audiencia de Aprobación Final. No puede solicitar que se le excluya y al mismo tiempo objetar; si elige objetar al Acuerdo, seguirá siendo miembrx del Grupo de Demandantes. |

Sus derechos y opciones – *y las fechas límite para ejercerlos* – se explican en esta Notificación.

## INFORMACIÓN BÁSICA

### 1.    ¿DE QUÉ TRATA ESTA DEMANDA?

Lxs Demandantes Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown ("Demandantes" o "Representantes del Grupo de Demandantes") interpusieron una demanda colectiva contra Aetna Life Insurance Company (el "Demandado" o "Aetna"). Lxs Demandantes interpusieron la demanda a título personal y en nombre del Grupo de personas contra las que presuntamente se discriminó y a quienes se negó igualdad de acceso a tratamientos de fertilidad como individuxs en relaciones LGBTQ+. El Demandado rechaza estos alegatos.

### 2.    ¿QUÉ ES UNA DEMANDA COLECTIVA Y QUIÉN ESTÁ INVOLUCRADO?

En un caso de demanda colectiva, una o más personas demandan en nombre de otrxs con reclamaciones similares. La persona o personas que demandan se denominan Representantes del Grupo de Demandantes o Demandantes Nombradxs. Lxs Demandantes Nombradxs representan a todas las personas en situación similar en el tribunal. Lxs Demandantes Nombradxs en esta demanda son Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown. La(s) entidad(es) a quien(es) se demanda (en este caso Aetna Life Insurance Company) se denomina(n) el Demandado. Un tribunal resuelve los asuntos para todxs lxs Miembrxs del Grupo de Demandantes, excepto aquellxs que elijan excluirse del Grupo.

**3.    ¿POR QUÉ SE OFRECE UN ACUERDO?**

Ambas partes han aceptado este Acuerdo. Al aceptar el Acuerdo, los abogados que representan al Grupo del Acuerdo ("Abogados del Grupo") y los Abogados del Demandado ("Abogados Defensores") (en conjunto, los "Abogados") evitan los costos, atrasos e incertidumbre de un juicio y lxs Miembrxs del Grupo de Demandantes reciben los beneficios descritos en esta Notificación. Lxs Representantes del Grupo de Demandantes y sus abogados consideran que el Acuerdo es lo mejor para todxs lxs involucradxs.

**4.    ¿POR QUÉ RECIBÍ UNA NOTIFICACIÓN EN EL CORREO SOBRE ESTE CASO?**

Usted recibió una Notificación Abreviada en el correo porque los registros del Demandado indican que sus expedientes de miembrx contienen el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles presentada al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024, así como información que indica que podría ser elegible para participar en el acuerdo.

No se alarme. No lx han demandado, ni usted ha "interpuesto" una demanda. Esta Notificación y la Notificación Abreviada que se le envió por correo simplemente buscan informarle sobre la demanda de lxs Demandantes Nombradxs, hacerle saber que se le ha identificado como Miembrx del Grupo de Demandantes y notificarle sobre sus derechos y opciones como Miembrx del Grupo de Demandantes.

**5.    ¿CÓMO PUEDO SABER SI SOY MIEMBRX DEL GRUPO DE DEMANDANTES?**

Las siguientes clases de individuxs han recibido certificación del Tribunal para participar.

> Grupo de Categoría A: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva e información que indique que podrían ser elegibles para participar en el acuerdo.

> Grupo de Categoría B: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva, pero sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible

> Grupo de Categoría C: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de fertilización in vitro ("IVF") elegibles durante el Periodo de la Demanda Colectiva, pero cuyo historial de inseminación artificial no pueda determinarse a partir de los expedientes de miembrxs de Aetna y sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible, o individuxs que no presentaron solicitudes de precertificación o reclamaciones durante el Periodo de la Demanda Colectiva porque se les habría negado,

pero que se sometieron a inseminación artificial cubierta por uno de un conjunto acordado de códigos elegibles de ICI o IUI.

Grupo de Categoría D: Lxs individuxs cuyos expedientes de miembrxs contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quienes Aetna pagó de alguna otra manera y cuyo expediente no indique si lxs miembrxs pagaron los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Los expedientes de ciertxs miembrxs contienen información que indica que podrían ser elegibles para participar en el acuerdo (D-A); en el caso de otrxs miembrxs, no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible (D-B).

## USTED ES MIEMBRX DEL GRUPO DE DEMANDANTES DE CATEGORÍA A SEGÚN LOS EXPEDIENTES DE AETNA

### 6.    ¿QUÉ ES UNA RELACIÓN LGBTQ+ ELEGIBLE?

El Acuerdo de Liquidación define una Relación LGBTQ+ Elegible como aquella que involucra a individuxs que se identifican a sí mismxs como LGBTQ+, conformada por unx individux con un útero en una relación LGBTQ+ con una pareja incapaz de producir semen por ser individuxs a quienes se asignó el sexo femenino al nacer, ser intersexuales o ser individuxs a quienes se les asignó el sexo masculino al nacer pero que más tarde transicionaron, o estaban en proceso de transicionar, al sexo opuesto.

### 7.    ¿CUÁL ES LA DEFINICIÓN DE INFERTILIDAD?

Para fines del Acuerdo propuesto, la Definición de Infertilidad se refiere a la definición del CPB No. 327 de Definición Aetna en vigor cuando se interpuso la Demanda Enmendada, que requería que lxs individuxs que no tuvieran una pareja que produjera esperma se sometieran a 6 o 12 ciclos de inseminación artificial, dependiendo de la edad de la persona, para poder determinar una infertilidad sin causa identificada y calificar para recibir cobertura médica para servicios de infertilidad.

### 8.    ¿QUÉ CÓDIGOS SE INCLUYEN EN ESTE ACUERDO?

El Acuerdo de Liquidación abarca los siguientes códigos asociados con tratamientos médicos de inseminación artificial que pueden dar pie a un embarazo:

54035:    Inseminación artificial; Menotropina
Inseminación intrauterina estimulada.

58321:    Inseminación artificial; Intracervical
En este tratamiento, el proveedor inserta esperma vivo preparado en el canal cervical.

58322:    Inseminación artificial; Intrauterina
En este tratamiento, el proveedor inserta esperma vivo preparado en el útero a través del canal cervical.

## 9.    ¿CUÁLES SON LOS TÉRMINOS DE LA ACUERDO PROPUESTO?

Aetna ha acordad crear un Fondo Común de $2,000,000; los abogados de lxs Demandantxs han determinado que se usará para pagar un Monto Predeterminado del Fondo Común de aproximadamente $10,000 a todxs lxs Miembrxs del Grupo de Demandantes elegibles que no soliciten excluirse. Aetna ha acordado pagar por separado Pagos Compensatorios por Beneficios, Presentaciones válidas de Pruebas de Atención Mayor a la Cobertura, Costos Administrativos, Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes, y Costos y Honorarios de Abogados según lo determine el Tribunal. Aetna también ha acordado que cualquier fondo que reste en el Fondo Común luego de que se hayan realizado todos los pagos elegibles del Monto Predeterminado del Fondo Común se usará para compensar a lxs Miembrxs del Grupo de Demandantes por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000 y no habrá pagos por Presentaciones de Gastos de Bolsillo o de Daños y Perjuicios Diversos.

Los términos completos del Acuerdo propuesto se estipulan en el Acuerdo de Liquidación que obra en el Tribunal y está disponibles también en **www.InfertilityInsuranceSettlement.com**. Esta Notificación es solo un resumen del Acuerdo y, en caso de conflicto, tendrán precedencia los términos del Acuerdo.

## BENEFICIOS DEL ACUERDO

## 10.    ¿QUÉ RECIBIRÉ COMO PARTE DEL ACUERDO DE LIQUIDACIÓN?

Como Miembrx del Grupo de Demandantes de Categoría A recibirá un pago aproximado del Monto Predeterminado del Fondo Común de $10,000 tomado del Fondo Común. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000. También se le pagará el Monto Predeterminado del Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado ya por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto durante el Periodo de la Demanda Colectiva, para un total de aproximadamente $12,300.

Podrían estar disponibles oportunidades adicionales de indemnización. *Diríjase a la pregunta 11*

## 11.    ¿CÓMO PUEDO RECIBIR UN PAGO? ¿HAY OPCIONES DISPONIBLES?

Lxs Miembrxs del Grupo de Demandantes de Categoría A que no soliciten excluirse recibirán automáticamente un pago del Monto Predeterminado del Fondo Común de aproximadamente $10,000. Si hay más de 200 Miembrxs en el Grupo de Demandantes, lxs Miembrxs del Grupo de Categoría A recibirán automáticamente el monto proporcional resultante de una división equitativa del Fondo Común de $2,000,000. Si Aetna aún no ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan médico habría cubierto de no ser por la Definición de Infertilidad al 31 de mayo de 2024, lxs Miembrxs del Grupo de Demandantes de Categoría A también recibirán automáticamente de Aetna un pago de $2,300 correspondiente al Monto Predeterminado de Pago por Compensación por Beneficios.

Adicionalmente, todxs lxs Miembrxs del Grupo de Demandantes participantes tienen la opción de completar y enviar una **Presentación de Gastos de Bolsillo** por gastos adicionales en los que se haya incurrido como resultado directo del rechazo de cobertura de infertilidad de Aetna, y/o una **Presentación por Daños y Perjuicios Diversos** por daños adicionales o de otra naturaleza

sufridos como resultado del rechazo del tratamiento de infertilidad que no se cubran de otra manera en este acuerdo. Se requerirá documentación que sustente su Gasto de Bolsillo. Las presentaciones solo serán elegibles para un pago si hay fondos restantes en el Fondo Común luego de que se hayan distribuido todos los pagos del Monto Predeterminado del Fondo Común. Las Presentaciones de Gastos de Bolsillo y Daños y Perjuicios Diversos serán evaluadas por el Interventor Especial, el Hon. Steven Gold, quien dividirá los fondos restantes del Fondo Común a su solo criterio.

Todxs lxs Miembrxs del Grupo de Demandantes participantes pueden también completar y enviar una **Presentación de Atención Mayor a la Cobertura** si se sometieron a un tratamiento de fertilidad cubierto que habría dado pie a un reembolso superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 de parte de su plan médico con Aetna durante el Periodo de la Demanda Colectiva, de no ser por la Definición de Infertilidad. Se requerirá documentación que sustente las reclamaciones, y la evaluación de los formularios y su elegibilidad para un pago quedarán al exclusivo criterio de Aetna.

**Puede completar y presentar los formularios de indemnización opcionales y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir, completar y enviar cualquiera de estos formularios por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar copias físicas en blanco de los formularios al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverlas por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

| 12. | ¿CUÁNDO SE ME PAGARÁ? |
|-----|------------------------|

El Tribunal llevará a cabo una Audiencia de Aprobación Final el 10 de octubre de 2025 para determinar si el acuerdo es justo, adecuado y favorece los intereses del Grupo del Acuerdo. Los pagos no podrán distribuirse sino hasta que el Tribunal dicte una Orden de Aprobación Final y el Acuerdo se torne definitivo y entre en vigor. No sabemos cuánto tiempo tomará este proceso. Por favor, visite el sitio web del acuerdo, **www.InfertilityInsuranceSettlement.com**, donde podrá encontrar actualizaciones sobre el resultado de la audiencia.

## EXCLUSIÓN DEL GRUPO DEL ACUERDO

| 13. | ¿CÓMO PUEDO EXCLUIRME DEL ACUERDO DE LIQUIDACIÓN? |
|-----|----------------------------------------------------|

Si no desea ser miembrx del Grupo de Demandantes, debe enviar por correo una solicitud por escrito pidiendo que se le excluya del Grupo del Acuerdo de Daños ("Solicitud de Exclusión", o "Solicitud de Exclusión Voluntaria") al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Para ser válida, la Solicitud de Exclusión debe presentarse por escrito e incluir el nombre, fecha de nacimiento, dirección y número de seguro social de la persona que solicita la exclusión, así como una declaración clara que indique la decisión de la persona de que se le excluya del Grupo del Acuerdo por Daños.

Lxs Miembrxs del Grupo de Demandantes que envíen Solicitudes de Exclusión válidas, completas y puntuales se retirarán del Grupo de Demandantes, no quedarán obligadxs por el Acuerdo de Liquidación y procedimientos, órdenes y sentencias subsecuentes, y no serán elegibles para recibir un pago del Acuerdo, pero retendrán sus derechos de procesar reclamaciones contra el Demandado por su cuenta y riesgo, si eligen hacerlo.

## 14.    SI NO ME EXCLUYO, ¿PUEDO DEMANDAR A AETNA POR EL MISMO ASUNTO?

No. A menos que se excluya, renunciará al derecho de demandar a Aetna por reclamaciones que se resuelvan en el Acuerdo y no podrá participar en otras demandas colectivas contra Aetna relacionadas con las reclamaciones en cuestión en este caso. Debe excluirse del Grupo del Acuerdo para intentar interponer su propia demanda.

## 15.    ¿PUEDO EXCLUIRME Y AÚN ASÍ RECIBIR UN PAGO?

No. No recibirá un pago si se excluye del Acuerdo.

## 16.    ¿QUÉ SUCEDE SI NO HAGO NADA?

Si usted es Miembrx del Grupo de Demandantes de Categoría A no es necesario que haga nada. Recibirá automáticamente un pago del Monto Predeterminado del Fondo Común de aproximadamente $10,000, o un pago reducido proporcionalmente de haber más de 200 miembrxs en el grupo, y un pago del Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 si Aetna aún no ha pagado los tratamientos de fertilidad cubiertos realizados durante el Periodo de la Demanda Colectiva.

Si no hace nada, no será elegible para recibir indemnización por Gastos de Bolsillo, Daños y Perjuicios Diversos o Prueba de Atención Mayor a la Cobertura.

## OBJECIONES AL ACUERDO

## 17.    ¿CÓMO PUEDO HACER SABER AL TRIBUNAL QUE NO ESTOY CONFORME CON EL ACUERDO?

Si desea presentar una objeción en cuanto a la justicia, razonabilidad o idoneidad del Acuerdo propuesto, incluida la Solicitud de Costos y Honorarios de los Abogados del Grupo de Demandantes, **y no solicita que se le excluya**, puede presentar una objeción y enviarla por correo al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration

PO Box 64053
Saint Paul, MN 55164

Las objeciones por escrito deben incluir:

- Su nombre, dirección, número de teléfono y dirección de correo electrónico, de tenerla,
- El nombre y número de expediente de la Acción: *Goidel et al., v Aetna Life Insurance Company,* No. de caso 1:21-cv-07619 (VSB),
- Una explicación de sus objeciones y sus razones específicas,
- Una indicación de si su(s) objeción(es) atañe(n) específicamente a quien objeta, a un subconjunto (Categoría) del Grupo de Demandantes o al Grupo entero,
- Todas las bases de la objeción, acompañadas de cualquier respaldo jurídico para la objeción del que la persona que objeta o sus abogados estén al tanto,
- Cualquier evidencia que desee presentar para respaldar cada objeción,
- Una indicación de si pretende intervenir en la Audiencia de Justicia.

Lxs Miembrxs del Grupo de Demandantes pueden presentar una objeción por sí mismxs o a través de abogados contratados a costo propio. Cualquier abogado contratado por un Miembrx del Grupo de Demandantes para fines de objetar debe dar aviso de intervención a los Abogados del Grupo de Demandantes y los Abogados del Demandado, y presentar en línea la notificación de intervención por medio del sistema CM/ECF del Tribunal de manera tal que los Abogados y el Tribunal lo reciban a más tardar el 26 de agosto de 2025. *Consulte la Pregunta 20 para más información.*

## 18.    ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y EXCLUIRSE?

Objetar significa indicar al Tribunal que no está conforme con algún aspecto del acuerdo. Puede objetar únicamente si sigue formando parte del Grupo del Acuerdo. Excluirse significa notificar al Tribunal que no desea ser parte del Grupo del Acuerdo o de la demanda. No puede solicitar excluirse **y al mismo tiempo** objetar al acuerdo de liquidación. Si se excluye no tendrá bases para objetar ya que el caso no le afectará.

## 19.    ¿CUÁNDO Y DÓNDE SE LLEVARÁ A CABO LA AUDIENCIA DE APROBACIÓN FINAL?

El Tribunal llevará a cabo una Orden de Aprobación Final a las 2:00 p.m. el 10 de octubre de 2025 en la Sala 518 del Thurgood Marshall US Courthouse que se encuentra en 40 Foley Square, Nueva York, NY 10007. En la audiencia, el Tribunal deliberará si el acuerdo es justo, razonable y adecuado. El Tribunal también considerará si aprobar la Solicitud de Costos y Honorarios para los Abogados del Grupo de Demandantes y las Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes. Si existen objeciones, el Juez las tomará en cuenta. El Juez escuchará a las personas que hayan solicitado intervenir en la audiencia. Tras la audiencia, el Juez decidirá si aprobar o no el acuerdo. No sabemos cuánto tiempo tomará la decisión.

No se requiere que acuda a la audiencia. Se publicarán actualizaciones sobre el estado de la audiencia y la decisión del Tribunal en **www.InfertilityInsuranceSettlement.com** cuando estén disponibles.

## 20.    ¿PUEDO INTERVENIR EN LA AUDIENCIA DE APROBACIÓN FINAL?

Lxs Miembrxs del Grupo de Demandantes que presenten objeciones puntuales por escrito pueden intervenir en la Audiencia de Aprobación Final en persona o a través de abogados contratados a costo del/lx Miembrx del Grupo.

Si planea intervenir en la Audiencia de Aprobación Final personalmente, debe enviar una carta a la oficina del Administrador del Acuerdo notificándole de su plan de intervenir. La carta debe incluir el nombre, dirección, número de teléfono, dirección de correo electrónico, de haberla, y firma del/lx Miembrx del Grupo de Demandantes. Envíe su notificación de intención de intervenir al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Si contrató a un abogado a su costo personal para que se presente en su nombre en la Audiencia de Aprobación Final, dicho abogado debe dar aviso de su intención de intervenir a los Abogados del Grupo de Demandantes y los Abogados del Demandado y presentar en línea la notificación por medio del sistema CM/ECF del Tribunal (https://ecf.nysd.uscourts.gov/) de manera tal que la reciban a más tardar el 26 de agosto de 2025. Puede notificar a los abogados a las siguientes direcciones:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L. Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

**ABOGADOS DEL GRUPO DE DEMANDANTES**

## 21.    ¿CUENTO CON UN ABOGADO?

El Tribunal designó a los abogados de lxs Representantes del Grupo en la Acción para fungir como Abogados para el Grupo de Demandantes ("Abogados del Grupo de Demandantes"). Los Abogados del Grupo de Demandantes son Zoe Salzman, Debra L. Greenberger y Eric Abrams de Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, y Michelle Banker, Noel R. León, Alison Tanner y Sudria Twyman del National Women's Law Center. No es requiere que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación como miembrx del Grupo. Si desea contratar su propio abogado, puede hacerlo a su costo propio.

## 22.    ¿ES NECESARIO QUE CONTRATE A MI PROPIO ABOGADO?

No es necesario que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación. Sin embargo, si elige tener su propio abogado, usted tendrá que pagarle. Por ejemplo, puede pedirle que se presente en el Tribunal por usted si desea que alguien distinto de los Abogados del Grupo de Demandantes intervenga en su nombre.

## 23.    ¿CÓMO SE LES PAGARÁ A LOS ABOGADOS?

Los Abogados del Grupo de Demandantes solicitarán al Tribunal que adjudique su Solicitud de Costos y Honorarios de Abogados. por un monto que no deberá superar $1,625,000. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará todos los costos y honorarios de abogados y demás pagos aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## 24.    ¿LXS DEMANDANTES NOMBRADXS RECIBIRÁN UN PAGO POR REPRESENTAR AL GRUPO?

Los Abogados del Grupo de Demandantes solicitarán aprobación del Tribunal para Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes por un monto de $15,000 para cada unx como parte de su Solicitud de Costos y Honorarios de Abogados. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará los Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## INFORMACIÓN ADICIONAL

## 25.    ¿DÓNDE PUEDO ENCONTRAR MÁS INFORMACIÓN SOBRE EL ACUERDO?

Puede encontrar información adicional sobre el acuerdo propuesto, incluidos Documentos del Tribunal, respuestas a preguntas frecuentes y versiones físicas y en línea de la Presentación de Gastos de Bolsillo, Presentación de Daños y Perjuicios Diversos y Presentación de Prueba de Atención Mayor a la Cobertura en línea en **www.InfertilityInsuranceSettlement.com**.

También puede comunicarse con el Administrador del Acuerdo por correo electrónico, teléfono, fax o correo postal usando la siguiente información:

Correo electrónico:        **InfertilityInsuranceSettlement@AtticusAdmin.com**

Teléfono:        1800-205-6861

Fax:        1-888-326-6411

Correo:        Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Por favor NO se comunique con el Tribunal en caso de dudas sobre este Acuerdo.

## 28.    FECHAS IMPORTANTES Y PLAZOS QUE DEBE TENER EN CUENTA:

**26 DE AGOSTO DE 2025:** La fecha para la cual el Administrador del Acuerdo debe <u>recibir</u> cualquier formulario opcional que pretenda completar en busca de consideración para indemnización adicional, solicitudes de exclusión u objeciones al Acuerdo.

**10 DE OCTUBRE DE 2025:** La fecha en la que el Tribunal contemplará si el Acuerdo es justo, razonable, adecuado y favorece los intereses del Grupo del Acuerdo.

# NOTICE OF CLASS ACTION SETTLEMENT

*Goidel et al., v Aetna Life Insurance Company*
US District Court, Southern District of New York
Case No. 1:21-cv-07619 (VSB)

## YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT
## OF APPROXIMATELY $10,000

The District Court for the Southern District of New York has authorized this Notice. This is NOT a solicitation from a lawyer. You have not done anything wrong. Please read this Notice carefully as it may affect your legal rights.

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's ("Defendant," or "Aetna") health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled Goidel et al., v. Aetna Life Insurance Company, Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York. In a class action, one or more individuals called "Named Plaintiffs" (in this case Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown) sue on behalf of all others who have similar claims. Aetna denies the allegations, and the Court did not rule in favor of Plaintiffs or Defendant. Rather, the parties agreed to this proposed settlement.

You have been identified as someone whose member files with Aetna Life Insurance Company ("Defendant," or "Aetna") contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, including for intracervical insemination ("ICI") or intrauterine insemination ("IUI"), submitted to Defendant for services between September 1, 2017, and May 31, 2024 (the "Class Period") but for whom we do not have sufficient information to determine whether you may have been in an Eligible LGBTQ+ Relationship in the state of New York. ("Category B Class Member").

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS CASE | |
|---|---|
| **ATTEST TO LGBTQ+ RELATIONSHIP**<br><br>**RECEIVED BY: AUGUST 26, 2025** | Complete and timely submit an Attestation Form to confirm your relationship status at the time you sought coverage for fertility services from Aetna and you may receive up to an approximate $10,000 Default Common Fund Amount payment upon Aetna's verification of your claim(s), or a proportionately reduced amount if there are more than 200 Class Members.<br><br>You may also qualify automatically for the $2,300 Default Dollars for Benefits Amount if Aetna has not already paid for artificial-insemination--related expenses (for ICI or IUI) that your plan would have covered. |
| **SUBMIT FORMS FOR ADDITIONAL COMPENSATION OPPORTUNITIES**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may complete and submit an <u>Out-Of-Pocket Expense Submission</u> to potentially receive additional compensation for out-of-pocket expenses incurred as a result of Aetna's denial of your infertility coverage.<br><br>You may complete and submit a <u>Miscellaneous Harm Submission</u> evidencing additional harm arising from Aetna's denial of infertility coverage that is not otherwise covered by the Settlement.<br><br>You may complete and submit a <u>Proof of Greater Covered Care Submission</u> evidencing that the procedures you underwent would have |

| | |
|---|---|
| | been reimbursed by your healthcare plan in an amount greater than the $2,300 Default Dollars for Benefits Amount. |
| **REQUEST EXCLUSION FROM THE CLASS** **RECEIVED BY: AUGUST 26, 2025** | You may submit a written request to be excluded from the Settlement Class ("Opt-Out Request") according to the instructions provided in this Notice. If you opt-out, you will not receive any money but will retain the right to sue Defendant on your own for the claims resolved in this action. |
| **OBJECT TO THE SETTLEMENT** **RECEIVED BY: AUGUST 26, 2025** | You may object to the terms of the Settlement according to the instructions provided in this Notice and have your objections heard at the date Final Approval Hearing. You cannot request exclusion and also object; you will remain a member of the Class if you choose to object to the Settlement. |

Your rights and options – *and the deadlines to exercise them* – are explained in this Notice.

## BASIC INFORMATION

### 1.    WHAT IS THIS LAWSUIT ABOUT?

Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown ("Plaintiffs" or "Class Representatives") filed a class action lawsuit against Aetna Life Insurance Company ("Defendant" or "Aetna"). Plaintiffs filed the lawsuit on behalf of themselves and on behalf of the group or "Class" of persons who were allegedly discriminated against and denied equal access to fertility treatments as individuals in LGBTQ+ relationships. Defendant denies these allegations.

### 2.    WHAT IS A CLASS ACTION AND WHO IS INVOLVED?

In a class action case, one or more persons sue on behalf of other people who have similar claims. The person or persons who sue are called the Class Representatives or Named Plaintiffs. The Named Plaintiffs represent all similarly situated people in the court. The Named Plaintiffs in this lawsuit are Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown. The entity(s) being sued (in this case Aetna Life Insurance Company) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

### 3.    WHY IS THERE A SETTLEMENT?

Both sides agreed to the Settlement. By agreeing to the Settlement, the attorneys representing the Settlement Class ("Class Counsel") and Defendant's Counsel ("Defense Counsel") (collectively "Counsel") avoid the costs, delay, and uncertainty of trial, and the Settlement Class Members receive the benefits described in this Notice. The Class Representatives and their attorneys think the Settlement is best for everyone who is affected.

### 4.    WHY DID I RECEIVE A NOTICE IN THE MAIL ABOUT THIS CASE?

You received a Summary Notice in the mail because Defendant's records reflect that your member files contain a denial of a claim or precertification request for one of an agreed-upon set of

qualifying artificial insemination codes submitted to Defendant for services between September 1, 2017 and May 31, 2024, but for whom we do not have sufficient information to determine whether you may have been in an Eligible LGBTQ+ Relationship.

Do not be alarmed. You have not been sued; nor have you "filed" a lawsuit. This Notice and the Summary Notice that was mailed to you simply inform you of the Named Plaintiffs' lawsuit, let you know that you have been identified as Class Member, and inform you of your rights and options as a Class Member.

## 5. HOW DO I KNOW IF I AM A MEMBER OF THE CLASS?

The following classes of individuals have been certified by the Court to participate.

<u>Category A Class</u>: Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period and information indicating that they may be eligible to participate in the settlement.

<u>Category B Class</u>: Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period, but for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship.

<u>Category C Class</u>: Individuals whose Aetna member files contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes during the Class Period but whose artificial insemination history cannot be determined from Aetna's member files, and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals who did not submit precertification or claim requests during the Class Period because they would be denied, and nevertheless underwent artificial insemination covered by one of an agreed-upon set of qualifying ICI or IUI codes.

<u>Category D Class</u>: Individuals whose member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, but whose denial was thereafter followed by an approval within 90 days or otherwise paid by Aetna and whose file does not establish whether the member paid out-of-pocket for artificial insemination services before their claim was approved. Certain members' files contain information indicating they may be eligible to participate in the settlement (D-A), while for others we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship (D-B).

## <u>YOU MAY BE A CATEGORY B CLASS MEMBER</u> ACCORDING TO AETNA'S RECORDS

## 6.    WHAT IS AN ELIGIBLE LGBTQ+ RELATIONSHIP?

The Settlement Agreement defined an Eligible LGBTQ+ Relationship as a relationship involving individuals who self-identify as LGBTQ+, consisting of one individual with a uterus in a LGBTQ+ relationship with a partner who was incapable of producing sperm due to being an individual who was assigned the female sex at birth, was intersex, or was assigned the male sex at birth and had transitioned or was in the process of transitioning to the opposite gender.

## 7.    WHAT IS THE DEFINITION OF INFERTILITY?

For purposes of the proposed Settlement the Definition of Infertility means the definition in Aetna's CPB No. 327 in effect when the Amended Complaint was filed which required individuals without a sperm-producing partner to undergo 6 or 12 cycles of artificial insemination, depending on the individual's age, in order to establish unexplained infertility and qualify for healthcare coverage of infertility services.

## 8.    WHAT CODES ARE INCLUDED IN THIS SETTLEMENT?

The Settlement Agreement covers the following codes associated with an artificial insemination medical procedure that can lead to pregnancy:

S4035:    Artificial Insemination Menotropin
Stimulated intrauterine insemination.

58321:    Artificial Insemination; intra-cervical
In this procedure, the provider inserts prepared live sperm into the cervical canal.

58322:    Artificial Insemination; intra-uterine
In this procedure, the provider inserts prepared live sperm into the uterus through the cervical canal.

## 9.    WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

Aetna has agreed to create a $2,000,000 Common Fund, which Plaintiffs' counsel has determined be used to pay an approximately $10,000 Default Common Fund Amount to every eligible Class Member who does not request exclusion. Aetna has agreed to separately pay for Dollars for Benefits Payments, valid Proof of Greater Covered Care Submissions, Administrative Costs, Class Representative Service Awards, and Attorneys' Fees and Costs as determined by the Court. Aetna has also agreed that any funds remaining in the Common Fund after all qualifying Default Common Fund Amount payments have been dispersed will be used to compensate Class Members for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund, and there will be no payments for Out-of-Pocket Expense Submissions or Miscellaneous Harm Submissions.

The complete terms of the proposed Settlement are set forth in the Settlement Agreement on file with the Court and also available at **www.InffertilityInsuranceSettlement.com**. This Notice is only a summary of the Settlement and in case of any conflict the terms of the Agreement will control.

**SETTLEMENT BENEFITS**

| 10. | WHAT WILL I RECEIVE AS PART OF THE SETTLEMENT ? |
|---|---|

As a Category B Class Member, you will receive an approximate $10,000 Default Common Fund Amount payment from the Common Fund if you complete and timely submit a valid Attestation Form. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund.  You will also receive a $2,300 Default Dollars for Benefits Amount payment if Aetna has not already compensated you for artificial insemination that you sought coverage for during the Class Period, for a total of approximately $12,300.

Additional compensation opportunities may also be available. *See Question 11.*

| 11. | HOW DO I GET A PAYMENT? ARE THERE OPTIONS? |
|---|---|

Category B Class Members who do not request exclusion will receive an approximate $10,000 Default Common Fund Amount payment if a timely and complete Attestation form is submitted. If there are more than 200 Class Members, Category B Class Members will receive an amount proportionate to an equal split of the $2,000,000 Common Fund. If Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that their medical plan would have covered but for the Definition of Infertility as of May 31, 2024, Category B Class Members will also receive a $2,300 Default for Dollars for Benefits Amount payment from Aetna.

**You may complete the Attestation Form online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print the Attestation Form, complete and send it to the Settlement Administrator by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request a blank paper copy of the Attestation Form from the Settlement Administrator at the contact information provided in Question 25, and return it by mail, email, or fax using the contact information provided in Question 25.**

**The form must be received by the Settlement Administrator on or before August 26, 2025.**

Additionally, Class Members have the option to complete and submit an **Out-of-Pocket Expense Submission** for additional expenses incurred as a direct result of Aetna's denial of infertility coverage, and/or a **Miscellaneous Harm Submission** for additional or other harm experienced as a result of the denial of infertility treatment not covered elsewhere by this settlement. Documentation to support your Out-of-Pocket Expense is required. Submissions will only be eligible for payment if there are funds remaining in the Common Fund after all Default Common Fund Amount payments have been distributed. Out-of-Pocket Expense and Miscellaneous Harm Submissions will be evaluated by Special Master Hon. Steven Gold who will divide any remaining funds in the Common Fund at his sole discretion.

All participating Class Members may also complete and submit a **Proof of Greater Covered Care Submission** if they underwent covered fertility treatment that would have resulted in

reimbursement exceeding the $2,300 Default Dollars for Benefits Amount by their Aetna healthcare plan during the Class Period, if not for the Definition of Infertility. Documentation evidencing the claims is required, and evaluation of the forms and eligibility for payment will be at Aetna's sole discretion.

**YOU MUST COMPLETE AND SUBMIT THE ATTESTATION FORM TO BE CONSIDERED FOR THESE OPTIONS.**

**You may complete and submit the optional compensation forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and submit any of these forms by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request blank paper copies of the forms from the Settlement Administrator at the contact information provided in Question 25, and return them by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

| 12. | WHEN WILL I GET PAID? |
|-----|------------------------|

The Court will hold a Final Approval Hearing on October 10, 2025 to determine if the settlement is fair, adequate, and in the best interest of the Settlement Class. Payments cannot be distributed until after the Court enters a Final Approval Order and the Settlement becomes final and effective. We do not know how long this process will take. Please visit the settlement website at **www.InfertilityInsuranceSettlement.com** for updates on the outcome of the hearing.

## EXCLUSION FROM THE SETTLEMENT CLASS

| 13. | HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT? |
|-----|-----------------------------------------------|

If you do not want to be a member of the Class you must mail a written request to be excluded from the Damages Settlement Class ("Request for Exclusion," or "Opt-Out Request") to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

To be valid, the Request for Exclusion must be in writing and include the name, date of birth, address, and social security number of the person requesting exclusion, as well as a clear statement communicating the person's election to be excluded from the Damages Settlement Class.

Class Members who submit valid, complete, and timely Requests for Exclusion will be removed from the Class, will not be bound by the Settlement Agreement and subsequent proceedings, orders, and judgments, and will not be eligible to receive a payment from the Settlement, but will

retain their rights to pursue claims against Defendant at your own risk and expense, should you choose to do so.

| **14.** | **IF I DON'T EXCLUDE MYSELF, CAN I SUE AETNA FOR THE SAME THING?** |
|---|---|

No. Unless you exclude yourself, you give up the right to sue the Aetna for the claims that the Settlement resolves and will not be able to participate in other class action lawsuits against Aetna regarding the claims at issue in this case. You must exclude yourself from the Settlement Class in order to try to pursue your own lawsuit.

| **15.** | **CAN I EXCLUDE MYSELF AND STILL RECEIVE A PAYMENT?** |
|---|---|

No. You will not receive a payment if you exclude yourself from the Settlement.

| **16.** | **WHAT HAPPENS IF I DON'T DO ANYTHING?** |
|---|---|

If you are a Category B Class Member and you choose to do nothing, you will be bound by the terms of the Settlement Agreement, but you will not receive a payment from the Settlement.

## SETTLEMENT OBJECTIONS

| **17.** | **HOW DO I TELL THE COURT I DO NOT LIKE THE SETTLEMENT?** |
|---|---|

If you wish to object to the fairness, reasonableness, or adequacy of the proposed Settlement, including Class Counsel's Attorneys' Fees and Costs Application, **and you do not request exclusion**, you may file an objection and mail it to the Settlement Administrator, so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

A written objection must include:
- Your name, address, telephone number, and email address if available,
- The name and docket number of the Action: *Goidel et al., v Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VSB),
- An explanation of your objections and specific reasons for them,
- An indication of whether the objection(s) are specific to the objector, a subset (Category) of the Class, or the entire Class,
- All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel,
- Any evidence you wish to introduce in support of each objection,
- An indication of whether you intend to speak at the Fairness Hearing,

Class Members may object on their own, or through counsel hired at their own expense. Any hired counsel by a Class Member for the purpose of objecting must serve notice of appearance on Class Counsel and Counsel for Defendant and e-file the notice of appearance using the Court's CM/ECF system so it is received by Counsel and the Court by August 26, 2025. *See Question 20 for more information.*

## 18.     WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class or the lawsuit. You cannot request exclusion **and** object to the settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 19.     WHEN AND WHERE IS THE FINAL APPROVAL HEARING?

The Court will hold a Final Approval Order at 2:00 p.m. on October 10, 2025 in Courtroom #518 of the Thurgood Marshall US Courthouse located at 40 Foley Square, New York, NY 10007. At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's Attorneys' Fees and Expenses Application and the Class Representatives' Service Awards. If there are objections, the Judge will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Judge will decide whether to approve the settlement. We do not know how long the decision will take.

You are not required to attend the hearing. Updates on the status of the hearing and the Court's determination will be posted at **www.InfertilityInsuranceSettlement.com** when available.

## 20.     CAN I SPEAK AT THE FINAL APPROVAL HEARING?

Class Members who submit timely written objections may appear at the Final Approval Hearing in person or through counsel retained at the Class Member's own expense.

If you intend to appear at the Final Approval Hearing on your own behalf, you must send a letter to the Settlement Administrator's office notifying the Administrator of your intent to appear. The letter must include the Class Member's name, address, telephone number, email address if available, and your signature. Send your notice of intention to appear to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

If you retained counsel at your own expense to appear on your behalf at the Final Approval Hearing, such counsel must serve a notice of intent to appear on Class Counsel and Counsel for Defendant and e-file using the Court's CM/ECF System (https://ecf.nysd.uscourts.gov/) so it is received on or before August 26, 2025. Counsel can be notified at the following addresses:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L. Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

## CLASS COUNSEL

**21.    DO I HAVE A LAWYER?**

The Court appointed the Class Representatives' attorneys in the Action as Counsel for the Class ("Class Counsel"). Class Counsel are Zoe Salzman, Debra L. Greenberger, and Eric Abrams of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, and Michelle Banker, Noel R. León, Alison Tanner, and Sudria Twyman of the National Women's Law Center. You are not required to hire your own attorney because Class Counsel is working on your behalf as a member of the Class. If you want to hire your own lawyer, you may do so at your own expense.

**22.    DO I NEED TO HIRE MY OWN LAWYER?**

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

**23.    HOW WILL THE LAWYERS BE PAID?**

Class Counsel will ask the Court to award its Attorneys' Fees and Expenses Application in an amount not to exceed $1,625,000. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay all Court-approved attorneys' fees and costs and payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

**24.    ARE THE NAMED PLAINTIFFS BEING PAID TO REPRESENT THE CLASS?**

Class Counsel will request Court approval of Service Award Payments to the Class Representatives in the amount of $15,000 each as part of its Attorneys' Fees and Expenses Application. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay the Court-approved Class Representatives' Service Award Payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## MORE INFORMATION

**25.    WHERE CAN I FIND MORE SETTLEMENT INFORMATION?**

Additional information about the proposed settlement, including access to Court Documents, answers to frequently asked questions and paper and online versions of Out-of-Pocket Expense Submission, Miscellaneous Harm Submission, and Proof of Greater Covered Care Submission are available at online at **www.InfertilityInsuranceSettlement.com**.

You may also contact the Settlement Administrator by email, telephone, fax, or mail as follows:

Email:          **InfertilityInsuranceSettlement@AtticusAdmin.com**
Telephone:    1-800-205-6861
Fax:              1-888-326-6411

Mail:        Infertility Insurance Settlement
               c/o Atticus Administration
               PO Box 64053
               Saint Paul, MN 55164

Please DO NOT contact the Court with questions about this Settlement.

## 26.    IMPORTANT DATES AND DEADLINES TO REMEMBER:

**AUGUST 26, 2025:**  The date by which any optional forms you intend to complete for additional compensation consideration, requests for exclusion, or Settlement objections must be <u>received</u> by the Settlement Administrator.

**OCTOBER 10, 2025:** The date on which the Court will consider whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class.

# NOTIFICACIÓN DE LIQUIDACIÓN DE DEMANDA COLECTIVA

*Goidel et al., v Aetna Life Insurance Company*
Tribunal de Distrito de los EE. UU., Distrito Sur de Nueva York
No. de caso 1:21-cv-07619 (VSB)

## USTED PODRÍA SER ELEGIBLE PARA RECIBIR UN PAGO DE APROXIMADAMENTE $10,000

El Tribunal de Distrito para el Distrito Sur de Nueva York ha autorizado esta Notificación. Esta NOT es una oferta de un abogado. Usted no ha hecho nada indebido. Por favor lea esta Notificación detenidamente, puesto que puede afectar sus derechos legales.

Se ha alcanzado un acuerdo propuesto en una demanda colectiva sobre si la póliza de seguro médico de Aetna Life Insurance Company ("Demandado" o "Aetna") discriminó o negó igualdad de acceso a cobertura de seguro para inseminación artificial a individuxs en relaciones LGBTQ+ en el estado de Nueva York. La demanda, titulada Goidel et al., v. Aetna Life Insurance Company, No. de caso 1:21-cv-07619 (VBS), está en trámite en el Tribunal de Distrito de los EE. UU. para el Distrito Sur de Nueva York. En una demanda colectiva, unx o más individuxs, denominadxs "Demandantes Nombradxs" (en este caso Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown), demandan en nombre de todxs quienes tengan reclamaciones similares. Aetna niega las acusaciones y el Tribunal no ha fallado a favor de lxs Demandantes o el Demandado. En su lugar, las partes han aceptado este acuerdo propuesto.

Usted ha sido identificadx como alguien cuyos expedientes de miembrx de Aetna Life Insurance Company (el "Demandado" o "Aetna") contienen un rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, incluidos códigos de inseminación intracervical ("ICI", por sus siglas en inglés) o inseminación intrauterina ("IUI"), presentadas al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 (el "Periodo de la Demanda Colectiva"), pero sobre quien no contamos con información suficiente para determinar si podría haber sido parte de una Relación LGBTQ+ Elegible en el estado de Nueva York. ("Miembrx del Grupo de Demandantes Categoría B").

| RESUMEN DE SUS OPCIONES Y DERECHOS LEGALES EN ESTE CASO | |
|---|---|
| **DECLARAR HABER TENIDO UNA RELACIÓN LGBTQ+**<br><br>**RECIBIDOS A MÁS TARDAR EL: 26 DE AGOSTO DE 2025** | Complete y envíe puntualmente un Formulario de Declaración para confirmar el estado de su relación de pareja al momento en el que buscó cobertura de servicios de fertilidad de Aetna y podría recibir un pago del Monto Predeterminado del Fondo Común de hasta aproximadamente $10,000 una vez que Aetna verifique su reclamación, o un monto reducido proporcionalmente, de haber más de 200 Miembrx del Grupo de Demandantes.<br><br>También puede calificar automáticamente para el Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto. |
| **ENVIAR FORMULARIOS PARA OPORTUNIDADES** | Puede completar y enviar una <u>Presentación de Gastos de Bolsillo</u> para tener la posibilidad de recibir indemnización adicional por concepto de gastos de bolsillo en los que haya incurrido como resultado del rechazo de Aetna de su cobertura de infertilidad. |

| | |
|---|---|
| **DE INDEMNIZACIÓN ADICIONAL**<br><br>**RECIBIDOS A MÁS TARDAR EL: 26 DE AGOSTO DE 2025** | Puede completar y enviar una <u>Presentación de Daños y Perjuicios Diversos</u> que demuestre daños adicionales surgidos del rechazo de cobertura de infertilidad por parte de Aetna que no se cubran de otra manera en el Acuerdo.<br><br>Puede completar y enviar una <u>Presentación de Prueba de Atención Mayor a la Cobertura</u> que muestre que los tratamientos a los que se sometió habrían sido reembolsados por su seguro médico por un monto superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300. |
| **SOLICITAR QUE SE LE EXCLUYA DEL GRUPO DE DEMANDANTES**<br><br>**RECIBIDOS A MÁS TARDAR EL: 26 DE AGOSTO DE 2025** | Puede presentar una solicitud por escrito para que se le excluya del Grupo del Acuerdo ("Solicitud de Exclusión Voluntaria") siguiendo las instrucciones que se incluyen en esta Notificación. Si se excluye voluntariamente, no recibirá dinero pero conservará el derecho de demandar al Demandado por su parte por reclamaciones resueltas en esta acción. |
| **OBJETAR AL ACUERDO**<br><br>**RECIBIDOS A MÁS TARDAR EL: 26 DE AGOSTO DE 2025** | Puede objetar a los términos del Acuerdo siguiendo las instrucciones que se incluyen en esta Notificación y sus objeciones se atenderán en la Audiencia de Aprobación Final.  No puede solicitar que se le excluya y al mismo tiempo objetar; si elige objetar al Acuerdo, seguirá siendo miembrx del Grupo de Demandantes. |

Sus derechos y opciones – *y las fechas límite para ejercerlos* – se explican en esta Notificación.

## INFORMACIÓN BÁSICA

### 1.    ¿DE QUÉ TRATA ESTA DEMANDA?

Lxs Demandantes Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown ("Demandantes" o "Representantes del Grupo de Demandantes") interpusieron una demanda colectiva contra Aetna Life Insurance Company (el "Demandado" o "Aetna"). Lxs Demandantes interpusieron la demanda a título personal y en nombre del Grupo de personas contra las que presuntamente se discriminó y a quienes se negó igualdad de acceso a tratamientos de fertilidad como individuxs en relaciones LGBTQ+. El Demandado rechaza estos alegatos.

### 2.    ¿QUÉ ES UNA DEMANDA COLECTIVA Y QUIÉN ESTÁ INVOLUCRADO?

En un caso de demanda colectiva, una o más personas demandan en nombre de otrxs con reclamaciones similares. La persona o personas que demandan se denominan Representantes del Grupo de Demandantes o Demandantes Nombradxs. Lxs Demandantes Nombradxs representan a todas las personas en situación similar en el tribunal. Lxs Demandantes Nombradxs en esta demanda son Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown. La(s) entidad(es) a quien(es) se demanda (en este caso Aetna Life Insurance Company) se denomina(n) el Demandado. Un tribunal resuelve los asuntos para todxs lxs Miembrxs del Grupo de Demandantes, excepto aquellxs que elijan excluirse del Grupo.

### 3.    ¿POR QUÉ SE OFRECE UN ACUERDO?

Ambas partes han aceptado este Acuerdo. Al aceptar el Acuerdo, los abogados que representan al Grupo del Acuerdo ("Abogados del Grupo") y los Abogados del Demandado ("Abogados Defensores") (en conjunto, los "Abogados") evitan los costos, atrasos e incertidumbre de un juicio y lxs Miembrxs del Grupo de Demandantes reciben los beneficios descritos en esta Notificación. Lxs Representantes del Grupo de Demandantes y sus abogados consideran que el Acuerdo es lo mejor para todxs lxs involucradxs.

### 4.    ¿POR QUÉ RECIBÍ UNA NOTIFICACIÓN EN EL CORREO SOBRE ESTE CASO?

Usted recibió una Notificación Abreviada en el correo porque los registros del Demandado indican que sus expedientes de miembrx contienen el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles presentada al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024, pero no contamos con información suficiente para determinar si podría haber sido parte de una Relación LGBTQ+ Elegible.

No se alarme. No lx han demandado, ni usted ha "interpuesto" una demanda. Esta Notificación y la Notificación Abreviada que se le envió por correo simplemente buscan informarle sobre la demanda de lxs Demandantes Nombradxs, hacerle saber que se le ha identificado como Miembrx del Grupo de Demandantes y notificarle sobre sus derechos y opciones como Miembrx del Grupo de Demandantes.

### 5.    ¿CÓMO PUEDO SABER SI SOY MIEMBRX DEL GRUPO DE DEMANDANTES?

Las siguientes clases de individuxs han recibido certificación del Tribunal para participar.

> Grupo de Categoría A: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva e información que indique que podrían ser elegibles para participar en el acuerdo.

> Grupo de Categoría B: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva, pero sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible

> Grupo de Categoría C: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de fertilización in vitro ("IVF") elegibles durante el Periodo de la Demanda Colectiva, pero cuyo historial de inseminación artificial no pueda determinarse a partir de los expedientes de miembrxs de Aetna y sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible, o individuxs que no

presentaron solicitudes de precertificación o reclamaciones durante el Periodo de la Demanda Colectiva porque se les habría negado, pero que se sometieron a inseminación artificial cubierta por uno de un conjunto acordado de códigos elegibles de ICI o IUI.

Grupo de Categoría D: Lxs individuxs cuyos expedientes de miembrxs contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quienes Aetna pagó de alguna otra manera y cuyo expediente no indique si lxs miembrxs pagaron los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Los expedientes de ciertxs miembrxs contienen información que indica que podrían ser elegibles para participar en el acuerdo (D-A); en el caso de otrxs miembrxs, no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible (D-B).

## USTED PODRÍA SER MIEMBRX DEL GRUPO DE DEMANDANTES DE CATEGORÍA B SEGÚN LOS EXPEDIENTES DE AETNA

### 6.    ¿QUÉ ES UNA RELACIÓN LGBTQ+ ELEGIBLE?

El Acuerdo de Liquidación define una Relación LGBTQ+ Elegible como aquella que involucra a individuxs que se identifican a sí mismxs como LGBTQ+, conformada por unx individux con un útero en una relación LGBTQ+ con una pareja incapaz de producir semen por ser individuxs a quienes se asignó el sexo femenino al nacer, ser intersexuales o ser individuxs a quienes se les asignó el sexo masculino al nacer pero que más tarde transicionaron, o estaban en proceso de transicionar, al sexo opuesto.

### 7.    ¿CUÁL ES LA DEFINICIÓN DE INFERTILIDAD?

Para fines del Acuerdo propuesto, la Definición de Infertilidad se refiere a la definición del CPB No. 327 de Definición Aetna en vigor cuando se interpuso la Demanda Enmendada, que requería que lxs individuxs que no tuvieran una pareja que produjera esperma se sometieran a 6 o 12 ciclos de inseminación artificial, dependiendo de la edad de la persona, para poder determinar una infertilidad sin causa identificada y calificar para recibir cobertura médica para servicios de infertilidad.

### 8.    ¿QUÉ CÓDIGOS SE INCLUYEN EN ESTE ACUERDO?

El Acuerdo de Liquidación abarca los siguientes códigos asociados con tratamientos médicos de inseminación artificial que pueden dar pie a un embarazo:

54035:    Inseminación artificial; Menotropina
Inseminación intrauterina estimulada.

58321:    Inseminación artificial; Intracervical
En este tratamiento, el proveedor inserta esperma vivo preparado en el canal cervical.

<u>58322:</u>     Inseminación artificial; Intrauterina
          En este tratamiento, el proveedor inserta esperma vivo preparado en el útero a
          través del canal cervical.

## 9.     ¿CUÁLES SON LOS TÉRMINOS DEL ACUERDO PROPUESTO?

Aetna ha acordad crear un Fondo Común de $2,000,000; los abogados de lxs Demandantxs han
determinado que se usará para pagar un Monto Predeterminado del Fondo Común de
aproximadamente $10,000 a todxs lxs Miembrxs del Grupo de Demandantes elegibles que no
soliciten excluirse. Aetna ha acordado pagar por separado Pagos Compensatorios por Beneficios,
Presentaciones válidas de Pruebas de Atención Mayor a la Cobertura, Costos Administrativos,
Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes, y Costos y
Honorarios de Abogados según lo determine el Tribunal. Aetna también ha acordado que cualquier
fondo que reste en el Fondo Común luego de que se hayan realizado todos los pagos elegibles del
Monto Predeterminado del Fondo Común se usará para compensar a lxs Miembrxs del Grupo de
Demandantes por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos. Si hay
más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000
como resultado de una división equitativa del Fondo Común de $2,000,000 y no habrá pagos por
Presentaciones de Gastos de Bolsillo o de Daños y Perjuicios Diversos.

Los términos completos del Acuerdo propuesto se estipulan en el Acuerdo de Liquidación que obra
en el Tribunal y está disponibles también en **www.InfertilityInsuranceSettlement.com**. Esta
Notificación es solo un resumen del Acuerdo y, en caso de conflicto, tendrán precedencia los
términos del Acuerdo.

## <u>BENEFICIOS DEL ACUERDO</u>

## 10.     ¿QUÉ RECIBIRÉ COMO PARTE DEL ACUERDO DE LIQUIDACIÓN?

Como Miembrx del Grupo de Demandantes de Categoría B recibirá un pago aproximado del
Monto Predeterminado del Fondo Común de $10,000 tomado del Fondo Común si completa y
envía puntualmente un Formulario de Declaración válido. Si hay más de 200 Miembrxs en el
Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división
equitativa del Fondo Común de $2,000,000. También se le pagará el Monto Predeterminado del
Pago Compensatorio por Beneficios de $2,300 si Aetna aún no lx ha compensado por la
inseminación artificial para la que buscó cobertura durante el Periodo de la Demanda Colectiva,
para un total de aproximadamente $12,300.

Podrían estar disponibles oportunidades adicionales de indemnización. *Diríjase a la pregunta 11*

## 11.     ¿CÓMO PUEDO RECIBIR UN PAGO? ¿HAY OPCIONES DISPONIBLES?

Lxs Miembrxs del Grupo de Demandantes de Categoría B que no soliciten excluirse recibirán un
pago del Monto Predeterminado del Fondo Común de aproximadamente $10,000 si presentan un
formulario de Declaración de manera puntual y completa. Si hay más de 200 Miembrxs en el
Grupo de Demandantes, lxs Miembrxs del Grupo de Categoría B recibirán el monto proporcional
resultante de una división equitativa del Fondo Común de $2,000,000. Si Aetna aún no ha pagado
por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan médico habría
cubierto de no ser por la Definición de Infertilidad al 31 de mayo de 2024, lxs Miembrxs del Grupo
de Demandantes de Categoría B también recibirán de Aetna un pago de $2,300 correspondiente al
Monto Predeterminado de Pago por Compensación por Beneficios.

**Puede completar el Formulario de Declaración en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir el Formulario de Declaración, completarlo y enviarlo al Administrador del Acuerdo por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar una copia física en blanco del Formulario de Declaración al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverla por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir el formulario a más tardar el 26 de agosto de 2025.**

Adicionalmente, lxs Miembrxs del Grupo de Demandantes tienen la opción de completar y enviar una <u>Presentación de Gastos de Bolsillo</u> por gastos adicionales en los que se haya incurrido como resultado directo del rechazo de cobertura de infertilidad de Aetna, y/o una <u>Presentación por Daños y Perjuicios Diversos</u> por daños adicionales o de otra naturaleza sufridos como resultado del rechazo del tratamiento de infertilidad que no se cubran de otra manera en este acuerdo. Se requerirá documentación que sustente su Gasto de Bolsillo. Las presentaciones solo serán elegibles para un pago si hay fondos restantes en el Fondo Común luego de que se hayan distribuido todos los pagos del Monto Predeterminado del Fondo Común. Las Presentaciones de Gastos de Bolsillo y Daños y Perjuicios Diversos serán evaluadas por el Interventor Especial, el Hon. Steven Gold, quien dividirá los fondos restantes del Fondo Común a su solo criterio.

Todxs lxs Miembrxs del Grupo de Demandantes participantes pueden también completar y enviar una <u>Presentación de Atención Mayor a la Cobertura</u> si se sometieron a un tratamiento de fertilidad cubierto que habría dado pie a un reembolso superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 de parte de su plan médico con Aetna durante el Periodo de la Demanda Colectiva, de no ser por la Definición de Infertilidad. Se requerirá documentación que sustente las reclamaciones, y la evaluación de los formularios y su elegibilidad para un pago quedarán al exclusivo criterio de Aetna.

**DEBE COMPLETAR Y ENVIAR EL FORMULARIO DE DECLARACIÓN PARA QUE SE LE TOME EN CUENTA PARA ESTAS OPCIONES.**

**Puede completar y presentar los formularios de indemnización opcionales y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir, completar y enviar cualquiera de estos formularios por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar copias físicas en blanco de los formularios al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverlas por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

## 12.    ¿CUÁNDO SE ME PAGARÁ?

El Tribunal llevará a cabo una Audiencia de Aprobación Final el 10 de octubre de 2025 para determinar si el acuerdo es justo, adecuado y favorece los intereses del Grupo del Acuerdo. Los pagos no podrán distribuirse sino hasta que el Tribunal dicte una Orden de Aprobación Final y el Acuerdo se torne definitivo y entre en vigor. No sabemos cuánto tiempo tomará este proceso. Por favor, visite el sitio web del acuerdo, **www.InfertilityInsuranceSettlement.com**, donde podrá encontrar actualizaciones sobre el resultado de la audiencia.

## EXCLUSIÓN DEL GRUPO DEL ACUERDO

## 13.    ¿CÓMO PUEDO EXCLUIRME DEL ACUERDO DE LIQUIDACIÓN?

Si no desea ser miembrx del Grupo de Demandantes, debe enviar por correo una solicitud por escrito pidiendo que se le excluya del Grupo del Acuerdo de Daños ("Solicitud de Exclusión", o "Solicitud de Exclusión Voluntaria") al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Para ser válida, la Solicitud de Exclusión debe presentarse por escrito e incluir el nombre, fecha de nacimiento, dirección y número de seguro social de la persona que solicita la exclusión, así como una declaración clara que indique la decisión de la persona de que se le excluya del Grupo del Acuerdo por Daños.

Lxs Miembrxs del Grupo de Demandantes que envíen Solicitudes de Exclusión válidas, completas y puntuales se retirarán del Grupo de Demandantes, no quedarán obligadxs por el Acuerdo de Liquidación y procedimientos, órdenes y sentencias subsecuentes, y no serán elegibles para recibir un pago del Acuerdo, pero retendrán sus derechos de procesar reclamaciones contra el Demandado por su cuenta y riesgo, si eligen hacerlo.

## 14.    SI NO ME EXCLUYO, ¿PUEDO DEMANDAR A AETNA POR EL MISMO ASUNTO?

No. A menos que se excluya, renunciará al derecho de demandar a Aetna por reclamaciones que se resuelven en el Acuerdo y no podrá participar en otras demandas colectivas contra Aetna relacionadas con las reclamaciones en cuestión en este caso. Debe excluirse del Grupo del Acuerdo para intentar interponer su propia demanda.

## 15.    ¿PUEDO EXCLUIRME Y AÚN ASÍ RECIBIR UN PAGO?

No. No recibirá un pago si se excluye del Acuerdo.

## 16.    ¿QUÉ SUCEDE SI NO HAGO NADA?

Si usted es Miembrx del Grupo de Demandantes de Categoría B y elige no hacer nada, quedará obligadx por los términos del Acuerdo de Liquidación, pero no recibirá un pago en virtud de él.

## <u>OBJECIONES AL ACUERDO</u>

## 17.    ¿CÓMO PUEDO HACER SABER AL TRIBUNAL QUE NO ESTOY CONFORME CON EL ACUERDO?

Si desea presentar una objeción en cuanto a la justicia, razonabilidad o idoneidad del Acuerdo propuesto, incluida la Solicitud de Costos y Honorarios de los Abogados del Grupo de Demandantes, **y no solicita que se le excluya**, puede presentar una objeción y enviarla por correo al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Las objeciones por escrito deben incluir:
- Su nombre, dirección, número de teléfono y dirección de correo electrónico, de tenerla,
- El nombre y número de expediente de la Acción: *Goidel et al., v Aetna Life Insurance Company,* No. de caso 1:21-cv-07619 (VSB),
- Una explicación de sus objeciones y sus razones específicas,
- Una indicación de si su(s) objeción(es) atañe(n) específicamente a quien objeta, a un subconjunto (Categoría) del Grupo de Demandantes o al Grupo entero,
- Todas las bases de la objeción, acompañadas de cualquier respaldo jurídico para la objeción del que la persona que objeta o sus abogados estén al tanto,
- Cualquier evidencia que desee presentar para respaldar cada objeción,
- Una indicación de si pretende intervenir en la Audiencia de Justicia,

Lxs Miembrxs del Grupo de Demandantes pueden presentar una objeción por sí mismxs o a través de abogados contratados a costo propio. Cualquier abogado contratado por un Miembrx del Grupo de Demandantes para fines de objetar debe dar aviso de intervención a los Abogados del Grupo de Demandantes y los Abogados del Demandado, y presentar en línea la notificación de intervención por medio del sistema CM/ECF del Tribunal de manera tal que los Abogados y el Tribunal lo reciban a más tardar el 26 de agosto de 2025. *Consulte la Pregunta 20 para más información.*

## 18.    ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y EXCLUIRSE?

Objetar significa indicar al Tribunal que no está conforme con algún aspecto del acuerdo. Puede objetar únicamente si sigue formando parte del Grupo del Acuerdo. Excluirse significa notificar al Tribunal que no desea ser parte del Grupo del Acuerdo o de la demanda. No puede solicitar excluirse **y al mismo tiempo** objetar al acuerdo de liquidación. Si se excluye no tendrá bases para objetar ya que el caso no le afectará.

## 19.    ¿CUÁNDO Y DÓNDE SE LLEVARÁ A CABO LA AUDIENCIA DE APROBACIÓN FINAL?

El Tribunal llevará a cabo una Orden de Aprobación Final a las 2:00 p.m. el 10 de octubre de 2025 en la Sala #518 del Thurgood Marshall US Courthouse que se encuentra en 40 Foley Square, Nueva York, NY 10007. En la audiencia, el Tribunal deliberará si el acuerdo es justo, razonable y adecuado. El Tribunal también considerará si aprobar la Solicitud de Costos y Honorarios para los Abogados del Grupo de Demandantes y las Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes. Si existen objeciones, el Juez las tomará en cuenta. El Juez escuchará a las personas que hayan solicitado intervenir en la audiencia. Tras la audiencia, el Juez decidirá si aprobar o no el acuerdo. No sabemos cuánto tiempo tomará la decisión.

No se requiere que acuda a la audiencia. Se publicarán actualizaciones sobre el estado de la audiencia y la decisión del Tribunal en **www.InfertilityInsuranceSettlement.com** cuando estén disponibles.

## 20.    ¿PUEDO INTERVENIR EN LA AUDIENCIA DE APROBACIÓN FINAL?

Lxs Miembrxs del Grupo de Demandantes que presenten objeciones puntuales por escrito pueden intervenir en la Audiencia de Aprobación Final en persona o a través de abogados contratados a costo del/lx Miembrx del Grupo.

Si planea intervenir en la Audiencia de Aprobación Final personalmente, debe enviar una carta a la oficina del Administrador del Acuerdo notificándole de su plan de intervenir. La carta debe incluir el nombre, dirección, número de teléfono, dirección de correo electrónico, de haberla, y firma del/lx Miembrx del Grupo de Demandantes. Envíe su notificación de intención de intervenir al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Si contrató a un abogado a su costo personal para que se presente en su nombre en la Audiencia de Aprobación Final, dicho abogado debe dar aviso de su intención de intervenir a los Abogados del Grupo de Demandantes y los Abogados del Demandado y presentar en línea la notificación por medio del sistema CM/ECF del Tribunal (https://ecf.nysd.uscourts.gov/) de manera tal que la reciban a más tardar el 26 de agosto de 2025. Puede notificar a los abogados a las siguientes direcciones:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L. Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

**ABOGADOS DEL GRUPO DE DEMANDANTES**

## 21.    ¿CUENTO CON UN ABOGADO?

El Tribunal designó a los abogados de lxs Representantes del Grupo en la Acción para fungir como Abogados para el Grupo de Demandantes ("Abogados del Grupo de Demandantes"). Los Abogados del Grupo de Demandantes son Zoe Salzman, Debra L. Greenberger y Eric Abrams de Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, y Michelle Banker, Noel R. León, Alison Tanner y Sudria Twyman del National Women's Law Center. No es requiere que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación como miembrx del Grupo. Si desea contratar su propio abogado, puede hacerlo a su costo propio.

## 22.    ¿ES NECESARIO QUE CONTRATE A MI PROPIO ABOGADO?

No es necesario que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación. Sin embargo, si elige tener su propio abogado, usted tendrá que pagarle. Por ejemplo, puede pedirle que se presente en el Tribunal por usted si desea que alguien distinto de los Abogados del Grupo de Demandantes intervenga en su nombre.

## 23.    ¿CÓMO SE LES PAGARÁ A LOS ABOGADOS?

Los Abogados del Grupo de Demandantes solicitarán al Tribunal que adjudique su Solicitud de Costos y Honorarios de Abogados. por un monto que no deberá superar $1,625,000. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará todos los costos y honorarios de abogados y demás pagos aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## 24.    ¿LXS DEMANDANTES NOMBRADXS RECIBIRÁN UN PAGO POR REPRESENTAR AL GRUPO?

Los Abogados del Grupo de Demandantes solicitarán aprobación del Tribunal para Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes por un monto de $15,000 para cada unx como parte de su Solicitud de Costos y Honorarios de Abogados. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará los Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## INFORMACIÓN ADICIONAL

## 25.    ¿DÓNDE PUEDO ENCONTRAR MÁS INFORMACIÓN SOBRE EL ACUERDO?

Puede encontrar información adicional sobre el acuerdo propuesto, incluidos Documentos del Tribunal, respuestas a preguntas frecuentes y versiones físicas y en línea de la Presentación de Gastos de Bolsillo, Presentación de Daños y Perjuicios Diversos y Presentación de Prueba de Atención Mayor a la Cobertura en línea en **www.InfertilityInsuranceSettlement.com**.

También puede comunicarse con el Administrador del Acuerdo por correo electrónico, teléfono, fax o correo postal usando la siguiente información:

Correo electrónico:          **InfertilityInsuranceSettlement@AtticusAdmin.com**

Teléfono:        1- 800-205-6861

Fax:              1-888-326-6411

Correo:          Infertility Insurance Settlement
                 c/o Atticus Administration
                 PO Box 64053
                 Saint Paul, MN 55164

Por favor NO se comunique con el Tribunal en caso de dudas sobre este Acuerdo.

| 26. | FECHAS IMPORTANTES Y PLAZOS QUE DEBE TENER EN CUENTA: |
|---|---|

**26 DE AGOSTO DE 2025:**  La fecha para la cual el Administrador del Acuerdo debe <u>recibir</u> cualquier formulario opcional que pretenda completar en busca de consideración para indemnización adicional, solicitudes de exclusión u objeciones al Acuerdo.

**10 DE OCTUBRE DE 2025:** La fecha en la que el Tribunal contemplará si el Acuerdo es justo, razonable, adecuado y favorece los intereses del Grupo del Acuerdo.

# NOTICE OF CLASS ACTION SETTLEMENT

*Goidel et al., v. Aetna Life Insurance Company*
U.S. District Court, Southern District of New York
Case No. 1:21-cv-07619 (VSB)

## YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT OF APPROXIMATELY $10,000

The District Court for the Southern District of New York has authorized this Notice. This is NOT a solicitation from a lawyer. You have not done anything wrong. Please read this Notice carefully as it may affect your legal rights.

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's ("Defendant," or "Aetna") health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled Goidel et al., v. Aetna Life Insurance Company, Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York. In a class action, one or more individuals called "Named Plaintiffs" (in this case Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown) sue on behalf of all others who have similar claims. Aetna denies the allegations, and the Court did not rule in favor of Plaintiffs or Defendant. Rather, the parties agreed to this proposed settlement.

You have been identified as someone whose member files with Aetna Life Insurance Company ("Defendant," or "Aetna") contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes submitted to Defendant for services between September 1, 2017, and May 31, 2024 (the "Class Period") but whose artificial insemination history (history of undergoing intracervical insemination ("ICI") or intrauterine insemination ("IUI")) cannot be determined from information you previously provided to Aetna, and for whom we do not have sufficient information to determine whether you may have been in an Eligible LGBTQ+ Relationship ("Category C Class Member").

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS CASE | |
|---|---|
| **ATTEST TO LGBTQ+ RELATIONSHIP AND SUBMIT CLAIM FORM**<br><br>**RECEIVED BY:**<br>**AUGUST 26, 2025** | Complete and timely submit (1) an Attestation Form to confirm your relationship status at the time you could have sought coverage from Aetna for artificial insemination services received and (2) a Claim Submission Form evidencing that you underwent artificial insemination associated with one of an agreed-upon set of qualifying ICI or IUI codes, and you may receive up to an approximate $10,000 Default Common Fund Amount payment upon Aetna's verification of your claim(s), or a proportionately reduced amount if there are more than 200 Class Members. |
| | Thereafter, you may also qualify for the $2,300 Default Dollars for Benefits Amount if Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that your plan would have covered. |
| **SUBMIT FORMS FOR ADDITIONAL** | You may complete and submit an Out-Of-Pocket Expense Submission to potentially receive additional compensation for out-of-pocket |

| COMPENSATION OPPORTUNITIES<br><br>**RECEIVED BY: AUGUST 26, 2025** | expenses incurred as a result of Aetna's denial of your infertility coverage.<br><br>You may complete and submit a <u>Miscellaneous Harm Submission</u> evidencing additional harm arising from Aetna's denial of infertility coverage that is not otherwise covered by the Settlement.<br><br>You may complete and submit a <u>Proof of Greater Covered Care Submission</u> evidencing that the procedures you underwent would have been reimbursed by your healthcare plan in an amount greater than the $2,300 Default Dollars for Benefits Amount. |
|---|---|
| **REQUEST EXCLUSION FROM THE CLASS**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may submit a written request to be excluded from the Settlement Class ("Opt-Out Request") according to the instructions provided in this Notice. If you opt-out, you will not receive any money but will retain the right to sue Defendant on your own for the claims resolved in this action. |
| **OBJECT TO THE SETTLEMENT**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may object to the terms of the Settlement according to the instructions provided in this Notice and have your objections heard at the date Final Approval Hearing. You cannot request exclusion and also object; you will remain a member of the Class if you choose to object to the Settlement. |

Your rights and options – *and the deadlines to exercise them* – are explained in this Notice.

## BASIC INFORMATION

### 1.    WHAT IS THIS LAWSUIT ABOUT?

Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown ("Plaintiffs" or "Class Representatives") filed a class action lawsuit against Aetna Life Insurance Company ("Defendant" or "Aetna"). Plaintiffs filed the lawsuit on behalf of themselves and on behalf of the group or "Class" of persons who were allegedly discriminated against and denied equal access to fertility treatments as individuals in LGBTQ+ relationships. Defendant denies these allegations.

### 2.    WHAT IS A CLASS ACTION AND WHO IS INVOLVED?

In a class action case, one or more persons sue on behalf of other people who have similar claims. The person or persons who sue are called the Class Representatives or Named Plaintiffs. The Named Plaintiffs represent all similarly situated people in the court. The Named Plaintiffs in this lawsuit are Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown. The entity(s) being sued (in this case Aetna Life Insurance Company) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

### 3.    WHY IS THERE A SETTLEMENT?

Both sides agreed to the Settlement. By agreeing to the Settlement, the attorneys representing the Settlement Class ("Class Counsel") and Defendant's Counsel ("Defense Counsel") (collectively

"Counsel") avoid the costs, delay, and uncertainty of trial, and the Settlement Class Members receive the benefits described in this Notice. The Class Representatives and their attorneys think the Settlement is best for everyone who is affected.

## 4.    WHY DID I RECEIVE A NOTICE IN THE MAIL ABOUT THIS CASE?

You received a Summary Notice in the mail because Defendant's records reflect that your member files contain a claim or precertification request for one of an agreed-upon set of qualifying IVF codes with dates of service between September 1, 2017 and May 31, 2024 but whose artificial insemination history (history of undergoing ICI or IUI) cannot be determined from information you previously provided to Aetna, and for whom we do not have sufficient information to determine whether you may have been in an Eligible LGBTQ+ Relationship.

Do not be alarmed. You have not been sued; nor have you "filed" a lawsuit. This Notice and the Summary Notice that was mailed to you simply inform you of the Named Plaintiffs' lawsuit, let you know that you have been identified as Class Member, and inform you of your rights and options as a Class Member.

## 5.    HOW DO I KNOW IF I AM A MEMBER OF THE CLASS?

The following classes of individuals have been certified by the Court to participate.

Category A Class:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period and information indicating that they may be eligible to participate in the settlement.

Category B Class:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period, but for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship.

Category C Class:    Individuals whose Aetna member files contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes during the Class Period but whose artificial insemination history cannot be determined from Aetna's member files, and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals who did not submit precertification or claim requests during the Class Period because they would be denied, and nevertheless underwent artificial insemination covered by one of an agreed-upon set of qualifying ICI or IUI codes.

Category D Class:    Individuals whose member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, but whose denial was thereafter followed by an approval within 90 days or otherwise paid by Aetna and whose file does not establish whether the member paid out-of-

pocket for artificial insemination services before their claim was approved. Certain members' files contain information indicating they may be eligible to participate in the settlement (D-A), while for others we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship (D-B).

## <u>YOU MAY BE A CATEGORY C CLASS MEMBER</u> ACCORDING TO AETNA'S RECORDS

### 6.    WHAT IS AN ELIGIBLE LGBTQ+ RELATIONSHIP?

The Settlement Agreement defined an Eligible LGBTQ+ Relationship as a relationship involving individuals who self-identify as LGBTQ+, consisting of one individual with a uterus in a LGBTQ+ relationship with a partner who was incapable of producing sperm due to being an individual who was assigned the female sex at birth, was intersex, or was assigned the male sex at birth and had transitioned or was in the process of transitioning to the opposite gender.

### 7.    WHAT IS THE DEFINITION OF INFERTILITY?

For purposes of the proposed Settlement, the Definition of Infertility means the definition in Aetna's CPB No. 327 in effect when the Amended Complaint was filed which required individuals without a sperm-producing partner to undergo 6 or 12 cycles of artificial insemination, depending on the individual's age, in order to establish unexplained infertility and qualify for healthcare coverage of infertility services.

### 8.    WHAT CODES ARE INCLUDED IN THIS SETTLEMENT?

The Settlement Agreement covers the following codes associated with an artificial insemination medical procedure that can lead to pregnancy:

<u>S4035</u>:    Artificial Insemination Menotropin
Stimulated intrauterine insemination.

<u>58321</u>:    Artificial Insemination; intra-cervical
In this procedure, the provider inserts prepared live sperm into the cervical canal.

<u>58322</u>:    Artificial Insemination; intra-uterine
In this procedure, the provider inserts prepared live sperm into the uterus through the cervical canal.

### 9.    WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

Aetna has agreed to create a $2,000,000 Common Fund, which Plaintiffs' counsel has determined be used to pay an approximately $10,000 Default Common Fund Amount to every eligible Class Member who does not request exclusion. Aetna has agreed to separately pay for Dollars for Benefits Payments, valid Proof of Greater Covered Care Submissions, Administrative Costs, Class Representative Service Awards, and Attorneys' Fees and Costs as determined by the Court. Aetna has also agreed that any funds remaining in the Common Fund after all qualifying Default Common Fund Amount payments have been dispersed will be used to compensate Class Members

for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund, and there will be no payments for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions.

The complete terms of the proposed Settlement are set forth In the Settlement Agreement on file with the Court and also available at **www.InfertilityInsuranceSettlement.com**. This Notice is only a summary of the Settlement and in case of any conflict the terms of the Agreement will control.

## SETTLEMENT BENEFITS

### 10.    WHAT WILL I RECEIVE AS PART OF THE SETTLEMENT ?

As a Category C Class Member, you will receive an approximate $10,000 Default Common Fund Amount payment from the Common Fund if you timely complete and submit an Attestation Form and a Claim Submission Form with valid supporting evidence so it is received by the Settlement Administrator on or before August 26, 2025, and it is verified and approved by Aetna. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund.  You will also receive a $2,300 Default Dollars for Benefits Amount payment if Aetna has not already paid for artificial insemination-related expenses (for ICI or IUI) that your plan would have covered during the Class Period, for a total of approximately $12,300.

Additional compensation opportunities may also be available. *See Question 11.*

### 11.    HOW DO I GET A PAYMENT? ARE THERE OPTIONS?

Category C Class Members who do not request exclusion will receive an approximate $10,000 Default Common Fund Amount payment if a timely and complete **Attestation Form** and a timely and complete **Claim Submission Form** with supporting evidence is submitted and approved by Aetna. Aetna will review and determine eligibility in its sole discretion. If there are more than 200 Class Members, Category C Class Members will receive an amount proportionate to an equal split of the $2,000,000 Common Fund. If Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that their medical plan would have covered but for the Definition of Infertility as of May 31, 2024, Category C Class Members will also receive a $2,300 Default for Dollars for Benefits Amount payment from Aetna.

**You may complete these forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and send the Attestation Form and Claim Submission Form to the Settlement Administrator by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**
**You may request a blank paper copy of the Attestation Form and Claim Submission Form from the Settlement Administrator at the contact information provided in Question 25, and return it by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

Additionally, all participating Class Members have the option to complete and submit an **Out-of-Pocket Expense Submission** for additional expenses incurred as a result of Aetna's denial of infertility coverage, and/or a **Miscellaneous Harm Submission** for additional or other harm experienced as a result of the denial of infertility treatment not covered elsewhere by this settlement. Documentation to support your Out-of-Pocket Expense is required. Submissions will only be eligible for payment if there are funds remaining in the Common Fund after all Default Common Fund Amount payments have been distributed. Out-of-Pocket Expense and Miscellaneous Harm Submissions will be evaluated by Special Master Hon. Steven Gold who will divide any remaining funds in the Common Fund at his sole discretion.

All participating Class Members may also complete and submit a **Proof of Greater Covered Care Submission** if they underwent covered fertility treatment that would have resulted in reimbursement exceeding the $2,300 Default Dollars for Benefits Amount by their Aetna healthcare plan during the Class Period, if not for the Definition of Infertility. Documentation evidencing the claims is required, and evaluation of the forms and eligibility for payment will be at Aetna's sole discretion.

**YOU MUST COMPLETE AND SUBMIT THE ATTESTATION FORM AND CLAIM SUBMISSION FORM TO BE CONSIDERED FOR THE OUT-OF-POCKET SUBMISSION FORM, MISCELLANEOUS HARM SUBMISSION, AND PROOF OF GREATER COVERED CARE SUBMISSIONS OPTIONS.**

**You may complete and submit the optional compensation forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and submit any of these forms by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request blank paper copies of the forms from the Settlement Administrator at the contact information provided in Question 25, and return them by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

| 12. | WHEN WILL I GET PAID? |
|---|---|

The Court will hold a Final Approval Hearing on October 10, 2025 to determine if the settlement is fair, adequate, and in the best interest of the Settlement Class. Payments cannot be distributed until after the Court enters a Final Approval Order and the Settlement becomes final and effective. We do not know how long this process will take. Please visit the settlement website at **www.InfertilityInsuranceSettlement.com** for updates on the outcome of the hearing.

## EXCLUSION FROM THE SETTLEMENT CLASS

## 13.    HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

If you do not want to be a member of the Class you must mail a written request to be excluded from the Damages Settlement Class ("Request for Exclusion," or "Opt-Out Request") to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

To be valid, the Request for Exclusion must be in writing and include the name, date of birth, address, and social security number of the person requesting exclusion, as well as a clear statement communicating the person's election to be excluded from the Damages Settlement Class.

Class Members who submit valid, complete, and timely Requests for Exclusion will be removed from the Class, will not be bound by the Settlement Agreement and subsequent proceedings, orders, and judgments, and will not be eligible to receive a payment from the Settlement, but will retain their rights to pursue claims against Defendant at your own risk and expense, should you choose to do so.

## 14.    IF I DON'T EXCLUDE MYSELF, CAN I SUE AETNA FOR THE SAME THING?

No. Unless you exclude yourself, you give up the right to sue the Aetna for the claims that the Settlement resolves and will be unable to participate in other class action lawsuits against Aetna regarding the claims at issue in this case. You must exclude yourself from the Settlement Class in order to try to pursue your own lawsuit.

## 15.    CAN I EXCLUDE MYSELF AND STILL RECEIVE A PAYMENT?

No. You will not receive a payment if you exclude yourself from the Settlement.

## 16.    WHAT HAPPENS IF I DON'T DO ANYTHING?

If you are a Category C Class Member and you choose to do nothing, you will be bound by the terms of the Settlement Agreement, but you will not receive a payment from the Settlement.

## SETTLEMENT OBJECTIONS

## 17.    HOW DO I TELL THE COURT I DO NOT LIKE THE SETTLEMENT?

If you wish to object to the fairness, reasonableness, or adequacy of the proposed Settlement, including Class Counsel's Attorneys' Fees and Costs Application, and you do not request exclusion, you may file an objection and mail it to the Settlement Administrator, so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

A written objection must include:

- Your name, address, telephone number, and email address if available,
- The name and docket number of the Action: *Goidel et al., v Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VSB),
- An explanation of your objections and specific reasons for them,
- An indication of whether the objection(s) are specific to the objector, a subset (Category) of the Class, or the entire Class,
- All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel,
- Any evidence you wish to introduce in support of each objection,
- An indication of whether you intend to speak at the Fairness Hearing,

Class Members may object on their own, or through counsel hired at their own expense. Any hired counsel by a Class Member for the purpose of objecting must serve notice of appearance on Class Counsel and Counsel for Defendant and e-file the notice of appearance using the Court's CM/ECF system so it is received by Counsel and the Court by August 26, 2025. *See Question 20 for more information.*

## 18.    WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class or the lawsuit. You cannot request exclusion **and** object to the settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 19.    WHEN AND WHERE IS THE FINAL APPROVAL HEARING?

The Court will hold a Final Approval Order at 2:00 p.m. on October 10, 2025  in Courtroom #518 of the Thurgood Marshall US Courthouse located at 40 Foley Square, New York, NY 10007. At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's Attorneys' Fees and Expenses Application and the Class Representatives' Service Awards. If there are objections, the Judge will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Judge will decide whether to approve the settlement. We do not know how long the decision will take.

You are not required to attend the hearing. Updates on the status of the hearing and the Court's determination will be posted at **www.InfertilityInsuranceSettlement.com** when available.

## 20.    CAN I SPEAK AT THE FINAL APPROVAL HEARING?

Class Members who submit timely written objections may appear at the Final Approval Hearing in person or through counsel retained at the Class Member's own expense.

If you intend to appear at the Final Approval Hearing on your own behalf, you must send a letter to the Settlement Administrator's office notifying the Administrator of your intent to appear. The letter must include the Class Member's name, address, telephone number, email address if

available, and your signature. Send your notice of intention to appear to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

If you retained counsel at your own expense to appear on your behalf at the Final Approval Hearing, such counsel must serve a notice of intent to appear on Class Counsel and Counsel for Defendant and e-file using the Court's CM/ECF System (https://ecf.nysd.uscourts.gov/) so it is received on or before August 26, 2025. Counsel can be notified at the following addresses:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

**CLASS COUNSEL**

| **21.** | **DO I HAVE A LAWYER?** |
|---|---|

The Court appointed the Class Representatives' attorneys in the Action as Counsel for the Class ("Class Counsel"). Class Counsel are Zoe Salzman, Debra L. Greenberger, and Eric Abrams of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, and Michelle Banker, Noel R. León, Alison Tanner, and Sudria Twyman of the National Women's Law Center. You are not required to hire your own attorney because Class Counsel is working on your behalf as a member of the Class. If you want to hire your own lawyer, you may do so at your own expense.

| **22.** | **DO I NEED TO HIRE MY OWN LAWYER?** |
|---|---|

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

| **23.** | **HOW WILL THE LAWYERS BE PAID?** |
|---|---|

Class Counsel will ask the Court to award its Attorneys' Fees and Expenses Application in an amount not to exceed $1,625,000. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay all Court-approved attorneys' fees and costs and payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## 24.    ARE THE NAMED PLAINTIFFS BEING PAID TO REPRESENT THE CLASS?

Class Counsel will request Court approval of Service Award Payments to the Class Representatives in the amount of $15,000 each as part of its Attorneys' Fees and Expenses Application. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay the Court-approved Class Representatives' Service Award Payments within 30 days receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## MORE INFORMATION

## 25.    WHERE CAN I FIND MORE SETTLEMENT INFORMATION?

Additional information about the proposed settlement, including access to Court Documents, answers to frequently asked questions and paper and online versions of Out-of-Pocket Expense Submission, Miscellaneous Harm Submission, and Proof of Greater Covered Care Submission are available at online at **www.InfertilityInsuranceSettlement.com**.

You may also contact the Settlement Administrator by email, telephone, fax, or mail as follows:

Email:         **InfertilityInsuranceSettlement@AtticusAdmin.com**
Telephone:   1-800-205-6861
Fax:          1-888-326-6411
Mail:         Infertility Insurance Settlement
              c/o Atticus Administration
              PO Box 64053
              Saint Paul, MN 55164

Please DO NOT contact the Court with questions about this Settlement.

## 26.    IMPORTANT DATES AND DEADLINES TO REMEMBER:

**AUGUST 26, 2025:**  The date by which any optional forms you intend to complete for additional compensation consideration, requests for exclusion, or Settlement objections must be <u>received</u> by the Settlement Administrator.

**OCTOBER 10, 2025:** The date on which the Court will consider whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class.

# NOTIFICACIÓN DE LIQUIDACIÓN DE DEMANDA COLECTIVA

*Goidel et al., v. Aetna Life Insurance Company*
Tribunal de Distrito de los EE. UU., Distrito Sur de Nueva York
No. de caso 1:21-cv-07619 (VSB)

## USTED PODRÍA SER ELEGIBLE PARA RECIBIR UN PAGO DE APROXIMADAMENTE $10,000

El Tribunal de Distrito para el Distrito Sur de Nueva York ha autorizado esta Notificación. Esta NOT es una oferta de un abogado. Usted no ha hecho nada indebido. Por favor lea esta Notificación detenidamente, puesto que puede afectar sus derechos legales.

Se ha alcanzado un acuerdo propuesto en una demanda colectiva sobre si la póliza de seguro médico de Aetna Life Insurance Company ("Demandado" o "Aetna") discriminó o negó igualdad de acceso a cobertura de seguro para inseminación artificial a individuxs en relaciones LGBTQ+ en el estado de Nueva York. La demanda, titulada Goidel et al., v. Aetna Life Insurance Company, No. de caso 1:21-cv-07619 (VBS), está en trámite en el Tribunal de Distrito de los EE. UU. para el Distrito Sur de Nueva York. En una demanda colectiva, unx o más individuxs, denominadxs "Demandantes Nombradxs" (en este caso Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown), demandan en nombre de todxs quienes tengan reclamaciones similares. Aetna niega las acusaciones y el Tribunal no ha fallado a favor de lxs Demandantes o el Demandado. En su lugar, las partes han aceptado este acuerdo propuesto.

Usted ha sido identificadx como alguien cuyos expedientes de miembrx de Aetna Life Insurance Company (el "Demandado" o "Aetna") contienen una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de fertilización in vitro ("IVF") elegibles presentadas al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 (el "Periodo de la Demanda Colectiva") pero cuyo historial de inseminación artificial (historia de haberse sometido a inseminación intracervical, o "ICI", por sus siglas en inglés o inseminación intrauterina ("IUI")) no puede determinarse a partir de la información que proporcionó previamente a Aetna y sobre quien no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible ("Miembrx del Grupo de Demandantes de Categoría C").

| RESUMEN DE SUS OPCIONES Y DERECHOS LEGALES EN ESTE CASO | |
|---|---|
| **DECLARAR HABER TENIDO UNA RELACIÓN LGBTQ Y PRESENTAR UN FORMULARIO DE RECLAMACIÓN**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Complete y envíe puntualmente (1) un Formulario de Declaración para confirmar el estado de su relación de pareja al momento en el que podría haber buscado cobertura de Aetna por servicios de inseminación artificial recibidos y (2) un Formulario de Presentación de Reclamación que demuestre que se sometió a inseminación artificial asociada con uno de un conjunto acordado de códigos de ICI o IUI elegibles y podría recibir un pago del Monto Predeterminado del Fondo Común de hasta aproximadamente $10,000 una vez que Aetna verifique su reclamación, o un monto reducido proporcionalmente, de haber más de 200 Miembrx del Grupo de Demandantes.<br><br>Posteriormente, también podría calificar para el Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha |

| | pagado ya por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto. |
|---|---|
| **ENVIAR FORMULARIOS PARA OPORTUNIDADES DE INDEMNIZACIÓN ADICIONAL** **RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede completar y enviar una <u>Presentación de Gastos de Bolsillo</u> para tener la posibilidad de recibir indemnización adicional por concepto de gastos de bolsillo en los que haya incurrido como resultado del rechazo de Aetna de su cobertura de infertilidad. Puede completar y enviar una <u>Presentación de Daños y Perjuicios Diversos</u> que demuestre daños adicionales surgidos del rechazo de cobertura de infertilidad por parte de Aetna que no se cubran de otra manera en el Acuerdo. Puede completar y enviar una <u>Presentación de Prueba de Atención Mayor a la Cobertura</u> que muestre que los tratamientos a los que se sometió habrían sido reembolsados por su seguro médico por un monto superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300. |
| **SOLICITAR QUE SE LE EXCLUYA DEL GRUPO DE DEMANDANTES** **RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede presentar una solicitud por escrito para que se le excluya del Grupo del Acuerdo ("Solicitud de Exclusión Voluntaria") siguiendo las instrucciones que se incluyen en esta Notificación. Si se excluye voluntariamente, no recibirá dinero pero conservará el derecho de demandar al Demandado por su parte por reclamaciones resueltas en esta acción. |
| **OBJETAR AL ACUERDO** **RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede objetar a los términos del Acuerdo siguiendo las instrucciones que se incluyen en esta Notificación y sus objeciones se atenderán en la Audiencia de Aprobación Final. No puede solicitar que se le excluya y al mismo tiempo objetar; si elige objetar al Acuerdo, seguirá siendo miembrx del Grupo de Demandantes. |

Sus derechos y opciones – *y las fechas límite para ejercerlos* – se explican en esta Notificación.

## INFORMACIÓN BÁSICA

**1.     ¿DE QUÉ TRATA ESTA DEMANDA?**

Lxs Demandantes Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown ("Demandantes" o "Representantes del Grupo de Demandantes") interpusieron una demanda colectiva contra Aetna Life Insurance Company (el "Demandado" o "Aetna"). Lxs Demandantes interpusieron la demanda a título personal y en nombre del Grupo de personas contra las que presuntamente se discriminó y a quienes se negó igualdad de acceso a tratamientos de fertilidad como individuxs en relaciones LGBTQ+. El Demandado rechaza estos alegatos.

**2.     ¿QUÉ ES UNA DEMANDA COLECTIVA Y QUIÉN ESTÁ INVOLUCRADO?**

En un caso de demanda colectiva, una o más personas demandan en nombre de otrxs con reclamaciones similares. La persona o personas que demandan se denominan Representantes del Grupo de Demandantes o Demandantes Nombradxs. Lxs Demandantes Nombradxs representan a

todas las personas en situación similar en el tribunal. Lxs Demandantes Nombradxs en esta demanda son Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown. La(s) entidad(es) a quien(es) se demanda (en este caso Aetna Life Insurance Company) se denomina(n) el Demandado. Un tribunal resuelve los asuntos para todxs lxs Miembrxs del Grupo de Demandantes, excepto aquellxs que elijan excluirse del Grupo.

## 3.  ¿POR QUÉ SE OFRECE UN ACUERDO?

Ambas partes han aceptado este Acuerdo. Al aceptar el Acuerdo, los abogados que representan al Grupo del Acuerdo ("Abogados del Grupo") y los Abogados del Demandado ("Abogados Defensores") (en conjunto, los "Abogados") evitan los costos, atrasos e incertidumbre de un juicio y lxs Miembrxs del Grupo de Demandantes reciben los beneficios descritos en esta Notificación. Lxs Representantes del Grupo de Demandantes y sus abogados consideran que el Acuerdo es lo mejor para todxs lxs involucradxs.

## 4.  ¿POR QUÉ RECIBÍ UNA NOTIFICACIÓN EN EL CORREO SOBRE ESTE CASO?

Usted recibió una Notificación Abreviada en el correo porque los registros del Demandado indican que sus expedientes de miembrx contienen una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de IVF elegibles con fechas de servicios entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 pero su historial de inseminación artificial (historia de haberse sometido a ICI o IUI) no puede determinarse a partir de la información que proporcionó previamente a Aetna y no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible

No se alarme. No lx han demandado, ni usted ha "interpuesto" una demanda. Esta Notificación y la Notificación Abreviada que se le envió por correo simplemente buscan informarle sobre la demanda de lxs Demandantes Nombradxs, hacerle saber que se le ha identificado como Miembrx del Grupo de Demandantes y notificarle sobre sus derechos y opciones como Miembrx del Grupo de Demandantes.

## 5.  ¿CÓMO PUEDO SABER SI SOY MIEMBRX DEL GRUPO DE DEMANDANTES?

Las siguientes clases de individuxs han recibido certificación del Tribunal para participar.

Grupo de Categoría A: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva e información que indique que podrían ser elegibles para participar en el acuerdo.

Grupo de Categoría B: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva, pero sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible

Grupo de Categoría C: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de fertilización in vitro ("IVF") elegibles durante el Periodo de la Demanda Colectiva, pero cuyo historial de inseminación artificial no pueda determinarse a partir de los expedientes de miembrxs de Aetna y sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible, o individuxs que no presentaron solicitudes de precertificación o reclamaciones durante el Periodo de la Demanda Colectiva porque se les habría negado, pero que se sometieron a inseminación artificial cubierta por uno de un conjunto acordado de códigos elegibles de ICI o IUI.

Grupo de Categoría D: Lxs individuxs cuyos expedientes de miembrxs contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quienes Aetna pagó de alguna otra manera y cuyo expediente no indique si lxs miembrxs pagaron los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Los expedientes de ciertxs miembrxs contienen información que indica que podrían ser elegibles para participar en el acuerdo (D-A); en el caso de otrxs miembrxs, no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible (D-B).

## USTED PODRÍA SER MIEMBRX DEL GRUPO DE DEMANDANTES DE CATEGORÍA C SEGÚN LOS EXPEDIENTES DE AETNA

### 6.    ¿QUÉ ES UNA RELACIÓN LGBTQ+ ELEGIBLE?

El Acuerdo de Liquidación define una Relación LGBTQ+ Elegible como aquella que involucra a individuxs que se identifican a sí mismxs como LGBTQ+, conformada por unx individux con un útero en una relación LGBTQ+ con una pareja incapaz de producir semen por ser individuxs a quienes se asignó el sexo femenino al nacer, ser intersexuales o ser individuxs a quienes se les asignó el sexo masculino al nacer pero que más tarde transicionaron, o estaban en proceso de transicionar, al sexo opuesto.

### 7.    ¿CUÁL ES LA DEFINICIÓN DE INFERTILIDAD?

Para fines del Acuerdo propuesto, la Definición de Infertilidad se refiere a la definición del CPB No. 327 de Definición Aetna en vigor cuando se interpuso la Demanda Enmendada, que requería que lxs individuxs que no tuvieran una pareja que produjera esperma se sometieran a 6 o 12 ciclos de inseminación artificial, dependiendo de la edad de la persona, para poder determinar una infertilidad sin causa identificada y calificar para recibir cobertura médica para servicios de infertilidad.

### 8.    ¿QUÉ CÓDIGOS SE INCLUYEN EN ESTE ACUERDO?

El Acuerdo de Liquidación abarca los siguientes códigos asociados con tratamientos médicos de inseminación artificial que pueden dar pie a un embarazo:

54035:     Inseminación artificial; Menotropina
           Inseminación intrauterina estimulada.

58321:     Inseminación artificial; Intracervical
           En este tratamiento, el proveedor inserta esperma vivo preparado en el canal cervical.

58322:     Inseminación artificial; Intrauterina
           En este tratamiento, el proveedor inserta esperma vivo preparado en el útero a través del canal cervical.

## 9.     ¿CUÁLES SON LOS TÉRMINOS DEL ACUERDO PROPUESTO?

Aetna ha acordado crear un Fondo Común de $2,000,000; los abogados de lxs Demandantxs han determinado que se usará para pagar un Monto Predeterminado del Fondo Común de aproximadamente $10,000 a todxs lxs Miembrxs del Grupo de Demandantes elegibles que no soliciten excluirse. Aetna ha acordado pagar por separado Pagos Compensatorios por Beneficios, Presentaciones válidas de Pruebas de Atención Mayor a la Cobertura, Costos Administrativos, Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes, y Costos y Honorarios de Abogados según lo determine el Tribunal. Aetna también ha acordado que cualquier fondo que reste en el Fondo Común luego de que se hayan realizado todos los pagos elegibles del Monto Predeterminado del Fondo Común se usará para compensar a lxs Miembrxs del Grupo de Demandantes por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000 y no habrá pagos por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos.

Los términos completos del Acuerdo propuesto se estipulan en el Acuerdo de Liquidación que obra en el Tribunal y está disponibles también en **www.InfertilityInsuranceSettlement.com**. Esta Notificación es solo un resumen del Acuerdo y, en caso de conflicto, tendrán precedencia los términos del Acuerdo.

## BENEFICIOS DEL ACUERDO

## 10.     ¿QUÉ RECIBIRÉ COMO PARTE DEL ACUERDO DE LIQUIDACIÓN?

Como Miembrx del Grupo de Demandantes de Categoría C, usted recibirá un pago aproximado del Monto Predeterminado del Fondo Común de $10,000 tomado del Fondo Común si completa y envía puntualmente un Formulario de Declaración y un Formulario de Presentación de Reclamación con evidencia de respaldo válida de manera tal que el Administrador del Acuerdo la reciba a más tardar el 26 de agosto de 2025, que sea verificada y aprobada por Aetna. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000.  También se le pagará el Monto Predeterminado del Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto durante el Periodo de la Demanda Colectiva, para un total de aproximadamente $12,300.

Podrían estar disponibles oportunidades adicionales de indemnización. *Diríjase a la pregunta 11*

## 11.    ¿CÓMO PUEDO RECIBIR UN PAGO? ¿HAY OPCIONES DISPONIBLES?

Lxs Miembrxs del Grupo de Demandantes de Categoría C que no soliciten que se les excluya recibirán un pago aproximado del Monto Predeterminado del Fondo Común de $10,000 si presentan un **Formulario de Declaración** y un **Formulario de Presentación de Reclamación** puntuales y completos con evidencia de respaldo y reciben la aprobación de Aetna. Aetna revisará y determinará la elegibilidad a su solo criterio. Si hay más de 200 Miembrxs en el Grupo de Demandantes, lxs Miembrxs del Grupo de Categoría C recibirán el monto proporcional resultante de una división equitativa del Fondo Común de $2,000,000. Si Aetna aún no ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan médico habría cubierto de no ser por la Definición de Infertilidad al 31 de mayo de 2024, lxs Miembrxs del Grupo de Demandantes de Categoría C también recibirán de Aetna un pago de $2,300 correspondiente al Monto Predeterminado de Pago por Compensación por Beneficios.

**Puede completar estos formularios y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir completar y enviar el Formulario de Declaración y el Formulario de Presentación de Reclamación al Administrador del Acuerdo por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**
**Puede solicitar una copia física en blanco del Formulario de Declaración y el Formulario de Presentación de Reclamación al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverla por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

Adicionalmente, todxs lxs Miembrxs del Grupo de Demandantes participantes tienen la opción de completar y enviar una **Presentación de Gastos de Bolsillo** por gastos adicionales en los que se haya incurrido como resultado del rechazo de cobertura de infertilidad de Aetna, y/o una **Presentación por Daños y Perjuicios Diversos** por daños adicionales o de otra naturaleza sufridos como resultado del rechazo del tratamiento de infertilidad que no se cubran de otra manera en este acuerdo. Se requerirá documentación que sustente su Gasto de Bolsillo. Las presentaciones solo serán elegibles para un pago si hay fondos restantes en el Fondo Común luego de que se hayan distribuido todos los pagos del Monto Predeterminado del Fondo Común. Las Presentaciones de Gastos de Bolsillo y Daños y Perjuicios Diversos serán evaluadas por el Interventor Especial, el Hon. Steven Gold, quien dividirá los fondos restantes del Fondo Común a su solo criterio.

Todxs lxs Miembrxs del Grupo de Demandantes participantes pueden también completar y enviar una **Presentación de Atención Mayor a la Cobertura** si se sometieron a un tratamiento de fertilidad cubierto que habría dado pie a un reembolso superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 de parte de su plan médico con Aetna durante el Periodo de la Demanda Colectiva, de no ser por la Definición de Infertilidad. Se requerirá documentación que sustente las reclamaciones, y la evaluación de los formularios y su elegibilidad para un pago quedarán al exclusivo criterio de Aetna.

**DEBE COMPLETAR Y ENVIAR EL FORMULARIO DE DECLARACIÓN Y EL FORMULARIO DE PRESENTACIÓN DE RECLAMACIÓN PARA QUE SE LE TOME EN CUENTA PARA LAS OPCIONES DEL FORMULARIO DE PRESENTACIÓN DE GASTOS DE BOLSILLO, LA PRESENTACIÓN DE DAÑOS Y PERJUICIOS DIVERSOS Y LA PRESENTACIÓN DE PRUEBA DE ATENCIÓN MAYOR A LA COBERTURA.**

**Puede completar y presentar los formularios de indemnización opcionales y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir, completar y enviar cualquiera de estos formularios por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar copias físicas en blanco de los formularios al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverlas por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

| | |
|---|---|
| **12.** | **¿CUÁNDO SE ME PAGARÁ?** |

El Tribunal llevará a cabo una Audiencia de Aprobación Final el 10 de octubre de 2025 para determinar si el acuerdo es justo, adecuado y favorece los intereses del Grupo del Acuerdo. Los pagos no podrán distribuirse sino hasta que el Tribunal dicte una Orden de Aprobación Final y el Acuerdo se torne definitivo y entre en vigor. No sabemos cuánto tiempo tomará este proceso. Por favor, visite el sitio web del acuerdo, **www.InfertilityInsuranceSettlement.com**, donde podrá encontrar actualizaciones sobre el resultado de la audiencia.

## EXCLUSIÓN DEL GRUPO DEL ACUERDO

| | |
|---|---|
| **13.** | **¿CÓMO PUEDO EXCLUIRME DEL ACUERDO DE LIQUIDACIÓN?** |

Si no desea ser miembrx del Grupo de Demandantes, debe enviar por correo una solicitud por escrito pidiendo que se le excluya del Grupo del Acuerdo de Daños ("Solicitud de Exclusión", o "Solicitud de Exclusión Voluntaria") al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Para ser válida, la Solicitud de Exclusión debe presentarse por escrito e incluir el nombre, fecha de nacimiento, dirección y número de seguro social de la persona que solicita la exclusión, así

como una declaración clara que indique la decisión de la persona de que se le excluya del Grupo del Acuerdo por Daños.

Lxs Miembrxs del Grupo de Demandantes que envíen Solicitudes de Exclusión válidas, completas y puntuales se retirarán del Grupo de Demandantes, no quedarán obligadxs por el Acuerdo de Liquidación y procedimientos, órdenes y sentencias subsecuentes, y no serán elegibles para recibir un pago del Acuerdo, pero retendrán sus derechos de procesar reclamaciones contra el Demandado por su cuenta y riesgo, si eligen hacerlo.

## 14. SI NO ME EXCLUYO, ¿PUEDO DEMANDAR A AETNA POR EL MISMO ASUNTO?

No. A menos que se excluya, renunciará al derecho de demandar a Aetna por reclamaciones que se resuelvan en el Acuerdo y será incapaz participar en otras demandas colectivas contra Aetna relacionadas con las reclamaciones en cuestión en este caso. Debe excluirse del Grupo del Acuerdo para intentar interponer su propia demanda.

## 15. ¿PUEDO EXCLUIRME Y AÚN ASÍ RECIBIR UN PAGO?

No. No recibirá un pago si se excluye del Acuerdo.

## 16. ¿QUÉ SUCEDE SI NO HAGO NADA?

Si usted es Miembrx del Grupo de Demandantes de Categoría C y elige no hacer nada, quedará obligadx por los términos del Acuerdo de Liquidación, pero no recibirá un pago en virtud de él.

## OBJECIONES AL ACUERDO

## 17. ¿CÓMO PUEDO HACER SABER AL TRIBUNAL QUE NO ESTOY CONFORME CON EL ACUERDO?

Si desea presentar una objeción en cuanto a la justicia, razonabilidad o idoneidad del Acuerdo propuesto, incluida la Solicitud de Costos y Honorarios de los Abogados del Grupo de Demandantes, y no solicita que se le excluya, puede presentar una objeción y enviarla por correo al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Las objeciones por escrito deben incluir:
- Su nombre, dirección, número de teléfono y dirección de correo electrónico, de tenerla,
- El nombre y número de expediente de la Acción: *Goidel et al., v Aetna Life Insurance Company,* No. de caso 1:21-cv-07619 (VSB),
- Una explicación de sus objeciones y sus razones específicas,
- Una indicación de si su(s) objeción(es) atañe(n) específicamente a quien objeta, a un subconjunto (Categoría) del Grupo de Demandantes o al Grupo entero,
- Todas las bases de la objeción, acompañadas de cualquier respaldo jurídico para la objeción del que la persona que objeta o sus abogados estén al tanto,
- Cualquier evidencia que desee presentar para respaldar cada objeción,

- Una indicación de si pretende intervenir en la Audiencia de Justicia,

Lxs Miembrxs del Grupo de Demandantes pueden presentar una objeción por sí mismxs o a través de abogados contratados a costo propio. Cualquier abogado contratado por un Miembrx del Grupo de Demandantes para fines de objetar debe dar aviso de intervención a los Abogados del Grupo de Demandantes y los Abogados del Demandado, y presentar en línea la notificación de intervención por medio del sistema CM/ECF del Tribunal de manera tal que los Abogados y el Tribunal lo reciban a más tardar el 26 de agosto de 2025. *Consulte la Pregunta 20 para más información.*

## 18. ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y EXCLUIRSE?

Objetar significa indicar al Tribunal que no está conforme con algún aspecto del acuerdo. Puede objetar únicamente si sigue formando parte del Grupo del Acuerdo. Excluirse significa notificar al Tribunal que no desea ser parte del Grupo del Acuerdo o de la demanda. No puede solicitar excluirse **y al mismo tiempo** objetar al acuerdo de liquidación. Si se excluye no tendrá bases para objetar ya que el caso no le afectará.

## 19. ¿CUÁNDO Y DÓNDE SE LLEVARÁ A CABO LA AUDIENCIA DE APROBACIÓN FINAL?

El Tribunal llevará a cabo una Orden de Aprobación Final a las 2:00 p.m. el 10 de octubre de 2025 en la Sala #518 del Thurgood Marshall US Courthouse que se encuentra en 40 Foley Square, Nueva York, NY 10007. En la audiencia, el Tribunal deliberará si el acuerdo es justo, razonable y adecuado. El Tribunal también considerará si aprobar la Solicitud de Costos y Honorarios para los Abogados del Grupo de Demandantes y las Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes. Si existen objeciones, el Juez las tomará en cuenta. El Juez escuchará a las personas que hayan solicitado intervenir en la audiencia. Tras la audiencia, el Juez decidirá si aprobar o no el acuerdo. No sabemos cuánto tiempo tomará la decisión.

No se requiere que acuda a la audiencia. Se publicarán actualizaciones sobre el estado de la audiencia y la decisión del Tribunal en **www.InfertilityInsuranceSettlement.com** cuando estén disponibles.

## 20. ¿PUEDO INTERVENIR EN LA AUDIENCIA DE APROBACIÓN FINAL?

Lxs Miembrxs del Grupo de Demandantes que presenten objeciones puntuales por escrito pueden intervenir en la Audiencia de Aprobación Final en persona o a través de abogados contratados a costo del/lx Miembrx del Grupo.

Si planea intervenir en la Audiencia de Aprobación Final personalmente, debe enviar una carta a la oficina del Administrador del Acuerdo notificándole de su plan de intervenir. La carta debe incluir el nombre, dirección, número de teléfono, dirección de correo electrónico, de haberla, y firma del/lx Miembrx del Grupo de Demandantes. Envíe su notificación de intención de intervenir al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Si contrató a un abogado a su costo personal para que se presente en su nombre en la Audiencia de Aprobación Final, dicho abogado debe dar aviso de su intención de intervenir a los Abogados del Grupo de Demandantes y los Abogados del Demandado y presentar en línea la notificación por medio del sistema CM/ECF del Tribunal (https://ecf.nysd.uscourts.gov/) de manera tal que la reciban a más tardar el 26 de agosto de 2025. Puede notificar a los abogados a las siguientes direcciones:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

## ABOGADOS DEL GRUPO DE DEMANDANTES

### 21.    ¿CUENTO CON UN ABOGADO?

El Tribunal designó a los abogados de lxs Representantes del Grupo en la Acción para fungir como Abogados para el Grupo de Demandantes ("Abogados del Grupo de Demandantes"). Los Abogados del Grupo de Demandantes son Zoe Salzman, Debra L. Greenberger y Eric Abrams de Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, y Michelle Banker, Noel R. León, Alison Tanner y Sudria Twyman del National Women's Law Center. No es requiere que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación como miembrx del Grupo. Si desea contratar su propio abogado, puede hacerlo a su costo propio.

### 22.    ¿ES NECESARIO QUE CONTRATE A MI PROPIO ABOGADO?

No es necesario que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación. Sin embargo, si elige tener su propio abogado, usted tendrá que pagarle. Por ejemplo, puede pedirle que se presente en el Tribunal por usted si desea que alguien distinto de los Abogados del Grupo de Demandantes intervenga en su nombre.

### 23.    ¿CÓMO SE LES PAGARÁ A LOS ABOGADOS?

Los Abogados del Grupo de Demandantes solicitarán al Tribunal que adjudique su Solicitud de Costos y Honorarios de Abogados. por un monto que no deberá superar $1,625,000. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará todos los costos y honorarios de abogados y demás pagos aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## 24.    ¿LXS DEMANDANTES NOMBRADXS RECIBIRÁN UN PAGO POR REPRESENTAR AL GRUPO?

Los Abogados del Grupo de Demandantes solicitarán aprobación del Tribunal para Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes por un monto de $15,000 para cada unx como parte de su Solicitud de Costos y Honorarios de Abogados. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará los Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## <u>INFORMACIÓN ADICIONAL</u>

## 25.    ¿DÓNDE PUEDO ENCONTRAR MÁS INFORMACIÓN SOBRE EL ACUERDO?

Puede encontrar información adicional sobre el acuerdo propuesto, incluidos Documentos del Tribunal, respuestas a preguntas frecuentes y versiones físicas y en línea de la Presentación de Gastos de Bolsillo, Presentación de Daños y Perjuicios Diversos y Presentación de Prueba de Atención Mayor a la Cobertura en línea en **www.InfertilityInsuranceSettlement.com**.

También puede comunicarse con el Administrador del Acuerdo por correo electrónico, teléfono, fax o correo postal usando la siguiente información:

Correo electrónico:        **InfertilityInsuranceSettlement@AtticusAdmin.com**

Teléfono:        1- 800-205-6861

Fax:        1-888-326-6411

Correo:        Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Por favor NO se comunique con el Tribunal en caso de dudas sobre este Acuerdo.

## 26.    FECHAS IMPORTANTES Y PLAZOS QUE DEBE TENER EN CUENTA:

**26 DE AGOSTO DE 2025:**  La fecha para la cual el Administrador del Acuerdo debe <u>recibir</u> cualquier formulario opcional que pretenda completar en busca de consideración para indemnización adicional, solicitudes de exclusión u objeciones al Acuerdo.

**10 DE OCTUBRE DE 2025:** La fecha en la que el Tribunal contemplará si el Acuerdo es justo, razonable, adecuado y favorece los intereses del Grupo del Acuerdo.

# NOTICE OF CLASS ACTION SETTLEMENT

*Goidel et al., v. Aetna Life Insurance Company*
U.S. District Court, Southern District of New York
Case No. 1:21-cv-07619 (VSB)

## YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT OF APPROXIMATELY $10,000

The District Court for the Southern District of New York has authorized this Notice. This is NOT a solicitation from a lawyer. You have not done anything wrong. Please read this Notice carefully as it may affect your legal rights.

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's ("Defendant," or "Aetna") health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled Goidel et al., v. Aetna Life Insurance Company, Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York. In a class action, one or more individuals called "Named Plaintiffs" (in this case Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown) sue on behalf of all others who have similar claims. Aetna denies the allegations, and the Court did not rule in favor of Plaintiffs or Defendant. Rather, the parties agreed to this proposed settlement.

You have been identified as someone whose member files with Aetna Life Insurance Company ("Defendant," or "Aetna") contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, including for intracervical insemination ("ICI") or intrauterine insemination ("IUI") submitted to Defendant for services between September 1, 2017, and May 31, 2024 (the "Class Period"), but whose denial was followed by an approval within 90 days or was otherwise paid by Aetna, but whose file does not establish whether the member paid out-of-pocket for artificial insemination services before their claim was approved. Your member file also contains information indicating that you may be eligible to participate in the settlement ("Category D-A Class Member").

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS CASE | |
|---|---|
| **SUBMIT CLAIM FORM**<br><br>**RECEIVED BY: AUGUST 26, 2025** | Complete and timely submit a Claim Submission Form evidencing that you underwent artificial insemination associated with one of an agreed-upon set of qualifying ICI or IUI codes, not previously submitted to Aetna, and you may receive up to an approximate $10,000 Default Common Fund Amount payment upon Aetna's verification of your claim(s), or a proportionately reduced amount if there are more than 200 Class Members.<br><br>Thereafter, you may also qualify for the $2,300 Default Dollars for Benefits Amount if Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that your plan would have covered. |
| **SUBMIT FORMS FOR ADDITIONAL COMPENSATION OPPORTUNITIES** | You may complete and submit an <u>Out-Of-Pocket Expense Submission</u> to potentially receive additional compensation for out-of-pocket expenses incurred as a result of Aetna's denial of your infertility coverage. |

| | |
|---|---|
| **RECEIVED BY: AUGUST 26, 2025** | You may complete and submit a <u>Miscellaneous Harm Submission</u> evidencing additional harm arising from Aetna's denial of infertility coverage that is not otherwise covered by the Settlement.<br><br>You may complete and submit a <u>Proof of Greater Covered Care Submission</u> evidencing that the procedures you underwent would have been reimbursed by your healthcare plan in an amount greater than the $2,300 Default Dollars for Benefits Amount. |
| **REQUEST EXCLUSION FROM THE CLASS**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may submit a written request to be excluded from the Settlement Class ("Opt-Out Request") according to the instructions provided in this Notice. If you opt-out, you will not receive any money but will retain the right to sue Defendant on your own for the claims resolved in this action. |
| **OBJECT TO THE SETTLEMENT**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may object to the terms of the Settlement according to the instructions provided in this Notice and have your objections heard at the date Final Approval Hearing. You cannot request exclusion and also object; you will remain a member of the Class if you choose to object to the Settlement. |

Your rights and options – *and the deadlines to exercise them* – are explained in this Notice.

## BASIC INFORMATION

### 1.    WHAT IS THIS LAWSUIT ABOUT?

Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown ("Plaintiffs" or "Class Representatives") filed a class action lawsuit against Aetna Life Insurance Company ("Defendant" or "Aetna"). Plaintiffs filed the lawsuit on behalf of themselves and on behalf of the group or "Class" of persons who were allegedly discriminated against and denied equal access to fertility treatments as individuals in LGBTQ+ relationships. Defendant denies these allegations.

### 2.    WHAT IS A CLASS ACTION AND WHO IS INVOLVED?

In a class action case, one or more persons sue on behalf of other people who have similar claims. The person or persons who sue are called the Class Representatives or Named Plaintiffs. The Named Plaintiffs represent all similarly situated people in the court. The Named Plaintiffs in this lawsuit are Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown. The entity(s) being sued (in this case Aetna Life Insurance Company) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

### 3.    WHY IS THERE A SETTLEMENT?

Both sides agreed to the Settlement. By agreeing to the Settlement, the attorneys representing the Settlement Class ("Class Counsel") and Defendant's Counsel ("Defense Counsel") (collectively "Counsel") avoid the costs, delay, and uncertainty of trial, and the Settlement Class Members

receive the benefits described in this Notice. The Class Representatives and their attorneys think the Settlement is best for everyone who is affected.

## 4.    WHY DID I RECEIVE A NOTICE IN THE MAIL ABOUT THIS CASE?

You received a Summary Notice in the mail because Defendant's records reflect that your member file contains a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes submitted to Defendant for services between September 1, 2017, and May 31, 2024, but whose claim or precertification denial was followed by an approval within 90 days or was otherwise already paid by Aetna. Your member file also contains information indicating that you may be eligible to participate in the settlement.

Do not be alarmed. You have not been sued; nor have you "filed" a lawsuit. This Notice and the Summary Notice that was mailed to you simply inform you of the Named Plaintiffs' lawsuit, let you know that you have been identified as Class Member, and inform you of your rights and options as a Class Member.

## 5.    HOW DO I KNOW IF I AM A MEMBER OF THE CLASS?

The following classes of individuals have been certified by the Court to participate.

Category A Class:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period and information indicating that they may be eligible to participate in the settlement.

Category B Class:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period, but for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship.

Category C Class:    Individuals whose Aetna member files contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes during the Class Period but whose artificial insemination history cannot be determined from Aetna's member files, and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals who did not submit precertification or claim requests during the Class Period because they would be denied, and nevertheless underwent artificial insemination covered by one of an agreed-upon set of qualifying ICI or IUI codes.

Category D Class:    Individuals whose member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, but whose denial was thereafter followed by an approval within 90 days or otherwise paid by Aetna and whose file does not establish whether the member paid out-of-pocket for artificial insemination services before their claim was

approved. Certain members' files contain information indicating they may be eligible to participate in the settlement (D-A), while for others we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship (D-B).

## YOU MAY BE A CATEGORY D-A CLASS MEMBER ACCORDING TO AETNA'S RECORDS

### 6.    WHAT IS AN ELIGIBLE LGBTQ+ RELATIONSHIP?

The Settlement Agreement defined an Eligible LGBTQ+ Relationship as a relationship involving individuals who self-identify as LGBTQ+, consisting of one individual with a uterus in a LGBTQ+ relationship with a partner who was incapable of producing sperm due to being an individual who was assigned the female sex at birth, was intersex, or was assigned the male sex at birth and had transitioned or was in the process of transitioning to the opposite gender.

### 7.    WHAT IS THE DEFINITION OF INFERTILITY?

For purposes of the proposed Settlement, the Definition of Infertility means the definition in Aetna's CPB No. 327 in effect when the Amended Complaint was filed which required individuals without a sperm-producing partner to undergo 6 or 12 cycles of artificial insemination, depending on the individual's age, in order to establish unexplained infertility and qualify for healthcare coverage of infertility services.

### 8.    WHAT CODES ARE INCLUDED IN THIS SETTLEMENT?

The Settlement Agreement covers the following codes associated with an artificial insemination medical procedure that can lead to pregnancy:

S4035:    Artificial Insemination Menotropin
Stimulated intrauterine insemination.

58321:    Artificial Insemination; intra-cervical
In this procedure, the provider inserts prepared live sperm into the cervical canal.

58322:    Artificial Insemination; intra-uterine
In this procedure, the provider inserts prepared live sperm into the uterus through the cervical canal.

### 9.    WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

Aetna has agreed to create a $2,000,000 Common Fund, which Plaintiffs' counsel has determined be used to pay an approximately $10,000 Default Common Fund Amount to every eligible Class Member who does not request exclusion. Aetna has agreed to separately pay for Dollars for Benefits Payments, valid Proof of Greater Covered Care Submissions, Administrative Costs, Class Representative Service Awards, and Attorneys' Fees and Costs as determined by the Court. Aetna has also agreed that any funds remaining in the Common Fund after all qualifying Default Common Fund Amount payments have been dispersed will be used to compensate Class Members for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions. If there are more

than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund, and there will be no payments for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions.

The complete terms of the proposed Settlement are set forth In the Settlement Agreement on file with the Court and also available at **www.InfertilityInsuranceSettlement.com**. This Notice is only a summary of the Settlement and in case of any conflict the terms of the Agreement will control.

### **SETTLEMENT BENEFITS**

| **10.    WHAT WILL I RECEIVE AS PART OF THE SETTLEMENT ?** |
|---|

As a Category D-A Class Member, you will receive an approximate $10,000 Default Common Fund Amount payment from the Common Fund if you timely complete and submit a Claim Submission Form with valid supporting evidence so it is received by the Settlement Administrator on or before Bar Date, and it is verified and approved by Aetna. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund.  You will also receive a $2,300 Default Dollars for Benefits Amount payment if Aetna has not already paid for artificial insemination-related expenses (for ICI or IUI) that your plan would have covered during the Class Period, for a total of approximately $12,300.

Additional compensation opportunities may also be available. *See Question 11.*

| **11.    HOW DO I GET A PAYMENT? ARE THERE OPTIONS?** |
|---|

Category D-A Class Members who do not request exclusion will receive an approximate $10,000 Default Common Fund Amount payment if a timely and complete **Claim Submission Form** with supporting evidence is submitted and approved by Aetna. Aetna will review and determine eligibility in its sole discretion. If there are more than 200 Class Members, Category D-A Class Members will receive an amount proportionate to an equal split of the $2,000,000 Common Fund. If Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that their medical plan would have covered but for the Definition of Infertility as of May 31, 2024, Category D-A Class Members will also receive a $2,300 Default for Dollars for Benefits Amount payment from Aetna.

**You may complete these forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and send the Attestation Form and Claim Submission Form  to the Settlement Administrator by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request a blank paper copy of the Attestation Form and the Claim Submission Form from the Settlement Administrator at the contact information provided in Question 25, and return it by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

Additionally, all participating Class Members have the option to complete and submit an **Out-of-Pocket Expense Submission** for additional expenses incurred as a result of Aetna's denial of infertility coverage, and/or a **Miscellaneous Harm Submission** for additional or other harm experienced as a result of the denial of infertility treatment not covered elsewhere by this settlement. Documentation to support your Out-of-Pocket Expense is required. Submissions will only be eligible for payment if there are funds remaining in the Common Fund after all Default Common Fund Amount payments have been distributed. Out-of-Pocket Expense and Miscellaneous Harm Submissions will be evaluated by Special Master Hon. Steven Gold who will divide any remaining funds in the Common Fund at his sole discretion.

All participating Class Members may also complete and submit a **Proof of Greater Covered Care Submission** if they underwent covered fertility treatment that would have resulted in reimbursement exceeding the $2,300 Default Dollars for Benefits Amount by their Aetna healthcare plan during the Class Period, if not for the Definition of Infertility. Documentation evidencing the claims is required, and evaluation of the forms and eligibility for payment will be at Aetna's sole discretion.

**YOU MUST COMPLETE AND SUBMIT THE ATTESTATION FORM AND CLAIM SUBMISSION FORM TO BE CONSIDERED FOR THE OUT-OF-POCKET SUBMISSION FORM, MISCELLANEOUS HARM SUBMISSION, AND PROOF OF GREATER COVERED CARE SUBMISSIONS OPTIONS.**

**You may complete and submit the optional compensation forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and submit any of these forms by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request blank paper copies of the forms from the Settlement Administrator at the contact information provided in Question 25, and return them by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

| 12. | WHEN WILL I GET PAID? |
| --- | --- |

The Court will hold a Final Approval Hearing on October 10, 2025 to determine if the settlement is fair, adequate, and in the best interest of the Settlement Class. Payments cannot be distributed until after the Court enters a Final Approval Order and the Settlement becomes final and effective. We do not know how long this process will take. Please visit the settlement website at **www.InfertilityInsuranceSettlement.com** for updates on the outcome of the hearing.

## EXCLUSION FROM THE SETTLEMENT CLASS

**13.     HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?**

If you do not want to be a member of the Class you must mail a written request to be excluded from the Damages Settlement Class ("Request for Exclusion," or "Opt-Out Request") to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

To be valid, the Request for Exclusion must be in writing and include the name, date of birth, address, and social security number of the person requesting exclusion, as well as a clear statement communicating the person's election to be excluded from the Damages Settlement Class.

Class Members who submit valid, complete, and timely Requests for Exclusion will be removed from the Class, will not be bound by the Settlement Agreement and subsequent proceedings, orders, and judgments, and will not be eligible to receive a payment from the Settlement, but will retain their rights to pursue claims against Defendant at your own risk and expense, should you choose to do so.

**14.     IF I DON'T EXCLUDE MYSELF, CAN I SUE AETNA FOR THE SAME THING?**

No. Unless you exclude yourself, you give up the right to sue the Aetna for the claims that the Settlement resolves and will be unable to participate in other class action lawsuits against Aetna regarding the claims at issue in this case. You must exclude yourself from the Settlement Class in order to try to pursue your own lawsuit.

**15.     CAN I EXCLUDE MYSELF AND STILL RECEIVE A PAYMENT?**

No. You will not receive a payment if you exclude yourself from the Settlement.

**16.     WHAT HAPPENS IF I DON'T DO ANYTHING?**

If you are a Category D-A Class Member and you choose to do nothing, you will be bound by the terms of the Settlement Agreement, but you will not receive a payment from the Settlement.

## SETTLEMENT OBJECTIONS

**17.     HOW DO I TELL THE COURT I DO NOT LIKE THE SETTLEMENT?**

If you wish to object to the fairness, reasonableness, or adequacy of the proposed Settlement, including Class Counsel's Attorneys' Fees and Costs Application, and you do not request exclusion, you may file an objection and mail it to the Settlement Administrator, so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

A written objection must include:
- Your name, address, telephone number, and email address if available,
- The name and docket number of the Action: *Goidel et al., v Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VSB),
- An explanation of your objections and specific reasons for them,
- An indication of whether the objection(s) are specific to the objector, a subset (Category) of the Class, or the entire Class,
- All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel,
- Any evidence you wish to introduce in support of each objection,
- An indication of whether you intend to speak at the Fairness Hearing,

Class Members may object on their own, or through counsel hired at their own expense. Any hired counsel by a Class Member for the purpose of objecting must serve notice of appearance on Class Counsel and Counsel for Defendant and e-file the notice of appearance using the Court's CM/ECF system so it is received by Counsel and the Court by August 26, 2025. *See Question 20 for more information.*

## 18.    WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class or the lawsuit. You cannot request exclusion **and** object to the settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 19.    WHEN AND WHERE IS THE FINAL APPROVAL HEARING?

The Court will hold a Final Approval Order at 2:00 p.m. on October 10, 2025  in Courtroom #518 of the Thurgood Marshall US Courthouse located at 40 Foley Square, New York, NY 10007. At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's Attorneys' Fees and Expenses Application and the Class Representatives' Service Awards. If there are objections, the Judge will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Judge will decide whether to approve the settlement. We do not know how long the decision will take.

You are not required to attend the hearing. Updates on the status of the hearing and the Court's determination will be posted at **www.InfertilityInsuranceSettlement.com** when available.

## 20.    CAN I SPEAK AT THE FINAL APPROVAL HEARING?

Class Members who submit timely written objections may appear at the Final Approval Hearing in person or through counsel retained at the Class Member's own expense.

Category D-A

If you intend to appear at the Final Approval Hearing on your own behalf, you must send a letter to the Settlement Administrator's office notifying the Administrator of your intent to appear. The letter must include the Class Member's name, address, telephone number, email address if available, and your signature. Send your notice of intention to appear to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

If you retained counsel at your own expense to appear on your behalf at the Final Approval Hearing, such counsel must serve a notice of intent to appear on Class Counsel and Counsel for Defendant and e-file using the Court's CM/ECF System (https://ecf.nysd.uscourts.gov/) so it is received on or before August 26, 2025. Counsel can be notified at the following addresses:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

### CLASS COUNSEL

### 21.    DO I HAVE A LAWYER?

The Court appointed the Class Representatives' attorneys in the Action as Counsel for the Class ("Class Counsel"). Class Counsel are Zoe Salzman, Debra L. Greenberger, and Eric Abrams of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, and Michelle Banker, Noel R. León, Alison Tanner, and Sudria Twyman of the National Women's Law Center. You are not required to hire your own attorney because Class Counsel is working on your behalf as a member of the Class. If you want to hire your own lawyer, you may do so at your own expense.

### 22.    DO I NEED TO HIRE MY OWN LAWYER?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 23.    HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court to award its Attorneys' Fees and Expenses Application in an amount not to exceed $1,625,000. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay all Court-approved attorneys' fees and costs and payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart

from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## 24. ARE THE NAMED PLAINTIFFS BEING PAID TO REPRESENT THE CLASS?

Class Counsel will request Court approval of Service Award Payments to the Class Representatives in the amount of $15,000 each as part of its Attorneys' Fees and Expenses Application. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay the Court-approved Class Representatives' Service Award Payments within 30 days receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## MORE INFORMATION

## 25. WHERE CAN I FIND MORE SETTLEMENT INFORMATION?

Additional information about the proposed settlement, including access to Court Documents, answers to frequently asked questions and paper and online versions of Out-of-Pocket Expense Submission, Miscellaneous Harm Submission, and Proof of Greater Covered Care Submission are available at online at **www.InfertilityInsuranceSettlement.com**.

You may also contact the Settlement Administrator by email, telephone, fax, or mail as follows:

| | |
|---|---|
| Email: | **InfertilityInsuranceSettlement@AtticusAdmin.com** |
| Telephone: | 1-800-205-6861 |
| Fax: | 1-888-326-6411 |
| Mail: | Infertility Insurance Settlement |
| | c/o Atticus Administration |
| | PO Box 64053 |
| | Saint Paul, MN 55164 |

Please DO NOT contact the Court with questions about this Settlement.

## 26. IMPORTANT DATES AND DEADLINES TO REMEMBER:

**AUGUST 26, 2025:** The date by which any optional forms you intend to complete for additional compensation consideration, requests for exclusion, or Settlement objections must be received by the Settlement Administrator.

**OCTOBER 10, 2025:** The date on which the Court will consider whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class.

Category D-A

# NOTIFICACIÓN DE LIQUIDACIÓN DE DEMANDA COLECTIVA

*Goidel et al., v. Aetna Life Insurance Company*
Tribunal de Distrito de los EE. UU., Distrito Sur de Nueva York
No. de caso 1:21-cv-07619 (VSB)

## USTED PODRÍA SER ELEGIBLE PARA RECIBIR UN PAGO DE APROXIMADAMENTE $10,000

El Tribunal de Distrito para el Distrito Sur de Nueva York ha autorizado esta Notificación. Esta NOT es una oferta de un abogado. Usted no ha hecho nada indebido. Por favor lea esta Notificación detenidamente, puesto que puede afectar sus derechos legales.

Se ha alcanzado un acuerdo propuesto en una demanda colectiva sobre si la póliza de seguro médico de Aetna Life Insurance Company ("Demandado" o "Aetna") discriminó o negó igualdad de acceso a cobertura de seguro para inseminación artificial a individuxs en relaciones LGBTQ+ en el estado de Nueva York. La demanda, titulada Goidel et al., v. Aetna Life Insurance Company, No. de caso 1:21-cv-07619 (VBS), está en trámite en el Tribunal de Distrito de los EE. UU. para el Distrito Sur de Nueva York. En una demanda colectiva, unx o más individuxs, denominadxs "Demandantes Nombradxs" (en este caso Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown), demandan en nombre de todxs quienes tengan reclamaciones similares. Aetna niega las acusaciones y el Tribunal no ha fallado a favor de lxs Demandantes o el Demandado. En su lugar, las partes han aceptado este acuerdo propuesto.

Usted ha sido identificadx como alguien cuyos expedientes de miembrx de Aetna Life Insurance Company (el "Demandado" o "Aetna") contienen un rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, incluidos códigos de inseminación intracervical ("ICI", por sus siglas en inglés) o inseminación intrauterina ("IUI"), presentadas al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 (el "Periodo de la Demanda Colectiva"), pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quien Aetna pagó de alguna otra manera, pero cuyo expediente no indica si pagó los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Su expediente de miembrex también contiene información que indica que podría ser elegible para participar en el acuerdo ("Miembrx del Grupo de Demandantes de Categoría D-A").

| RESUMEN DE SUS OPCIONES Y DERECHOS LEGALES EN ESTE CASO | |
|---|---|
| **PRESENTAR UN FORMULARIO DE RECLAMACIÓN**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Complete y envíe puntualmente un Formulario de Presentación de Reclamación que demuestre que se sometió a inseminación artificial asociada con uno de un conjunto acordado de códigos de ICI o IUI elegibles que no haya presentado previamente a Aetna y podría recibir un pago del Monto Predeterminado del Fondo Común de hasta aproximadamente $10,000 una vez que Aetna verifique su reclamación, o un monto reducido proporcionalmente, de haber más de 200 Miembrx del Grupo de Demandantes.<br><br>Posteriormente, también podría calificar para el Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto. |

| | |
|---|---|
| **ENVIAR FORMULARIOS PARA OPORTUNIDADES DE INDEMNIZACIÓN ADICIONAL**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede completar y enviar una <u>Presentación de Gastos de Bolsillo</u> para tener la posibilidad de recibir indemnización adicional por concepto de gastos de bolsillo en los que haya incurrido como resultado del rechazo de Aetna de su cobertura de infertilidad.<br><br>Puede completar y enviar una <u>Presentación de Daños y Perjuicios Diversos</u> que demuestre daños adicionales surgidos del rechazo de cobertura de infertilidad por parte de Aetna que no se cubran de otra manera en el Acuerdo.<br><br>Puede completar y enviar una <u>Presentación de Prueba de Atención Mayor a la Cobertura</u> que muestre que los tratamientos a los que se sometió habrían sido reembolsados por su seguro médico por un monto superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300. |
| **SOLICITAR QUE SE LE EXCLUYA DEL GRUPO DE DEMANDANTES**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede presentar una solicitud por escrito para que se le excluya del Grupo del Acuerdo ("Solicitud de Exclusión Voluntaria") siguiendo las instrucciones que se incluyen en esta Notificación. Si se excluye voluntariamente, no recibirá dinero pero conservará el derecho de demandar al Demandado por su parte por reclamaciones resueltas en esta acción. |
| **OBJETAR AL ACUERDO**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede objetar a los términos del Acuerdo siguiendo las instrucciones que se incluyen en esta Notificación y sus objeciones se atenderán en la Audiencia de Aprobación Final. No puede solicitar que se le excluya y al mismo tiempo objetar; si elige objetar al Acuerdo, seguirá siendo miembrx del Grupo de Demandantes. |

Sus derechos y opciones – *y las fechas límite para ejercerlos* – se explican en esta Notificación.

## INFORMACIÓN BÁSICA

### 1.    ¿DE QUÉ TRATA ESTA DEMANDA?

Lxs Demandantes Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown ("Demandantes" o "Representantes del Grupo de Demandantes") interpusieron una demanda colectiva contra Aetna Life Insurance Company (el "Demandado" o "Aetna"). Lxs Demandantes interpusieron la demanda a título personal y en nombre del Grupo de personas contra las que presuntamente se discriminó y a quienes se negó igualdad de acceso a tratamientos de fertilidad como individuxs en relaciones LGBTQ+. El Demandado rechaza estos alegatos.

### 2.    ¿QUÉ ES UNA DEMANDA COLECTIVA Y QUIÉN ESTÁ INVOLUCRADO?

En un caso de demanda colectiva, una o más personas demandan en nombre de otrxs con reclamaciones similares. La persona o personas que demandan se denominan Representantes del Grupo de Demandantes o Demandantes Nombradxs. Lxs Demandantes Nombradxs representan a todas las personas en situación similar en el tribunal. Lxs Demandantes Nombradxs en esta demanda son Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown. La(s) entidad(es) a

quien(es) se demanda (en este caso Aetna Life Insurance Company) se denomina(n) el Demandado. Un tribunal resuelve los asuntos para todxs lxs Miembrxs del Grupo de Demandantes, excepto aquellxs que elijan excluirse del Grupo.

## 3.    ¿POR QUÉ SE OFRECE UN ACUERDO?

Ambas partes han aceptado este Acuerdo. Al aceptar el Acuerdo, los abogados que representan al Grupo del Acuerdo ("Abogados del Grupo") y los Abogados del Demandado ("Abogados Defensores") (en conjunto, los "Abogados") evitan los costos, atrasos e incertidumbre de un juicio y lxs Miembrxs del Grupo de Demandantes reciben los beneficios descritos en esta Notificación. Lxs Representantes del Grupo de Demandantes y sus abogados consideran que el Acuerdo es lo mejor para todxs lxs involucradxs.

## 4.    ¿POR QUÉ RECIBÍ UNA NOTIFICACIÓN EN EL CORREO SOBRE ESTE CASO?

Usted recibió una Notificación Abreviada en el correo porque los registros del Demandado indican que su expediente de miembrx contiene el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles presentada al Demandado por servicios entre el 1 de septiembre de 2017 y el 31 de mayo de 2024, pero el rechazo de su reclamación o precertificación fue sucedido por una aprobación en un plazo de 90 días o ya fue pagado de alguna otra manera por Aetna. Su expediente de miembrex también contiene información que indica que podría ser elegible para participar en el acuerdo.

No se alarme. No lx han demandado, ni usted ha "interpuesto" una demanda. Esta Notificación y la Notificación Abreviada que se le envió por correo simplemente buscan informarle sobre la demanda de lxs Demandantes Nombradxs, hacerle saber que se le ha identificado como Miembrx del Grupo de Demandantes y notificarle sobre sus derechos y opciones como Miembrx del Grupo de Demandantes.

## 5.    ¿CÓMO PUEDO SABER SI SOY MIEMBRX DEL GRUPO DE DEMANDANTES?

Las siguientes clases de individuxs han recibido certificación del Tribunal para participar.

Grupo de Categoría A: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva e información que indique que podrían ser elegibles para participar en el acuerdo.

Grupo de Categoría B: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva, pero sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible

Grupo de Categoría C: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan una reclamación o solicitud de precertificación para uno de un

conjunto acordado de códigos de fertilización in vitro ("IVF") elegibles durante el Periodo de la Demanda Colectiva, pero cuyo historial de inseminación artificial no pueda determinarse a partir de los expedientes de miembrxs de Aetna y sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible, o individuxs que no presentaron solicitudes de precertificación o reclamaciones durante el Periodo de la Demanda Colectiva porque se les habría negado, pero que se sometieron a inseminación artificial cubierta por uno de un conjunto acordado de códigos elegibles de ICI o IUI.

Grupo de Categoría D: Lxs individuxs cuyos expedientes de miembrxs contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quienes Aetna pagó de alguna otra manera y cuyo expediente no indique si lxs miembrxs pagaron los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Los expedientes de ciertxs miembrxs contienen información que indica que podrían ser elegibles para participar en el acuerdo (D-A); en el caso de otrxs miembrxs, no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible (D-B).

## USTED PODRÍA SER MIEMBRX DEL GRUPO DE DEMANDANTES DE CATEGORÍA D-A SEGÚN LOS EXPEDIENTES DE AETNA

### 6.    ¿QUÉ ES UNA RELACIÓN LGBTQ+ ELEGIBLE?

El Acuerdo de Liquidación define una Relación LGBTQ+ Elegible como aquella que involucra a individuxs que se identifican a sí mismxs como LGBTQ+, conformada por unx individux con un útero en una relación LGBTQ+ con una pareja incapaz de producir semen por ser individuxs a quienes se asignó el sexo femenino al nacer, ser intersexuales o ser individuxs a quienes se les asignó el sexo masculino al nacer pero que más tarde transicionaron, o estaban en proceso de transicionar, al sexo opuesto.

### 7.    ¿CUÁL ES LA DEFINICIÓN DE INFERTILIDAD?

Para fines del Acuerdo propuesto, la Definición de Infertilidad se refiere a la definición del CPB No. 327 de Definición Aetna en vigor cuando se interpuso la Demanda Enmendada, que requería que lxs individuxs que no tuvieran una pareja que produjera esperma se sometieran a 6 o 12 ciclos de inseminación artificial, dependiendo de la edad de la persona, para poder determinar una infertilidad sin causa identificada y calificar para recibir cobertura médica para servicios de infertilidad.

### 8.    ¿QUÉ CÓDIGOS SE INCLUYEN EN ESTE ACUERDO?

El Acuerdo de Liquidación abarca los siguientes códigos asociados con tratamientos médicos de inseminación artificial que pueden dar pie a un embarazo:

54035:     Inseminación artificial; Menotropina
Inseminación intrauterina estimulada.

58321:     Inseminación artificial; Intracervical
En este tratamiento, el proveedor inserta esperma vivo preparado en el canal cervical.

58322:     Inseminación artificial; Intrauterina
En este tratamiento, el proveedor inserta esperma vivo preparado en el útero a través del canal cervical.

## 9.     ¿CUÁLES SON LOS TÉRMINOS DEL ACUERDO PROPUESTO?

Aetna ha acordad crear un Fondo Común de $2,000,000; los abogados de lxs Demandantxs han determinado que se usará para pagar un Monto Predeterminado del Fondo Común de aproximadamente $10,000 a todxs lxs Miembrxs del Grupo de Demandantes elegibles que no soliciten excluirse. Aetna ha acordado pagar por separado Pagos Compensatorios por Beneficios, Presentaciones válidas de Pruebas de Atención Mayor a la Cobertura, Costos Administrativos, Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes, y Costos y Honorarios de Abogados según lo determine el Tribunal. Aetna también ha acordado que cualquier fondo que reste en el Fondo Común luego de que se hayan realizado todos los pagos elegibles del Monto Predeterminado del Fondo Común se usará para compensar a lxs Miembrxs del Grupo de Demandantes por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000 y no habrá pagos por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos.

Los términos completos del Acuerdo propuesto se estipulan en el Acuerdo de Liquidación que obra en el Tribunal y está disponibles también en **www.InfertilityInsuranceSettlement.com**. Esta Notificación es solo un resumen del Acuerdo y, en caso de conflicto, tendrán precedencia los términos del Acuerdo.

## BENEFICIOS DEL ACUERDO

## 10.     ¿QUÉ RECIBIRÉ COMO PARTE DEL ACUERDO DE LIQUIDACIÓN?

Como Miembrx del Grupo de Demandantes de Categoría D-A, usted recibirá un pago aproximado del Monto Predeterminado del Fondo Común de $10,000 tomado del Fondo Común si completa y envía puntualmente un Formulario de Presentación de Reclamación con evidencia de respaldo válida de manera tal que el Administrador del Acuerdo lo reciba a más tardar en la Fecha Límite, que sea verificado y aprobado por Aetna. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000.  También se le pagará el Monto Predeterminado del Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado ya por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto durante el Periodo de la Demanda Colectiva, para un total de aproximadamente $12,300.

Podrían estar disponibles oportunidades adicionales de indemnización. *Diríjase a la pregunta 11*

**11.    ¿CÓMO PUEDO RECIBIR UN PAGO? ¿HAY OPCIONES DISPONIBLES?**

Lxs Miembrxs del Grupo de Demandantes de Categoría D-A que no soliciten excluirse recibirán un pago del Monto Predeterminado del Fondo Común de aproximadamente $10,000 si presentan un **Formulario de Presentación de Reclamación** puntual y completo con evidencia de respaldo a Aetna y esta lo aprueba. Aetna revisará y determinará la elegibilidad a su solo criterio. Si hay más de 200 Miembrxs en el Grupo de Demandantes, lxs Miembrxs del Grupo de Categoría D-A recibirán el monto proporcional resultante de una división equitativa del Fondo Común de $2,000,000. Si Aetna aún no ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan médico habría cubierto de no ser por la Definición de Infertilidad al 31 de mayo de 2024, lxs Miembrxs del Grupo de Demandantes de Categoría D-A también recibirán de Aetna un pago de $2,300 correspondiente al Monto Predeterminado de Pago por Compensación por Beneficios.

**Puede completar estos formularios y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir completar y enviar el Formulario de Declaración y el Formulario de Presentación de Reclamación al Administrador del Acuerdo por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar una copia física en blanco del Formulario de Declaración y el Formulario de Presentación de Reclamación al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverla por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

Adicionalmente, todxs lxs Miembrxs del Grupo de Demandantes participantes tienen la opción de completar y enviar una **Presentación de Gastos de Bolsillo** por gastos adicionales en los que se haya incurrido como resultado del rechazo de cobertura de infertilidad de Aetna, y/o una **Presentación por Daños y Perjuicios Diversos** por daños adicionales o de otra naturaleza sufridos como resultado del rechazo del tratamiento de infertilidad que no se cubran de otra manera en este acuerdo. Se requerirá documentación que sustente su Gasto de Bolsillo. Las presentaciones solo serán elegibles para un pago si hay fondos restantes en el Fondo Común luego de que se hayan distribuido todos los pagos del Monto Predeterminado del Fondo Común. Las Presentaciones de Gastos de Bolsillo y Daños y Perjuicios Diversos serán evaluadas por el Interventor Especial, el Hon. Steven Gold, quien dividirá los fondos restantes del Fondo Común a su solo criterio.

Todxs lxs Miembrxs del Grupo de Demandantes participantes pueden también completar y enviar una **Presentación de Atención Mayor a la Cobertura** si se sometieron a un tratamiento de fertilidad cubierto que habría dado pie a un reembolso superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 de parte de su plan médico con Aetna durante el Periodo de la Demanda Colectiva, de no ser por la Definición de Infertilidad. Se requerirá documentación

que sustente las reclamaciones, y la evaluación de los formularios y su elegibilidad para un pago quedarán al exclusivo criterio de Aetna.

**DEBE COMPLETAR Y ENVIAR EL FORMULARIO DE DECLARACIÓN Y EL FORMULARIO DE PRESENTACIÓN DE RECLAMACIÓN PARA QUE SE LE TOME EN CUENTA PARA LAS OPCIONES DEL FORMULARIO DE PRESENTACIÓN DE GASTOS DE BOLSILLO, LA PRESENTACIÓN DE DAÑOS Y PERJUICIOS DIVERSOS Y LA PRESENTACIÓN DE PRUEBA DE ATENCIÓN MAYOR A LA COBERTURA.**

**Puede completar y presentar los formularios de indemnización opcionales y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir, completar y enviar cualquiera de estos formularios por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar copias físicas en blanco de los formularios al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverlas por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

| 12. | ¿CUÁNDO SE ME PAGARÁ? |
|---|---|

El Tribunal llevará a cabo una Audiencia de Aprobación Final el 10 de octubre de 2025 para determinar si el acuerdo es justo, adecuado y favorece los intereses del Grupo del Acuerdo. Los pagos no podrán distribuirse sino hasta que el Tribunal dicte una Orden de Aprobación Final y el Acuerdo se torne definitivo y entre en vigor. No sabemos cuánto tiempo tomará este proceso. Por favor, visite el sitio web del acuerdo, **www.InfertilityInsuranceSettlement.com**, donde podrá encontrar actualizaciones sobre el resultado de la audiencia.

## EXCLUSIÓN DEL GRUPO DEL ACUERDO

| 13. | ¿CÓMO PUEDO EXCLUIRME DEL ACUERDO DE LIQUIDACIÓN? |
|---|---|

Si no desea ser miembrx del Grupo de Demandantes, debe enviar por correo una solicitud por escrito pidiendo que se le excluya del Grupo del Acuerdo de Daños ("Solicitud de Exclusión", o "Solicitud de Exclusión Voluntaria") al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Para ser válida, la Solicitud de Exclusión debe presentarse por escrito e incluir el nombre, fecha de nacimiento, dirección y número de seguro social de la persona que solicita la exclusión, así como una declaración clara que indique la decisión de la persona de que se le excluya del Grupo del Acuerdo por Daños.

Lxs Miembrxs del Grupo de Demandantes que envíen Solicitudes de Exclusión válidas, completas y puntuales se retirarán del Grupo de Demandantes, no quedarán obligadxs por el Acuerdo de Liquidación y procedimientos, órdenes y sentencias subsecuentes, y no serán elegibles para recibir un pago del Acuerdo, pero retendrán sus derechos de procesar reclamaciones contra el Demandado por su cuenta y riesgo, si eligen hacerlo.

## 14.    SI NO ME EXCLUYO, ¿PUEDO DEMANDAR A AETNA POR EL MISMO ASUNTO?

No. A menos que se excluya, renunciará al derecho de demandar a Aetna por reclamaciones que se resuelvan en el Acuerdo y será incapaz participar en otras demandas colectivas contra Aetna relacionadas con las reclamaciones en cuestión en este caso. Debe excluirse del Grupo del Acuerdo para intentar interponer su propia demanda.

## 15.    ¿PUEDO EXCLUIRME Y AÚN ASÍ RECIBIR UN PAGO?

No. No recibirá un pago si se excluye del Acuerdo.

## 16.    ¿QUÉ SUCEDE SI NO HAGO NADA?

Si usted es Miembrx del Grupo de Demandantes de Categoría D-A y elige no hacer nada, quedará obligadx por los términos del Acuerdo de Liquidación, pero no recibirá un pago en virtud de él.

## OBJECIONES AL ACUERDO

## 17.    ¿CÓMO PUEDO HACER SABER AL TRIBUNAL QUE NO ESTOY CONFORME CON EL ACUERDO?

Si desea presentar una objeción en cuanto a la justicia, razonabilidad o idoneidad del Acuerdo propuesto, incluida la Solicitud de Costos y Honorarios de los Abogados del Grupo de Demandantes, y no solicita que se le excluya, puede presentar una objeción y enviarla por correo al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Las objeciones por escrito deben incluir:
- Su nombre, dirección, número de teléfono y dirección de correo electrónico, de tenerla,
- El nombre y número de expediente de la Acción: *Goidel et al., v Aetna Life Insurance Company,* No. de caso 1:21-cv-07619 (VSB),
- Una explicación de sus objeciones y sus razones específicas,

- Una indicación de si su(s) objeción(es) atañe(n) específicamente a quien objeta, a un subconjunto (Categoría) del Grupo de Demandantes o al Grupo entero,
- Todas las bases de la objeción, acompañadas de cualquier respaldo jurídico para la objeción del que la persona que objeta o sus abogados estén al tanto,
- Cualquier evidencia que desee presentar para respaldar cada objeción,
- Una indicación de si pretende intervenir en la Audiencia de Justicia,

Lxs Miembrxs del Grupo de Demandantes pueden presentar una objeción por sí mismxs o a través de abogados contratados a costo propio. Cualquier abogado contratado por un Miembrx del Grupo de Demandantes para fines de objetar debe dar aviso de intervención a los Abogados del Grupo de Demandantes y los Abogados del Demandado, y presentar en línea la notificación de intervención por medio del sistema CM/ECF del Tribunal de manera tal que los Abogados y el Tribunal lo reciban a más tardar el 26 de agosto de 2025. *Consulte la Pregunta 20 para más información.*

## 18.    ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y EXCLUIRSE?

Objetar significa indicar al Tribunal que no está conforme con algún aspecto del acuerdo. Puede objetar únicamente si sigue formando parte del Grupo del Acuerdo. Excluirse significa notificar al Tribunal que no desea ser parte del Grupo del Acuerdo o de la demanda. No puede solicitar excluirse **y al mismo tiempo** objetar al acuerdo de liquidación. Si se excluye no tendrá bases para objetar ya que el caso no le afectará.

## 19.    ¿CUÁNDO Y DÓNDE SE LLEVARÁ A CABO LA AUDIENCIA DE APROBACIÓN FINAL?

El Tribunal llevará a cabo una Orden de Aprobación Final a las 2:00 p.m. el 10 de octubre de 2025 en la Sala #518 del Thurgood Marshall US Courthouse que se encuentra en 40 Foley Square, Nueva York, NY 10007. En la audiencia, el Tribunal deliberará si el acuerdo es justo, razonable y adecuado. El Tribunal también considerará si aprobar la Solicitud de Costos y Honorarios para los Abogados del Grupo de Demandantes y las Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes. Si existen objeciones, el Juez las tomará en cuenta. El Juez escuchará a las personas que hayan solicitado intervenir en la audiencia. Tras la audiencia, el Juez decidirá si aprobar o no el acuerdo. No sabemos cuánto tiempo tomará la decisión.

No se requiere que acuda a la audiencia. Se publicarán actualizaciones sobre el estado de la audiencia y la decisión del Tribunal en **www.InfertilityInsuranceSettlement.com** cuando estén disponibles.

## 20.    ¿PUEDO INTERVENIR EN LA AUDIENCIA DE APROBACIÓN FINAL?

Lxs Miembrxs del Grupo de Demandantes que presenten objeciones puntuales por escrito pueden intervenir en la Audiencia de Aprobación Final en persona o a través de abogados contratados a costo del/lx Miembrx del Grupo.

Si planea intervenir en la Audiencia de Aprobación Final personalmente, debe enviar una carta a la oficina del Administrador del Acuerdo notificándole de su plan de intervenir. La carta debe incluir el nombre, dirección, número de teléfono, dirección de correo electrónico, de haberla, y firma del/lx Miembrx del Grupo de Demandantes. Envíe su notificación de intención de intervenir al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Si contrató a un abogado a su costo personal para que se presente en su nombre en la Audiencia de Aprobación Final, dicho abogado debe dar aviso de su intención de intervenir a los Abogados del Grupo de Demandantes y los Abogados del Demandado y presentar en línea la notificación por medio del sistema CM/ECF del Tribunal (https://ecf.nysd.uscourts.gov/) de manera tal que la reciban a más tardar el 26 de agosto de 2025. Puede notificar a los abogados a las siguientes direcciones:

| | | |
|---|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

## ABOGADOS DEL GRUPO DE DEMANDANTES

### 21.    ¿CUENTO CON UN ABOGADO?

El Tribunal designó a los abogados de lxs Representantes del Grupo en la Acción para fungir como Abogados para el Grupo de Demandantes ("Abogados del Grupo de Demandantes"). Los Abogados del Grupo de Demandantes son Zoe Salzman, Debra L. Greenberger y Eric Abrams de Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, y Michelle Banker, Noel R. León, Alison Tanner y Sudria Twyman del National Women's Law Center. No es requiere que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación como miembrx del Grupo. Si desea contratar su propio abogado, puede hacerlo a su costo propio.

### 22.    ¿ES NECESARIO QUE CONTRATE A MI PROPIO ABOGADO?

No es necesario que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación. Sin embargo, si elige tener su propio abogado, usted tendrá que pagarle. Por ejemplo, puede pedirle que se presente en el Tribunal por usted si desea que alguien distinto de los Abogados del Grupo de Demandantes intervenga en su nombre.

### 23.    ¿CÓMO SE LES PAGARÁ A LOS ABOGADOS?

Los Abogados del Grupo de Demandantes solicitarán al Tribunal que adjudique su Solicitud de Costos y Honorarios de Abogados. por un monto que no deberá superar $1,625,000. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará todos los costos y honorarios de abogados y demás pagos aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios

por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## 24.    ¿LXS DEMANDANTES NOMBRADXS RECIBIRÁN UN PAGO POR REPRESENTAR AL GRUPO?

Los Abogados del Grupo de Demandantes solicitarán aprobación del Tribunal para Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes por un monto de $15,000 para cada unx como parte de su Solicitud de Costos y Honorarios de Abogados. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará los Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## INFORMACIÓN ADICIONAL

## 25.    ¿DÓNDE PUEDO ENCONTRAR MÁS INFORMACIÓN SOBRE EL ACUERDO?

Puede encontrar información adicional sobre el acuerdo propuesto, incluidos Documentos del Tribunal, respuestas a preguntas frecuentes y versiones físicas y en línea de la Presentación de Gastos de Bolsillo, Presentación de Daños y Perjuicios Diversos y Presentación de Prueba de Atención Mayor a la Cobertura en línea en **www.InfertilityInsuranceSettlement.com**.

También puede comunicarse con el Administrador del Acuerdo por correo electrónico, teléfono, fax o correo postal usando la siguiente información:

Correo electrónico:          **InfertilityInsuranceSettlement@AtticusAdmin.com**

Teléfono:      1- 800-205-6861

Fax:            1-888-326-6411

Correo:       Infertility Insurance Settlement
              c/o Atticus Administration
              PO Box 64053
              Saint Paul, MN 55164

Por favor NO se comunique con el Tribunal en caso de dudas sobre este Acuerdo.

## 26.    FECHAS IMPORTANTES Y PLAZOS QUE DEBE TENER EN CUENTA:

**26 DE AGOSTO DE 2025:**  La fecha para la cual el Administrador del Acuerdo debe recibir cualquier formulario opcional que pretenda completar en busca de consideración para indemnización adicional, solicitudes de exclusión u objeciones al Acuerdo.

**10 DE OCTUBRE DE 2025:** La fecha en la que el Tribunal contemplará si el Acuerdo es justo, razonable, adecuado y favorece los intereses del Grupo del Acuerdo.

# NOTICE OF CLASS ACTION SETTLEMENT

*Goidel et al., v. Aetna Life Insurance Company*
U.S. District Court, Southern District of New York
Case No. 1:21-cv-07619 (VSB)

## YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT OF APPROXIMATELY $10,000

The District Court for the Southern District of New York has authorized this Notice. This is NOT a solicitation from a lawyer. You have not done anything wrong. Please read this Notice carefully as it may affect your legal rights.

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's ("Defendant," or "Aetna") health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled Goidel et al., v. Aetna Life Insurance Company, Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York. In a class action, one or more individuals called "Named Plaintiffs" (in this case Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown) sue on behalf of all others who have similar claims. Aetna denies the allegations, and the Court did not rule in favor of Plaintiffs or Defendant. Rather, the parties agreed to this proposed settlement.

You have been identified as someone whose member files with Aetna Life Insurance Company ("Defendant," or "Aetna") contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, including for intracervical insemination ("ICI") or intrauterine insemination ("IUI") submitted to Defendant for services between September 1, 2017, and May 31, 2024 (the "Class Period"), but whose denial was followed by an approval within 90 days or was otherwise paid by Aetna, but whose file does not establish whether the member paid out-of-pocket for artificial insemination services before their claim was approved. Your member file does not contain sufficient information to determine whether you may have been in an Eligible LGBTQ+ Relationship in the state of New York at the time you received such service ("Category D-B Class Member").

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS CASE | |
|---|---|
| **ATTEST TO LGBTQ+ RELATIONSHIP AND SUBMIT CLAIM FORM**<br><br>**RECEIVED BY: AUGUST 26, 2025** | Complete and timely submit (1) a Claim Submission Form evidencing that you underwent artificial insemination associated with one of an agreed-upon set of qualifying ICI or IUI codes, not previously submitted to Aetna, and you may receive up to an approximate $10,000 Default Common Fund Amount payment upon Aetna's verification of your claim(s), or a proportionately reduced amount if there are more than 200 Class Members, and (2) an Attestation Form to confirm your relationship status at the time you received such service.<br><br>Thereafter, you may also qualify for the $2,300 Default Dollars for Benefits Amount if Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that your plan would have covered. |
| **SUBMIT FORMS FOR ADDITIONAL** | You may complete and submit an <u>Out-Of-Pocket Expense Submission</u> to potentially receive additional compensation for out-of-pocket |

| | |
|---|---|
| **COMPENSATION OPPORTUNITIES**<br><br>**RECEIVED BY: AUGUST 26, 2025** | expenses incurred as a result of Aetna's denial of your infertility coverage.<br><br>You may complete and submit a <u>Miscellaneous Harm Submission</u> evidencing additional harm arising from Aetna's denial of infertility coverage that is not otherwise covered by the Settlement.<br><br>You may complete and submit a <u>Proof of Greater Covered Care Submission</u> evidencing that the procedures you underwent would have been reimbursed by your healthcare plan in an amount greater than the $2,300 Default Dollars for Benefits Amount. |
| **REQUEST EXCLUSION FROM THE CLASS**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may submit a written request to be excluded from the Settlement Class ("Opt-Out Request") according to the instructions provided in this Notice. If you opt-out, you will not receive any money but will retain the right to sue Defendant on your own for the claims resolved in this action. |
| **OBJECT TO THE SETTLEMENT**<br><br>**RECEIVED BY: AUGUST 26, 2025** | You may object to the terms of the Settlement according to the instructions provided in this Notice and have your objections heard at the date Final Approval Hearing. You cannot request exclusion and also object; you will remain a member of the Class if you choose to object to the Settlement. |

Your rights and options – *and the deadlines to exercise them* – are explained in this Notice.

## BASIC INFORMATION

### 1.      WHAT IS THIS LAWSUIT ABOUT?

Plaintiffs Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown ("Plaintiffs" or "Class Representatives") filed a class action lawsuit against Aetna Life Insurance Company ("Defendant" or "Aetna"). Plaintiffs filed the lawsuit on behalf of themselves and on behalf of the group or "Class" of persons who were allegedly discriminated against and denied equal access to fertility treatments as individuals in LGBTQ+ relationships. Defendant denies these allegations.

### 2.      WHAT IS A CLASS ACTION AND WHO IS INVOLVED?

In a class action case, one or more persons sue on behalf of other people who have similar claims. The person or persons who sue are called the Class Representatives or Named Plaintiffs. The Named Plaintiffs represent all similarly situated people in the court. The Named Plaintiffs in this lawsuit are Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown. The entity(s) being sued (in this case Aetna Life Insurance Company) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

### 3.      WHY IS THERE A SETTLEMENT?

Both sides agreed to the Settlement. By agreeing to the Settlement, the attorneys representing the Settlement Class ("Class Counsel") and Defendant's Counsel ("Defense Counsel") (collectively "Counsel") avoid the costs, delay, and uncertainty of trial, and the Settlement Class Members receive the benefits described in this Notice. The Class Representatives and their attorneys think the Settlement is best for everyone who is affected.

## 4.    WHY DID I RECEIVE A NOTICE IN THE MAIL ABOUT THIS CASE?

You received a Summary Notice in the mail because Defendant's records reflect that your member file contains a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes submitted to Defendant for services between September 1, 2017, and May 31, 2024, but whose claim or precertification denial followed by an approval within 90 days or was otherwise already paid by Aetna. Your member file does not contain sufficient information to determine whether you may have been in an Eligible LGBTQ+ Relationship in the state of New York at the time you received such service.

Do not be alarmed. You have not been sued; nor have you "filed" a lawsuit. This Notice and the Summary Notice that was mailed to you simply inform you of the Named Plaintiffs' lawsuit, let you know that you have been identified as Class Member, and inform you of your rights and options as a Class Member.

## 5.    HOW DO I KNOW IF I AM A MEMBER OF THE CLASS?

The following classes of individuals have been certified by the Court to participate.

Category A Class:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period and information indicating that they may be eligible to participate in the settlement.

Category B Class:    Individuals whose Aetna member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes during the Class Period, but for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship.

Category C Class:    Individuals whose Aetna member files contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes during the Class Period but whose artificial insemination history cannot be determined from Aetna's member files, and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals who did not submit precertification or claim requests during the Class Period because they would be denied, and nevertheless underwent artificial insemination covered by one of an agreed-upon set of qualifying ICI or IUI codes.

Category D Class: Individuals whose member files contain a denial of a claim or precertification request for one of an agreed-upon set of qualifying artificial insemination codes, but whose denial was thereafter followed by an approval within 90 days or otherwise paid by Aetna and whose file not establish whether the member paid out-of-pocket for artificial insemination services before their claim was approved. Certain members' files contain information indicating they may be eligible to participate in the settlement (D-A), while for others we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship (D-B).

## YOU MAY BE A CATEGORY D-B CLASS MEMBER ACCORDING TO AETNA'S RECORDS

### 6. WHAT IS AN ELIGIBLE LGBTQ+ RELATIONSHIP?

The Settlement Agreement defined an Eligible LGBTQ+ Relationship as a relationship involving individuals who self-identify as LGBTQ+, consisting of one individual with a uterus in a LGBTQ+ relationship with a partner who was incapable of producing sperm due to being an individual who was assigned the female sex at birth, was intersex, or was assigned the male sex at birth and had transitioned or was in the process of transitioning to the opposite gender.

### 7. WHAT IS THE DEFINITION OF INFERTILITY?

For purposes of the proposed Settlement, the Definition of Infertility means the definition in Aetna's CPB No. 327 in effect when the Amended Complaint was filed which required individuals without a sperm-producing partner to undergo 6 or 12 cycles of artificial insemination, depending on the individual's age, in order to establish unexplained infertility and qualify for healthcare coverage of infertility services.

### 8. WHAT CODES ARE INCLUDED IN THIS SETTLEMENT?

The Settlement Agreement covers the following codes associated with an artificial insemination medical procedure that can lead to pregnancy:

 S4035: Artificial Insemination Menotropin
   Stimulated intrauterine insemination.

 58321: Artificial Insemination; intra-cervical
   In this procedure, the provider inserts prepared live sperm into the cervical canal.

 58322: Artificial Insemination; intra-uterine
   In this procedure, the provider inserts prepared live sperm into the uterus through the cervical canal.

### 9. WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

Aetna has agreed to create a $2,000,000 Common Fund, which Plaintiffs' counsel has determined be used to pay an approximately $10,000 Default Common Fund Amount to every eligible Class Member who does not request exclusion. Aetna has agreed to separately pay for Dollars for Benefits Payments, valid Proof of Greater Covered Care Submissions, Administrative Costs, Class Representative Service Awards, and Attorneys' Fees and Costs as determined by the Court. Aetna has also agreed that any funds remaining in the Common Fund after all qualifying Default Common Fund Amount payments have been dispersed will be used to compensate Class Members for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund, and there will be no payments for Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions.

The complete terms of the proposed Settlement are set forth In the Settlement Agreement on file with the Court and also available at **www.InfertilityInsuranceSettlement.com**. This Notice is only a summary of the Settlement and in case of any conflict the terms of the Agreement will control.

## **SETTLEMENT BENEFITS**

### 10.    WHAT WILL I RECEIVE AS PART OF THE SETTLEMENT ?

As a Category D-B Class Member, you will receive an approximate $10,000 Default Common Fund Amount payment from the Common Fund if you timely complete and submit an Attestation Form and a Claim Submission Form with valid supporting evidence so it is received by the Settlement Administrator on or before Bar Date, and it is verified and approved by Aetna. If there are more than 200 Class Members, Class Members may receive less than $10,000 according to an equal split of the $2,000,000 Common Fund.  You will also receive a $2,300 Default Dollars for Benefits Amount payment if Aetna has not already paid for artificial insemination-related expenses (for ICI or IUI) that your plan would have covered during the Class Period, for a total of approximately $12,300.

Additional compensation opportunities may also be available. *See Question 11.*

### 11.    HOW DO I GET A PAYMENT? ARE THERE OPTIONS?

Category D-B Class Members who do not request exclusion will receive an approximate $10,000 Default Common Fund Amount payment if a timely and complete **Attestation Form** and a timely and complete **Claim Submission Form** with supporting evidence is submitted and approved by Aetna. Aetna will review and determine eligibility in its sole discretion. If there are more than 200 Class Members, Category D-B Class Members will receive an amount proportionate to an equal split of the $2,000,000 Common Fund. If Aetna has not already paid for artificial-insemination-related expenses (for ICI or IUI) that their medical plan would have covered but for the Definition of Infertility as of May 31, 2024, Category D-B Class Members will also receive a $2,300 Default for Dollars for Benefits Amount payment from Aetna.

**You may complete these forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and send the Attestation Form and Claim Submission Form to the Settlement Administrator by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request a blank paper copy of the Attestation Form and the Claim Submission Form from the Settlement Administrator at the contact information provided in Question 25, and return it by mail, email, or fax using the contact information provided in Question 25.**

**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

Additionally, all participating Class Members have the option to complete and submit an **Out-of-Pocket Expense Submission** for additional expenses incurred as a result of Aetna's denial of infertility coverage, and/or a **Miscellaneous Harm Submission** for additional or other harm experienced as a result of the denial of infertility treatment not covered elsewhere by this settlement. Documentation to support your Out-of-Pocket Expense is required. Submissions will only be eligible for payment if there are funds remaining in the Common Fund after all Default Common Fund Amount payments have been distributed. Out-of-Pocket Expense and Miscellaneous Harm Submissions will be evaluated by Special Master Hon. Steven Gold who will divide any remaining funds in the Common Fund at his sole discretion.

All participating Class Members may also complete and submit a **Proof of Greater Covered Care Submission** if they underwent covered fertility treatment that would have resulted in reimbursement exceeding the $2,300 Default Dollars for Benefits Amount by their Aetna healthcare plan during the Class Period, if not for the Definition of Infertility. Documentation evidencing the claims is required, and evaluation of the forms and eligibility for payment will be at Aetna's sole discretion.

**YOU MUST COMPLETE AND SUBMIT THE ATTESTATION FORM AND CLAIM SUBMISSION FORM TO BE CONSIDERED FOR THE OUT-OF-POCKET SUBMISSION FORM, MISCELLANEOUS HARM SUBMISSION, AND PROOF OF GREATER COVERED CARE SUBMISSIONS OPTIONS.**

**You may complete and submit the optional compensation forms and upload your supporting documentation online at www.InfertilityInsuranceSettlement.com.**

**-OR-**

**You may print, complete and submit any of these forms by mail, email, or fax using the contact information provided in Question 25.**

**-OR-**

**You may request blank paper copies of the forms from the Settlement Administrator at the contact information provided in Question 25, and return them by mail, email, or fax using the contact information provided in Question 25.**
**The forms must be received by the Settlement Administrator on or before August 26, 2025.**

| 12. | WHEN WILL I GET PAID? |
|-----|------------------------|

The Court will hold a Final Approval Hearing on October 10, 2025 to determine if the settlement is fair, adequate, and in the best interest of the Settlement Class. Payments cannot be distributed until after the Court enters a Final Approval Order and the Settlement becomes final and effective. We do not know how long this process will take. Please visit the settlement website at **www.InfertilityInsuranceSettlement.com** for updates on the outcome of the hearing.

## EXCLUSION FROM THE SETTLEMENT CLASS

### 13.    HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

If you do not want to be a member of the Class you must mail a written request to be excluded from the Damages Settlement Class ("Request for Exclusion," or "Opt-Out Request") to the Settlement Administrator so it is received on or before August 26, 2025 at:

> Infertility Insurance Settlement
> c/o Atticus Administration
> PO Box 64053
> Saint Paul, MN 55164

To be valid, the Request for Exclusion must be in writing and include the name, date of birth, address, and social security number of the person requesting exclusion, as well as a clear statement communicating the person's election to be excluded from the Damages Settlement Class.

Class Members who submit valid, complete, and timely Requests for Exclusion will be removed from the Class, will not be bound by the Settlement Agreement and subsequent proceedings, orders, and judgments, and will not be eligible to receive a payment from the Settlement, but will retain their rights to pursue claims against Defendant at your own risk and expense, should you choose to do so.

### 14.    IF I DON'T EXCLUDE MYSELF, CAN I SUE AETNA FOR THE SAME THING?

No. Unless you exclude yourself, you give up the right to sue the Aetna for the claims that the Settlement resolves and will be unable to participate in other class action lawsuits against Aetna regarding the claims at issue in this case. You must exclude yourself from the Settlement Class in order to try to pursue your own lawsuit.

### 15.    CAN I EXCLUDE MYSELF AND STILL RECEIVE A PAYMENT?

No. You will not receive a payment if you exclude yourself from the Settlement.

### 16.    WHAT HAPPENS IF I DON'T DO ANYTHING?

If you are a Category D-B Class Member and you choose to do nothing, you will be bound by the terms of the Settlement Agreement, but you will not receive a payment from the Settlement.

## SETTLEMENT OBJECTIONS

### 17.    HOW DO I TELL THE COURT I DO NOT LIKE THE SETTLEMENT?

If you wish to object to the fairness, reasonableness, or adequacy of the proposed Settlement, including Class Counsel's Attorneys' Fees and Costs Application, and you do not request exclusion, you may file an objection and mail it to the Settlement Administrator, so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

A written objection must include:
- Your name, address, telephone number, and email address if available,
- The name and docket number of the Action: *Goidel et al., v Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VSB),
- An explanation of your objections and specific reasons for them,
- An indication of whether the objection(s) are specific to the objector, a subset (Category) of the Class, or the entire Class,
- All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel,
- Any evidence you wish to introduce in support of each objection,
- An indication of whether you intend to speak at the Fairness Hearing,

Class Members may object on their own, or through counsel hired at their own expense. Any hired counsel by a Class Member for the purpose of objecting must serve notice of appearance on Class Counsel and Counsel for Defendant and e-file the notice of appearance using the Court's CM/ECF system so it is received by Counsel and the Court by August 26, 2025. *See Question 20 for more information.*

## 18.    WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class or the lawsuit. You cannot request exclusion **and** object to the settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 19.    WHEN AND WHERE IS THE FINAL APPROVAL HEARING?

The Court will hold a Final Approval Order at 2:00 p.m. on October 10, 2025  in Courtroom #518 of the Thurgood Marshall US Courthouse located at 40 Foley Square, New York, NY 10007. At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's Attorneys' Fees and Expenses Application and the Class Representatives' Service Awards. If there are objections, the Judge will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Judge will decide whether to approve the settlement. We do not know how long the decision will take.

You are not required to attend the hearing. Updates on the status of the hearing and the Court's determination will be posted at **www.InfertilityInsuranceSettlement.com** when available.

## 20.    CAN I SPEAK AT THE FINAL APPROVAL HEARING?

Class Members who submit timely written objections may appear at the Final Approval Hearing in person or through counsel retained at the Class Member's own expense.

If you intend to appear at the Final Approval Hearing on your own behalf, you must send a letter to the Settlement Administrator's office notifying the Administrator of your intent to appear. The letter must include the Class Member's name, address, telephone number, email address if available, and your signature. Send your notice of intention to appear to the Settlement Administrator so it is received on or before August 26, 2025 at:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

If you retained counsel at your own expense to appear on your behalf at the Final Approval Hearing, such counsel must serve a notice of intent to appear on Class Counsel and Counsel for Defendant and e-file using the Court's CM/ECF System (https://ecf.nysd.uscourts.gov/) so it is received on or before August 26, 2025. Counsel can be notified at the following addresses:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

**CLASS COUNSEL**

## 21.    DO I HAVE A LAWYER?

The Court appointed the Class Representatives' attorneys in the Action as Counsel for the Class ("Class Counsel"). Class Counsel are Zoe Salzman, Debra L. Greenberger, and Eric Abrams of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, and Michelle Banker, Noel R. León, Alison Tanner, and Sudria Twyman of the National Women's Law Center. You are not required to hire your own attorney because Class Counsel is working on your behalf as a member of the Class. If you want to hire your own lawyer, you may do so at your own expense.

## 22.    DO I NEED TO HIRE MY OWN LAWYER?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

## 23.    HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court to award its Attorneys' Fees and Expenses Application in an amount not to exceed $1,625,000. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay all Court-approved attorneys' fees and costs and payments within 30 days of receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## 24.    ARE THE NAMED PLAINTIFFS BEING PAID TO REPRESENT THE CLASS?

Class Counsel will request Court approval of Service Award Payments to the Class Representatives in the amount of $15,000 each as part of its Attorneys' Fees and Expenses Application. Class Counsel will submit the application in advance of the Final Approval Hearing. Aetna will pay the Court-approved Class Representatives' Service Award Payments within 30 days receipt of all documentation necessary to effectuate payment separate and apart from the $2,000,000 Common Fund, Dollars for Benefits Payments, Class Representative Fees, and costs for the Administrator and Special Master.

## **MORE INFORMATION**

## 25.    WHERE CAN I FIND MORE SETTLEMENT INFORMATION?

Additional information about the proposed settlement, including access to Court Documents, answers to frequently asked questions and paper and online versions of Out-of-Pocket Expense Submission, Miscellaneous Harm Submission, and Proof of Greater Covered Care Submission are available at online at **www.InfertilityInsuranceSettlement.com**.

You may also contact the Settlement Administrator by email, telephone, fax, or mail as follows:

| | |
|---|---|
| Email: | **InfertilityInsuranceSettlement@AtticusAdmin.com** |
| Telephone: | 1-800-205-6861 |
| Fax: | 1-888-326-6411 |
| Mail: | Infertility Insurance Settlement |
| | c/o Atticus Administration |
| | PO Box 64053 |
| | Saint Paul, MN 55164 |

Please DO NOT contact the Court with questions about this Settlement.

## 26.    IMPORTANT DATES AND DEADLINES TO REMEMBER:

**AUGUST 26, 2025:**    The date by which any optional forms you intend to complete for additional compensation consideration, requests for exclusion, or Settlement objections must be received by the Settlement Administrator.

**OCTOBER 10, 2025:** The date on which the Court will consider whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class.

# NOTIFICACIÓN DE LIQUIDACIÓN DE DEMANDA COLECTIVA

*Goidel et al., v. Aetna Life Insurance Company*
Tribunal de Distrito de los EE. UU., Distrito Sur de Nueva York
No. de caso 1:21-cv-07619 (VSB)

## USTED PODRÍA SER ELEGIBLE PARA RECIBIR UN PAGO DE APROXIMADAMENTE $10,000

El Tribunal de Distrito para el Distrito Sur de Nueva York ha autorizado esta Notificación. Esta NOT es una oferta de un abogado. Usted no ha hecho nada indebido. Por favor lea esta Notificación detenidamente, puesto que puede afectar sus derechos legales.

Se ha alcanzado un acuerdo propuesto en una demanda colectiva sobre si la póliza de seguro médico de Aetna Life Insurance Company ("Demandado" o "Aetna") discriminó o negó igualdad de acceso a cobertura de seguro para inseminación artificial a individuxs en relaciones LGBTQ+ en el estado de Nueva York. La demanda, titulada Goidel et al., v. Aetna Life Insurance Company, No. de caso 1:21-cv-07619 (VBS), está en trámite en el Tribunal de Distrito de los EE. UU. para el Distrito Sur de Nueva York. En una demanda colectiva, unx o más individuxs, denominadxs "Demandantes Nombradxs" (en este caso Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown), demandan en nombre de todxs quienes tengan reclamaciones similares. Aetna niega las acusaciones y el Tribunal no ha fallado a favor de lxs Demandantes o el Demandado. En su lugar, las partes han aceptado este acuerdo propuesto.

Usted ha sido identificadx como alguien cuyos expedientes de miembrx de Aetna Life Insurance Company (el "Demandado" o "Aetna") contienen un rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, incluidos códigos de inseminación intracervical ("ICI", por sus siglas en inglés) o inseminación intrauterina ("IUI"), presentadas al Demandado por servicios recibidos entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 (el "Periodo de la Demanda Colectiva"), pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quien Aetna pagó de alguna otra manera, pero cuyo expediente no indica si pagó los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Su expediente de miembbrx no contiene información suficiente para determinar si usted podría haber sido parte de una Relación LGBTQ+ Elegible en el estado de Nueva York al momento en que recibió dicho servicio ("Miembrx del Grupo de Demandantes de Categoría D-B").

| RESUMEN DE SUS OPCIONES Y DERECHOS LEGALES EN ESTE CASO | |
|---|---|
| **DECLARAR HABER TENIDO UNA RELACIÓN LGBTQ Y PRESENTAR UN FORMULARIO DE RECLAMACIÓN**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Complete y envíe puntualmente (1) un Formulario de Presentación de Reclamación que demuestre que se sometió a inseminación artificial asociada con uno de un conjunto acordado de códigos de ICI o IUI elegibles que no haya presentado previamente a Aetna y podría recibir un pago del Monto Predeterminado del Fondo Común de hasta aproximadamente $10,000 una vez que Aetna verifique su reclamación, o un monto reducido proporcionalmente, de haber más de 200 Miembbrx del Grupo de Demandantes y (2) un Formulario de Declaración para confirmar el estado de su relación de pareja al momento en el que recibió el servicio. |

| | |
|---|---|
| | Posteriormente, también podría calificar para el Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado ya por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto. |
| **ENVIAR FORMULARIOS PARA OPORTUNIDADES DE INDEMNIZACIÓN ADICIONAL**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede completar y enviar una <u>Presentación de Gastos de Bolsillo</u> para tener la posibilidad de recibir indemnización adicional por concepto de gastos de bolsillo en los que haya incurrido como resultado del rechazo de Aetna de su cobertura de infertilidad.<br><br>Puede completar y enviar una <u>Presentación de Daños y Perjuicios Diversos</u> que demuestre daños adicionales surgidos del rechazo de cobertura de infertilidad por parte de Aetna que no se cubran de otra manera en el Acuerdo.<br><br>Puede completar y enviar una <u>Presentación de Prueba de Atención Mayor a la Cobertura</u> que muestre que los tratamientos a los que se sometió habrían sido reembolsados por su seguro médico por un monto superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300. |
| **SOLICITAR QUE SE LE EXCLUYA DEL GRUPO DE DEMANDANTES**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede presentar una solicitud por escrito para que se le excluya del Grupo del Acuerdo ("Solicitud de Exclusión Voluntaria") siguiendo las instrucciones que se incluyen en esta Notificación. Si se excluye voluntariamente, no recibirá dinero pero conservará el derecho de demandar al Demandado por su parte por reclamaciones resueltas en esta acción. |
| **OBJETAR AL ACUERDO**<br><br>**RECIBIDOS A MÁS TARDAR EL: 8/26/2025** | Puede objetar a los términos del Acuerdo siguiendo las instrucciones que se incluyen en esta Notificación y sus objeciones se atenderán en la Audiencia de Aprobación Final. No puede solicitar que se le excluya y al mismo tiempo objetar; si elige objetar al Acuerdo, seguirá siendo miembrx del Grupo de Demandantes. |

Sus derechos y opciones – *y las fechas límite para ejercerlos* – se explican en esta Notificación.

## **INFORMACIÓN BÁSICA**

| | |
|---|---|
| **1.** | **¿DE QUÉ TRATA ESTA DEMANDA?** |

Lxs Demandantes Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown ("Demandantes" o "Representantes del Grupo de Demandantes") interpusieron una demanda colectiva contra Aetna Life Insurance Company (el "Demandado" o "Aetna"). Lxs Demandantes interpusieron la demanda a título personal y en nombre del Grupo de personas contra las que presuntamente se discriminó y a quienes se negó igualdad de acceso a tratamientos de fertilidad como individuxs en relaciones LGBTQ+. El Demandado rechaza estos alegatos.

| | |
|---|---|
| **2.** | **¿QUÉ ES UNA DEMANDA COLECTIVA Y QUIÉN ESTÁ INVOLUCRADO?** |

En un caso de demanda colectiva, una o más personas demandan en nombre de otrxs con reclamaciones similares. La persona o personas que demandan se denominan Representantes del Grupo de Demandantes o Demandantes Nombradxs. Lxs Demandantes Nombradxs representan a todas las personas en situación similar en el tribunal. Lxs Demandantes Nombradxs en esta demanda son Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown. La(s) entidad(es) a quien(es) se demanda (en este caso Aetna Life Insurance Company) se denomina(n) el Demandado. Un tribunal resuelve los asuntos para todxs lxs Miembrxs del Grupo de Demandantes, excepto aquellxs que elijan excluirse del Grupo.

## 3.    ¿POR QUÉ SE OFRECE UN ACUERDO?

Ambas partes han aceptado este Acuerdo. Al aceptar el Acuerdo, los abogados que representan al Grupo del Acuerdo ("Abogados del Grupo") y los Abogados del Demandado ("Abogados Defensores") (en conjunto, los "Abogados") evitan los costos, atrasos e incertidumbre de un juicio y lxs Miembrxs del Grupo de Demandantes reciben los beneficios descritos en esta Notificación. Lxs Representantes del Grupo de Demandantes y sus abogados consideran que el Acuerdo es lo mejor para todxs lxs involucradxs.

## 4.    ¿POR QUÉ RECIBÍ UNA NOTIFICACIÓN EN EL CORREO SOBRE ESTE CASO?

Usted recibió una Notificación Abreviada en el correo porque los registros del Demandado indican que su expediente de miembrx contiene el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles presentada al Demandado por servicios entre el 1 de septiembre de 2017 y el 31 de mayo de 2024, pero el rechazo de su reclamación o precertificación fue sucedido por una aprobación en un plazo de 90 días o ya fue pagado de alguna otra manera por Aetna. Su expediente de miembrx no contiene información suficiente para determinar si usted podría haber sido parte de una Relación LGBTQ+ Elegible en el estado de Nueva York al momento en que recibió dicho servicio.

No se alarme. No lx han demandado, ni usted ha "interpuesto" una demanda. Esta Notificación y la Notificación Abreviada que se le envió por correo simplemente buscan informarle sobre la demanda de lxs Demandantes Nombradxs, hacerle saber que se le ha identificado como Miembrx del Grupo de Demandantes y notificarle sobre sus derechos y opciones como Miembrx del Grupo de Demandantes.

## 5.    ¿CÓMO PUEDO SABER SI SOY MIEMBRX DEL GRUPO DE DEMANDANTES?

Las siguientes clases de individuxs han recibido certificación del Tribunal para participar.

Grupo de Categoría A: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva e información que indique que podrían ser elegibles para participar en el acuerdo.

Grupo de Categoría B: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles durante el Periodo de la Demanda Colectiva, pero sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible

Grupo de Categoría C: Lxs individuxs cuyos expedientes de miembrxs de Aetna contengan una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de fertilización in vitro ("IVF") elegibles durante el Periodo de la Demanda Colectiva, pero cuyo historial de inseminación artificial no pueda determinarse a partir de los expedientes de miembrxs de Aetna y sobre quienes no contemos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible, o individuxs que no presentaron solicitudes de precertificación o reclamaciones durante el Periodo de la Demanda Colectiva porque se les había negado, pero que se sometieron a inseminación artificial cubierta por uno de un conjunto acordado de códigos elegibles de ICI o IUI.

Grupo de Categoría D: Lxs individuxs cuyos expedientes de miembrxs contengan el rechazo de una reclamación o solicitud de precertificación para uno de un conjunto acordado de códigos de inseminación artificial elegibles, pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quienes Aetna pagó de alguna otra manera y cuyo expediente no indique si lxs miembrxs pagaron los servicios de inseminación artificial de su bolsillo antes de que su reclamación se aprobara. Los expedientes de ciertxs miembrxs contienen información que indica que podrían ser elegibles para participar en el acuerdo (D-A); en el caso de otrxs miembrxs, no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible (D-B).

## USTED PODRÍA SER MIEMBRX DEL GRUPO DE DEMANDANTES DE CATEGORÍA D-B SEGÚN LOS EXPEDIENTES DE AETNA

### 6.    ¿QUÉ ES UNA RELACIÓN LGBTQ+ ELEGIBLE?

El Acuerdo de Liquidación define una Relación LGBTQ+ Elegible como aquella que involucra a individuxs que se identifican a sí mismxs como LGBTQ+, conformada por unx individux con un útero en una relación LGBTQ+ con una pareja incapaz de producir semen por ser individuxs a quienes se asignó el sexo femenino al nacer, ser intersexuales o ser individuxs a quienes se les asignó el sexo masculino al nacer pero que más tarde transicionaron, o estaban en proceso de transicionar, al sexo opuesto.

### 7.    ¿CUÁL ES LA DEFINICIÓN DE INFERTILIDAD?

Para fines del Acuerdo propuesto, la Definición de Infertilidad se refiere a la definición del CPB No. 327 de Definición Aetna en vigor cuando se interpuso la Demanda Enmendada, que requería que lxs individuxs que no tuvieran una pareja que produjera esperma se sometieran a 6 o 12 ciclos de inseminación artificial, dependiendo de la edad de la persona, para poder determinar una

infertilidad sin causa identificada y calificar para recibir cobertura médica para servicios de infertilidad.

## 8.    ¿QUÉ CÓDIGOS SE INCLUYEN EN ESTE ACUERDO?

El Acuerdo de Liquidación abarca los siguientes códigos asociados con tratamientos médicos de inseminación artificial que pueden dar pie a un embarazo:

54035:    Inseminación artificial; Menotropina
Inseminación intrauterina estimulada.

58321:    Inseminación artificial; Intracervical
En este tratamiento, el proveedor inserta esperma vivo preparado en el canal cervical.

58322:    Inseminación artificial; Intrauterina
En este tratamiento, el proveedor inserta esperma vivo preparado en el útero a través del canal cervical.

## 9.    ¿CUÁLES SON LOS TÉRMINOS DEL ACUERDO PROPUESTO?

Aetna ha acordad crear un Fondo Común de $2,000,000; los abogados de lxs Demandantxs han determinado que se usará para pagar un Monto Predeterminado del Fondo Común de aproximadamente $10,000 a todxs lxs Miembrxs del Grupo de Demandantes elegibles que no soliciten excluirse. Aetna ha acordado pagar por separado Pagos Compensatorios por Beneficios, Presentaciones válidas de Pruebas de Atención Mayor a la Cobertura, Costos Administrativos, Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes, y Costos y Honorarios de Abogados según lo determine el Tribunal. Aetna también ha acordado que cualquier fondo que reste en el Fondo Común luego de que se hayan realizado todos los pagos elegibles del Monto Predeterminado del Fondo Común se usará para compensar a lxs Miembrxs del Grupo de Demandantes por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000 y no habrá pagos por Presentaciones de Gastos de Bolsillo y de Daños y Perjuicios Diversos.

Los términos completos del Acuerdo propuesto se estipulan en el Acuerdo de Liquidación que obra en el Tribunal y está disponibles también en **www.InfertilityInsuranceSettlement.com**. Esta Notificación es solo un resumen del Acuerdo y, en caso de conflicto, tendrán precedencia los términos del Acuerdo.

## BENEFICIOS DEL ACUERDO

## 10.    ¿QUÉ RECIBIRÉ COMO PARTE DEL ACUERDO DE LIQUIDACIÓN?

Como Miembrx del Grupo de Demandantes de Categoría D-B, usted recibirá un pago aproximado del Monto Predeterminado del Fondo Común de $10,000 tomado del Fondo Común si completa y envía puntualmente un Formulario de Declaración y un Formulario de Presentación de

Reclamación con evidencia de respaldo válida de manera tal que el Administrador del Acuerdo la reciba a más tardar en la Fecha Límite, que sea verificado y aprobado por Aetna. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000 como resultado de una división equitativa del Fondo Común de $2,000,000. También se le pagará el Monto Predeterminado del Pago Compensatorio por Beneficios de $2,300 si Aetna no le ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan habría cubierto durante el Periodo de la Demanda Colectiva, para un total de aproximadamente $12,300.

Podrían estar disponibles oportunidades adicionales de indemnización. *Diríjase a la pregunta 11*

## 11.   ¿CÓMO PUEDO RECIBIR UN PAGO? ¿HAY OPCIONES DISPONIBLES?

Lxs Miembrxs del Grupo de Demandantes de Categoría D-B que no soliciten que se les excluya recibirán un pago aproximado del Monto Predeterminado del Fondo Común de $10,000 si presentan un **Formulario de Declaración** y un **Formulario de Presentación de Reclamación** puntuales y completos con evidencia de respaldo y reciben la aprobación de Aetna. Aetna revisará y determinará la elegibilidad a su solo criterio. Si hay más de 200 Miembrxs en el Grupo de Demandantes, lxs Miembrxs del Grupo de Categoría D-B recibirán el monto proporcional resultante de una división equitativa del Fondo Común de $2,000,000. Si Aetna aún no ha pagado por gastos relacionados con inseminación artificial (por ICI o IUI) que su plan médico habría cubierto de no ser por la Definición de Infertilidad al 31 de mayo de 2024, lxs Miembrxs del Grupo de Demandantes de Categoría D-B también recibirán de Aetna un pago de $2,300 correspondiente al Monto Predeterminado de Pago por Compensación por Beneficios.

**Puede completar estos formularios y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir completar y enviar el Formulario de Declaración y el Formulario de Presentación de Reclamación al Administrador del Acuerdo por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar una copia física en blanco del Formulario de Declaración y el Formulario de Presentación de Reclamación al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverla por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

Adicionalmente, todxs lxs Miembrxs del Grupo de Demandantes participantes tienen la opción de completar y enviar una **Presentación de Gastos de Bolsillo** por gastos adicionales en los que se haya incurrido como resultado del rechazo de cobertura de infertilidad de Aetna, y/o una **Presentación por Daños y Perjuicios Diversos** por daños adicionales o de otra naturaleza sufridos como resultado del rechazo del tratamiento de infertilidad que no se cubran de otra manera en este acuerdo. Se requerirá documentación que sustente su Gasto de Bolsillo. Las presentaciones solo serán elegibles para un pago si hay fondos restantes en el Fondo Común luego de que se hayan distribuido todos los pagos del Monto Predeterminado del Fondo Común. Las Presentaciones de

Gastos de Bolsillo y Daños y Perjuicios Diversos serán evaluadas por el Interventor Especial, el Hon. Steven Gold, quien dividirá los fondos restantes del Fondo Común a su solo criterio.

Todxs lxs Miembrxs del Grupo de Demandantes participantes pueden también completar y enviar una **Presentación de Atención Mayor a la Cobertura** si se sometieron a un tratamiento de fertilidad cubierto que habría dado pie a un reembolso superior al Monto Predeterminado de Pago Compensatorio por Beneficios de $2,300 de parte de su plan médico con Aetna durante el Periodo de la Demanda Colectiva, de no ser por la Definición de Infertilidad. Se requerirá documentación que sustente las reclamaciones, y la evaluación de los formularios y su elegibilidad para un pago quedarán al exclusivo criterio de Aetna.

**DEBE COMPLETAR Y ENVIAR EL FORMULARIO DE DECLARACIÓN Y EL FORMULARIO DE PRESENTACIÓN DE RECLAMACIÓN PARA QUE SE LE TOME EN CUENTA PARA LAS OPCIONES DEL FORMULARIO DE PRESENTACIÓN DE GASTOS DE BOLSILLO, LA PRESENTACIÓN DE DAÑOS Y PERJUICIOS DIVERSOS Y LA PRESENTACIÓN DE PRUEBA DE ATENCIÓN MAYOR A LA COBERTURA.**

**Puede completar y presentar los formularios de indemnización opcionales y cargar sus documentos de respaldo en línea en www.InfertilityInsuranceSettlement.com.**

**-O-**

**Puede imprimir, completar y enviar cualquiera de estos formularios por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**

**-O-**

**Puede solicitar copias físicas en blanco de los formularios al Administrador del Acuerdo utilizando la información de contacto que se encuentra en la Pregunta 25 y devolverlas por correo postal, correo electrónico o fax utilizando la información de contacto que se encuentra en la Pregunta 25.**
**El Administrador del Acuerdo debe recibir estos formularios a más tardar el 26 de agosto de 2025.**

| 12. | ¿CUÁNDO SE ME PAGARÁ? |
|---|---|

El Tribunal llevará a cabo una Audiencia de Aprobación Final el 10 de octubre de 2025 para determinar si el acuerdo es justo, adecuado y favorece los intereses del Grupo del Acuerdo. Los pagos no podrán distribuirse sino hasta que el Tribunal dicte una Orden de Aprobación Final y el Acuerdo se torne definitivo y entre en vigor. No sabemos cuánto tiempo tomará este proceso. Por favor, visite el sitio web del acuerdo, **www.InfertilityInsuranceSettlement.com**, donde podrá encontrar actualizaciones sobre el resultado de la audiencia.

## EXCLUSIÓN DEL GRUPO DEL ACUERDO

| 13. | ¿CÓMO PUEDO EXCLUIRME DEL ACUERDO DE LIQUIDACIÓN? |
|---|---|

Si no desea ser miembrx del Grupo de Demandantes, debe enviar por correo una solicitud por escrito pidiendo que se le excluya del Grupo del Acuerdo de Daños ("Solicitud de Exclusión", o "Solicitud de Exclusión Voluntaria") al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Para ser válida, la Solicitud de Exclusión debe presentarse por escrito e incluir el nombre, fecha de nacimiento, dirección y número de seguro social de la persona que solicita la exclusión, así como una declaración clara que indique la decisión de la persona de que se le excluya del Grupo del Acuerdo por Daños.

Lxs Miembrxs del Grupo de Demandantes que envíen Solicitudes de Exclusión válidas, completas y puntuales se retirarán del Grupo de Demandantes, no quedarán obligadxs por el Acuerdo de Liquidación y procedimientos, órdenes y sentencias subsecuentes, y no serán elegibles para recibir un pago del Acuerdo, pero retendrán sus derechos de procesar reclamaciones contra el Demandado por su cuenta y riesgo, si eligen hacerlo.

## 14.    SI NO ME EXCLUYO, ¿PUEDO DEMANDAR A AETNA POR EL MISMO ASUNTO?

No. A menos que se excluya, renunciará al derecho de demandar a Aetna por reclamaciones que se resuelvan en el Acuerdo y será incapaz participar en otras demandas colectivas contra Aetna relacionadas con las reclamaciones en cuestión en este caso. Debe excluirse del Grupo del Acuerdo para intentar interponer su propia demanda.

## 15.    ¿PUEDO EXCLUIRME Y AÚN ASÍ RECIBIR UN PAGO?

No. No recibirá un pago si se excluye del Acuerdo.

## 16.    ¿QUÉ SUCEDE SI NO HAGO NADA?

Si usted es Miembrx del Grupo de Demandantes de Categoría D-B y elige no hacer nada, quedará obligadx por los términos del Acuerdo de Liquidación, pero no recibirá un pago en virtud de él.

## OBJECIONES AL ACUERDO

## 17.    ¿CÓMO PUEDO HACER SABER AL TRIBUNAL QUE NO ESTOY CONFORME CON EL ACUERDO?

Si desea presentar una objeción en cuanto a la justicia, razonabilidad o idoneidad del Acuerdo propuesto, incluida la Solicitud de Costos y Honorarios de los Abogados del Grupo de Demandantes, y no solicita que se le excluya, puede presentar una objeción y enviarla por correo al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Las objeciones por escrito deben incluir:

- Su nombre, dirección, número de teléfono y dirección de correo electrónico, de tenerla,
- El nombre y número de expediente de la Acción: *Goidel et al., v Aetna Life Insurance Company,* No. de caso 1:21-cv-07619 (VSB),
- Una explicación de sus objeciones y sus razones específicas,
- Una indicación de si su(s) objeción(es) atañe(n) específicamente a quien objeta, a un subconjunto (Categoría) del Grupo de Demandantes o al Grupo entero,
- Todas las bases de la objeción, acompañadas de cualquier respaldo jurídico para la objeción del que la persona que objeta o sus abogados estén al tanto,
- Cualquier evidencia que desee presentar para respaldar cada objeción,
- Una indicación de si pretende intervenir en la Audiencia de Justicia,

Lxs Miembrxs del Grupo de Demandantes pueden presentar una objeción por sí mismxs o a través de abogados contratados a costo propio. Cualquier abogado contratado por un Miembrx del Grupo de Demandantes para fines de objetar debe dar aviso de intervención a los Abogados del Grupo de Demandantes y los Abogados del Demandado, y presentar en línea la notificación de intervención por medio del sistema CM/ECF del Tribunal de manera tal que los Abogados y el Tribunal lo reciban a más tardar el 26 de agosto de 2025. *Consulte la Pregunta 20 para más información.*

## 18.     ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y EXCLUIRSE?

Objetar significa indicar al Tribunal que no está conforme con algún aspecto del acuerdo. Puede objetar únicamente si sigue formando parte del Grupo del Acuerdo. Excluirse significa notificar al Tribunal que no desea ser parte del Grupo del Acuerdo o de la demanda. No puede solicitar excluirse **y al mismo tiempo** objetar al acuerdo de liquidación. Si se excluye no tendrá bases para objetar ya que el caso no le afectará.

## 19.     ¿CUÁNDO Y DÓNDE SE LLEVARÁ A CABO LA AUDIENCIA DE APROBACIÓN FINAL?

El Tribunal llevará a cabo una Orden de Aprobación Final a las 2:00 p.m. el 10 de octubre de 2025 en la Sala #518 del Thurgood Marshall US Courthouse que se encuentra en 40 Foley Square, Nueva York, NY 10007. En la audiencia, el Tribunal deliberará si el acuerdo es justo, razonable y adecuado. El Tribunal también considerará si aprobar la Solicitud de Costos y Honorarios para los Abogados del Grupo de Demandantes y las Adjudicaciones de Servicio para lxs Representantes del Grupo de Demandantes. Si existen objeciones, el Juez las tomará en cuenta. El Juez escuchará a las personas que hayan solicitado intervenir en la audiencia. Tras la audiencia, el Juez decidirá si aprobar o no el acuerdo. No sabemos cuánto tiempo tomará la decisión.

No se requiere que acuda a la audiencia. Se publicarán actualizaciones sobre el estado de la audiencia y la decisión del Tribunal en **www.InfertilityInsuranceSettlement.com** cuando estén disponibles.

## 20.     ¿PUEDO INTERVENIR EN LA AUDIENCIA DE APROBACIÓN FINAL?

Lxs Miembrxs del Grupo de Demandantes que presenten objeciones puntuales por escrito pueden intervenir en la Audiencia de Aprobación Final en persona o a través de abogados contratados a costo del/lx Miembrx del Grupo.

Si planea intervenir en la Audiencia de Aprobación Final personalmente, debe enviar una carta a la oficina del Administrador del Acuerdo notificándole de su plan de intervenir. La carta debe incluir el nombre, dirección, número de teléfono, dirección de correo electrónico, de haberla, y firma del/lx Miembrx del Grupo de Demandantes. Envíe su notificación de intención de intervenir al Administrador del Acuerdo de manera tal que la reciba a más tardar el 26 de agosto de 2025 a:

Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Si contrató a un abogado a su costo personal para que se presente en su nombre en la Audiencia de Aprobación Final, dicho abogado debe dar aviso de su intención de intervenir a los Abogados del Grupo de Demandantes y los Abogados del Demandado y presentar en línea la notificación por medio del sistema CM/ECF del Tribunal (https://ecf.nysd.uscourts.gov/) de manera tal que la reciban a más tardar el 26 de agosto de 2025. Puede notificar a los abogados a las siguientes direcciones:

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | NATIONAL WOMEN'S LAW CENTER | BAKER BOTTS LLP |
|---|---|---|
| *Zoe Salzman* | *Michelle Banker* | *Earl B. Austin* |
| *Debra L Greenberger* | *Noel León* | *Sarah Reeves* |
| *Eric Abrams* | *Alison Tanner* | 30 Rockefeller Plaza |
| 600 Fifth Avenue, 10th Floor | *Sudria Twyman* | New York, NY 10112 |
| New York, NY 10020 | 1350 Eye Street NW, Suite 700 | |
| | Washington, DC 20005 | |

## ABOGADOS DEL GRUPO DE DEMANDANTES

### 21.    ¿CUENTO CON UN ABOGADO?

El Tribunal designó a los abogados de lxs Representantes del Grupo en la Acción para fungir como Abogados para el Grupo de Demandantes ("Abogados del Grupo de Demandantes"). Los Abogados del Grupo de Demandantes son Zoe Salzman, Debra L. Greenberger y Eric Abrams de Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, y Michelle Banker, Noel R. León, Alison Tanner y Sudria Twyman del National Women's Law Center. No es requiere que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación como miembrx del Grupo. Si desea contratar su propio abogado, puede hacerlo a su costo propio.

### 22.    ¿ES NECESARIO QUE CONTRATE A MI PROPIO ABOGADO?

No es necesario que contrate a sus propios abogados ya que los Abogados del Grupo de Demandantes trabajan en su representación. Sin embargo, si elige tener su propio abogado, usted tendrá que pagarle. Por ejemplo, puede pedirle que se presente en el Tribunal por usted si desea que alguien distinto de los Abogados del Grupo de Demandantes intervenga en su nombre.

### 23.    ¿CÓMO SE LES PAGARÁ A LOS ABOGADOS?

Los Abogados del Grupo de Demandantes solicitarán al Tribunal que adjudique su Solicitud de Costos y Honorarios de Abogados. por un monto que no deberá superar $1,625,000. Los

Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará todos los costos y honorarios de abogados y demás pagos aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## 24.    ¿LXS DEMANDANTES NOMBRADXS RECIBIRÁN UN PAGO POR REPRESENTAR AL GRUPO?

Los Abogados del Grupo de Demandantes solicitarán aprobación del Tribunal para Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes por un monto de $15,000 para cada unx como parte de su Solicitud de Costos y Honorarios de Abogados. Los Abogados del Grupo de Demandantes presentarán su solicitud antes de la Audiencia de Aprobación Final. Aetna pagará los Pagos de Adjudicación por Servicio para lxs Representantes del Grupo de Demandantes aprobados por el Tribunal en un plazo de 30 días tras recibir toda la documentación necesaria para realizar el pago de forma separada del Fondo Común de $2,000,000, los Pagos Compensatorios por Beneficios, los pagos a lxs Representantes del Grupo de Demandantes y costos del Administrador y el Interventor Especial.

## <u>INFORMACIÓN ADICIONAL</u>

## 25.    ¿DÓNDE PUEDO ENCONTRAR MÁS INFORMACIÓN SOBRE EL ACUERDO?

Puede encontrar información adicional sobre el acuerdo propuesto, incluidos Documentos del Tribunal, respuestas a preguntas frecuentes y versiones físicas y en línea de la Presentación de Gastos de Bolsillo, Presentación de Daños y Perjuicios Diversos y Presentación de Prueba de Atención Mayor a la Cobertura en línea en **www.InfertilityInsuranceSettlement.com**.

También puede comunicarse con el Administrador del Acuerdo por correo electrónico, teléfono, fax o correo postal usando la siguiente información:

Correo electrónico:        **InfertilityInsuranceSettlement@AtticusAdmin.com**

Teléfono:      1- 800-205-6861

Fax:        1-888-326-6411

Correo:      Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
Saint Paul, MN 55164

Por favor NO se comunique con el Tribunal en caso de dudas sobre este Acuerdo.

## 26.    FECHAS IMPORTANTES Y PLAZOS QUE DEBE TENER EN CUENTA:

**26 DE AGOSTO DE 2025:**  La fecha para la cual el Administrador del Acuerdo debe <u>recibir</u> cualquier formulario opcional que pretenda completar en busca de consideración para indemnización adicional, solicitudes de exclusión u objeciones al Acuerdo.

**10 DE OCTUBRE DE 2025:** La fecha en la que el Tribunal contemplará si el Acuerdo es justo, razonable, adecuado y favorece los intereses del Grupo del Acuerdo.

INFERTILITY INSURNACE SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

<<barcode text>>

Claimant ID <<claiamnt ID>>  Seq ID: <<SEQ ID>>
<<FIRST NAME>>  <<LAST NAME>>
<<ADDRESS>>  <<ADDRESS 2>>
<<CITY>>  <<STATE>> << ZIP>>

**IF YOU WERE IN AN ELIGIBLE LGBTQ+ RELATIONSHIP AND AETNA LIFE INSURANCE COMPANY DENIED, OR WOULD HAVE DENIED YOU, COVERAGE FOR ARTIFICIAL INSEMINATION SERVICES SOUGHT OR RECEIVED BETWEEN SEPTEMBER 1, 2017 AND MAY 31, 2024 YOU MAY BE ELIGIBLE FOR APPROXIMATELY $10,000 OR MORE IN ADDITIONAL COMPENSATION**

This Notice was Authorized by the U.S. District Court for the Southern District of New York

*Goidel et al., v. Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VBS)

**WHAT IS THIS ABOUT?**

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's ("Defendant," or "Aetna") health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled *Goidel et al., v. Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York. In a class action, one or more individuals called "Named Plaintiffs" (in this case Emma Goidel, Ilana Lee, Madeleine Lee, and Lesley Brown) sue on behalf of all others who have similar claims. Aetna denies the allegations, and the Court did not rule in favor of Plaintiffs or Defendant. Rather, the parties agreed to this proposed settlement. **Under the proposed settlement, Class Members may receive approximately $10,000 or more, depending on the number of eligible Class Members**.

**WHO IS INCLUDED?**

Four categories of Class Members are included, all of which are made up of New York members of an Aetna plan who were in an "Eligible LGBTQ+ Relationship," defined as one individual with a uterus and a partner who was incapable of producing sperm due to being an individual who was assigned the female sex at birth, was intersex, or was assigned the male sex at birth and had transitioned or was in the process of transitioning to the opposite gender. (1) Category A Class Members - known by Aetna to have been denied coverage for one of an agreed-upon set of qualifying artificial insemination codes for services between September 1, 2017 and May 31, 2024 ("Class Period") and whose member files contained information indicating that they may be eligible to participate in the settlement; (2) Category B - known to have been denied coverage for a qualifying artificial insemination code during the Class Period but for whom we do not have sufficient information to determine



**Scan Code for More Info**

**Or to File Online Forms**

whether they may have been in an Eligible LGBTQ+ Relationship; (3) Category C - known to have been approved or denied coverage only for an IVF procedure during the Class Period but whose artificial insemination history is unknown and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals unknown to Aetna who underwent eligible artificial insemination procedures but who did not submit a request for coverage because they would have been denied and were in an Eligible LGBTQ+ Relationship at the time; and (4) Category D – known to have been denied coverage for a qualifying artificial insemination code during the class period, but whose denial was followed by an approval within 90 days, or otherwise paid by Aetna (certain members' files contain information indicating they may be eligible to participate in the settlement (D-A), while for others we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship (D-B)). If you received Notice in the mail you are believed to be a potential Class Member.

**WHAT DOES THE SETTLEMENT PROVIDE?**

**Class Members may receive a payment of approximately $10,000.** Aetna will create a $2,000,000 Common Fund to pay Class Members in exchange for settling the claims raised. If there are more than 200 Class Members, Class Members may receive less than $10,000. Category A Class Members will automatically receive this amount without taking any action. The requirements Category B C, and D Class Members must satisfy can be found online at www.InfertilityInsuranceSettlement.com.

Class Members may also complete Out-of-Pocket Expense Submissions and Miscellaneous Harm Submissions to be considered by a Special Master. Out-of-Pocket and Miscellaneous Harm awards will be paid as determined by the Special Master only if there are Common Funds remaining after all participating Class Members receive their approximate $10,000 payment.

Class Members may also be entitled to receive a $2,300 "Dollars for Benefits" payment as compensation for artificial insemination benefits their individual plans would have had Aetna approved their coverage requests if Aetna has not already paid for such services. Class Members who underwent covered infertility treatments during the Class Period that would have exceeded $2,300 and would have been reimbursed by Aetna, may submit a Proof of Greater Covered Care submission for additional Dollars for Benefits funds at Aetna's sole discretion.

**WHAT ARE MY OPTIONS?**

(1) Remain in the Class and complete the forms necessary to receive compensation, as applicable to your Class Category. You can't sue Aetna over the claims settled in this case, will be legally bound by the Court's orders, and will be unable to participate in other class action lawsuits against Aetna regarding the claims at issue in this case. (2) Request exclusion from the settlement as set out in the Long Form Notice and online. You will not receive any money but will retain your right to sue Aetna if you choose. (3) Object and inform the court why you do not agree with the terms of the settlement as set out in the Long Form Notice and online. You must remain a Class Member and may request to speak at the Final Approval Hearing if you wish.

**Forms, Submissions, Exclusion Requests, and Objections must be received on or before August 25, 2025. Please visit www.InfertilityInsuranceSettlement.com for more details.**

**WHEN WILL I GET PAID?**

The Court will hold a Final Approval Hearing at 2:00 p.m. on October 10, 2025 to consider whether the Settlement is fair, reasonable, and adequate. Payments cannot be dispersed until after the Court approves the Settlement. Please be patient.

**DO I HAVE A LAWYER?**

Emery, Celli, Brinckerhoff, Abady, Ward & Maazel, LLP, and the National Women's Law Center are representing the Class. You may hire your own lawyer, but it is not required.

**QUESTIONS? Visit www.InfertilityInsuranceSettlement.com or call 1-800-205-6861**

**SI USTED FUE PARTE DE UNA RELACIÓN LGBTQ+ ELEGIBLE Y AETNA LIFE INSURANCE COMPANY LE NEGÓ, O LE HABRÍA NEGADO, COBERTURA DE SERVICIOS DE INSEMINACIÓN ARTIFICIAL SOLICITADA O RECIBIDA ENTRE EL 1 DE SEPTIEMBRE DE 2017 Y EL 31 DE MAYO DE 2024, PODRÍA SER ELEGIBLE PARA RECIBIR APROXIMADAMENTE $10,000 O MÁS EN INDEMNIZACIÓN ADICIONAL**

Esta Notificación fue autorizada por el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York
*Goidel et al., v. Aetna Life Insurance Company,,* No. de caso 1:21-cv-07619 (VBS)

### ¿CUÁL ES EL ASUNTO DE ESTA NOTIFICACIÓN?

Se ha alcanzado un acuerdo propuesto en una demanda colectiva sobre si la póliza de seguro médico de Aetna Life Insurance Company ("Demandado" o "Aetna") discriminó o negó igualdad de acceso a cobertura de seguro para inseminación artificial a individuxs en relaciones LGBTQ+ en el estado de Nueva York. La demanda, titulada *Goidel et al., v. Aetna Life Insurance Company,* No. de caso 1:21-cv-07619 (VBS), está en trámite en el Tribunal de Distrito de los EE. UU. para el Distrito Sur de Nueva York. En una demanda colectiva, unx o más individuxs, denominadxs "Demandantes Nombradxs" (en este caso Emma Goidel, Ilana Lee, Madeleine Lee y Lesley Brown), demandan en nombre de todxs quienes tengan reclamaciones similares. Aetna niega las acusaciones y el Tribunal no ha fallado a favor de lxs Demandantes o el Demandado. En su lugar, las partes han aceptado este acuerdo propuesto. **Bajo el acuerdo de liquidación propuesto, lxs Miembrxs del Grupo de Demandantes pueden recibir aproximadamente $10,000 o más, dependiendo del número de Miembrxs del Grupo elegibles.**

### ¿QUIÉN ESTÁ INCLUIDO?

La demanda incluye cuatro categorías de Miembrxs del Grupo de Demandantes, todas las cuales están conformadas por miembrxs de un plan de Aetna en Nueva York que estaban en "Relaciones LGBTQ+ Elegibles", que se definen como unx individux con un útero y una pareja incapaz de producir semen por ser individuxs a quienes se asignó el sexo femenino al nacer, ser intersexuales o ser individuxs a quienes se asignó el sexo masculino al nacer pero que más tarde transicionaron, o estaban en proceso de transicionar, al sexo opuesto. (1) Miembrxs del Grupo de Demandantes Categoría A - aquellxs a quienes Aetna sabe que negó cobertura para uno de un conjunto acordado de códigos de inseminación artificial elegibles por servicios prestados entre el 1 de septiembre de 2017 y el 31 de mayo de 2024 ("Periodo de la Demanda Colectiva") y cuyos expedientes de miembrxs incluían información que indicaba que podrían ser elegibles para participar en el acuerdo; (2) Categoría B - aquellxs a quienes se sabe que se les negó cobertura para un código de inseminación artificial elegible durante el Periodo de la Demanda Colectiva, pero sobre quienes no hay información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible; (3) Categoría C - aquellos a quienes se sabe que se les aprobó o negó cobertura solo para un tratamiento de IVF durante el Periodo de la Demanda Colectiva pero cuyo historial de inseminación artificial se desconoce y sobre quienes carecemos de información suficiente para determinar si pudieron haber sido parte de una Relación LGBTQ+ Elegible, o individuxs desconocidxs para Aetna que se sometieron a tratamientos de inseminación artificial pero que no presentaron una solicitud de cobertura porque se les habría negado y eran parte de una Relación LGBTQ+ Elegible en el momento; y (4) Categoría D - aquellxs a quienes se sabe que se les negó cobertura para un código de inseminación artificial elegible durante el periodo de la demanda colectiva, pero cuyo rechazo fue sucedido por una aprobación en un plazo de 90 días, o a quienes Aetna pagó de alguna otra manera (los expedientes de ciertxs miembrxs

contienen información que indica que pueden ser elegibles para participar en el acuerdo (D-A); en el caso de otrxs miembrxs no contamos con información suficiente para determinar si podrían haber sido parte de una Relación LGBTQ+ Elegible (D-B)). Si usted ha recibido esta Notificación por correo, es porque se cree que es unx potencial Miembrx Grupo de Demandantes.

### ¿QUÉ PROPORCIONA EL ACUERDO?

**Lxs Miembrxs del Grupo de Demandantes pueden recibir un pago de aproximadamente $10,000.** Aetna creará un Fondo Común de $2,000,000 para pagar a lxs Miembrxs del Grupo de Demandantes a cambio de resolver las reclamaciones planteadas. Si hay más de 200 Miembrxs en el Grupo, lxs Miembrxs del Grupo podrían recibir menos de $10,000. Lxs Miembrxs del Grupo de Demandantes de Categoría A recibirán automáticamente este monto sin necesidad de realizar acción alguna. Los requisitos que deben cumplir lxs Miembrxs del Grupo de Demandantes de las Categorías B, C y D están disponibles en www.InfertilityInsuranceSettlement.com.

Lxs Miembrxs del Grupo de Demandantes también pueden preparar Presentaciones en busca de remuneración por <u>Gastos de Bolsillo</u> y por <u>Daños y Perjuicios Diversos</u> que evaluará un Interventor Especial. Los laudos por Gastos de Bolsillo y Daños y Perjuicios Varios se pagarán según lo determine el Interventor Especial únicamente en caso de haber Fondos Comunes restantes luego de que todxs lxs Miembrxs Participantes del Grupo de Demandantes reciban su pago de aproximadamente $10,000.



Escanee el código para más información

o para presentar formularios en línea.

Lxs Miembrxs del Grupo de Demandantes también pueden tener derecho a recibir un pago de $2,300 por concepto de "Pago Compensatorio por Beneficios" como compensación por beneficios de inseminación artificial que sus planes individuales les habrían pagado si Aetna hubiese aprobado las solicitudes de cobertura, en caso de que Aetna aún no haya pagado tales servicios. Lxs Miembrxs del Grupo de Demandantes que se hayan sometido a tratamientos de infertilidad cubiertos durante el Periodo de la Demanda Colectiva que habrían superado los $2,300 y que Aetna habría reembolsado pueden enviar una presentación de Prueba de Atención Mayor a la Cobertura para recibir fondos adicionales de Pago Compensatorio por Beneficios, al exclusivo criterio de Aetna.

### ¿CUÁLES SON MIS OPCIONES?

(1) Permanecer en el Grupo de Demandantes y llenar los formularios necesarios para recibir compensación, según aplique a su Categoría en el Grupo de Demandantes. No podrá demandar a Aetna por las reclamaciones resueltas en este caso, quedará obligadx legalmente por las órdenes del Tribunal, y no podrá participar en otras demandas colectivas contra Aetna en conexión con las reclamaciones en cuestión en este caso. (2) Solicitar que se le excluya del acuerdo de liquidación como se detalla en la Notificación de Formato Largo y en línea. No recibirá dinero, pero conservará el derecho de demandar a Aetna si así lo decide. (3) Presentar una objeción e informar al tribunal por qué está insatisfechx con los términos del acuerdo de liquidación que se detallan en la Notificación de Formato Largo y en línea. Deberá

seguir siendo miembro del Grupo de Demandantes, puede seguir solicitar hablar en la Audiencia de Aprobación Final si así lo desea. **Los formularios, presentaciones, solicitudes de exclusión y objeciones deben recibirse a más tardar el 25 de agosto de 2025. Por favor visite www.InfertilityInsuranceSettlement.com para obtener más detalles.**

## ¿CUÁNDO SE ME PAGARÁ?

El Tribunal llevará a cabo una Audiencia de Aprobación Final a las 2:00 p.m. el 10 de octubre de 2024 para evaluar si el Acuerdo de

Liquidación es justo, razonable y adecuado. Los pagos no podrán distribuirse sino hasta que el Tribunal apruebe el Acuerdo de Liquidación. Por favor tenga paciencia.

## ¿CUENTO CON UN ABOGADO?

Emery, Celli, Brinckerhoff, Abady, Ward & Maazel, LLP, y el National Women's Law Center representan al Grupo de Demandantes. Puede contratar a su propio abogado, si bien no se requiere que lo haga.

**¿DUDAS? Visite www.InfertilityInsuranceSettlement.com o llame al 1-800-205-6861**

**EXHIBIT E**





**EXHIBIT F**

INFERTILITY INSURANCE SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

<<barcode text>>

Claimant ID: <<Claimant ID>> - <<SEQ ID>>
<<FIRST NAME>> <<LAST NAME>>
<<ADDRESS>> <<ADDRESS 2>>
<<CITY>> <<STATE>> << ZIP>>

*Goidel et al., v. Aetna Life Insurance Company*
Case No. 1:21-cv-07619 (VBS)
U.S. District Court for the Southern District of New York

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled *Goidel et al., v. Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York.

You were identified as a Category A Class Member and a Summary Notice was mailed to you on December 11, 2024. As explained in the Summary Notice, you are eligible to receive a payment of up to approximately $10,000.

You do not need to take any action to receive that payment, and a check will automatically be mailed to you at the address on file. To ensure we have the most accurate address on file for you, please log into the dashboard on the Settlement website and confirm or update your address.

Dashboard Login Credentials:
Claimant ID: <<Claimant ID>>
Aetna WNumber <<WNumber>>

You may be eligible to complete additional forms for further compensation. Visit the Settlement website at www.InfertilityInsuranceSettlement.com for more information or to complete your Form(s) online.

**PLEASE COMPLETE YOUR ADDRESS VERIFICATION AND SUBMIT ANY OPTIONAL FORMS BY AUGUST 26, 2025**

**QUESTIONS?**
Visit www.InfertilityInsuranceSettlement.com or Call Toll-Free 1-800-205-6861



INFERTILITY INSURANCE SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

<<barcode text>>

Claimant ID: <<Claimant ID>> - <<SEQ ID>>
<<FIRST NAME>> <<LAST NAME>>
<<ADDRESS>> <<ADDRESS 2>>
<<CITY>> <<STATE>> << ZIP>>

*Goidel et al., v. Aetna Life Insurance Company*
Case No. 1:21-cv-07619 (VBS)
U.S. District Court for the Southern District of New York

A proposed settlement has been reached in a class action about whether Aetna Life Insurance Company's health insurance policy was discriminatory and denied equal access to insurance coverage for artificial insemination to individuals in LGBTQ+ relationships in the state of New York. The lawsuit, titled *Goidel et al., v. Aetna Life Insurance Company,* Case No. 1:21-cv-07619 (VBS), is pending in the U.S. District Court for the Southern District of New York.

You were identified as a potential Class Member and a Summary Notice and forms you are required to complete in order to **RECEIVE APPROXIMATELY $10,000 OR MORE** were mailed to you on December 11, 2024.

<<Merge field for Category B through D-B only>> Our records show that we have not yet received the required <<Attestation Form>> <<Attestation Form and Claim Form Submission>> from you.>>

You may be eligible to complete additional forms for further compensation. Visit the Settlement website at www.InfertilityInsuranceSettlement.com for more information or to complete your Form(s) online.

To ensure we have the most accurate address on file for you, please log into the dashboard on the Settlement website and confirm or update your address.

Dashboard Login Credentials:
Claimant ID: <<Claimant ID>>
Aetna WNumber <<WNumber>>

**FORMS MUST BE SUBMITTED ON OR BEFORE AUGUST 26, 2025**

**QUESTIONS?**
Visit www.InfertilityInsuranceSettlement.com or Call Toll-Free 1-800-205-6861

**EXHIBIT G**

RE: Court Preliminarily Approves Aetna Settlement Regarding Equitable Fertility Coverage for LGBTQ+ Families

On October 8, 2024, the U.S. District Court for the Southern District of New York has preliminarily approved a settlement between Aetna and plaintiffs in Goidel v. Aetna Life Insurance Company (Case No. 1:21-cv-07619 (VSB)).

Please visit the settlement website for updates on the notice & claim form submission process, or to review the settlement documents and the Court's order **HERE**.

**EXHIBIT H**

INFERTILITY INSURANCE SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

CLAIMANT ID: «claimant_id»
CLAIM NUMBER: «claim_form_number»
DATE: «cure_letter_print_date»


«                    »

CLAIMANT ID: «claimant_id»_CUR

«first_name» «last_name»
«address1» «address2»
«city» «state» «zip»

### NOTICE OF DEFICIENT CLAIM FORM

Dear «first_name» «last_name»:

Thank you for submitting your Attestation Form in the *Goidel et al., v. Aetna Life Insurance Company*, Case No. 1:21-cv-07619 (VSB), class action Settlement.

You are receiving this Notice because you did not submit a Claim Form to accompany your Attestation Form.

Per the terms of the Settlement, as a Category C Class Member, to be eligible for a potential payment you must complete and timely submit (1) an Attestation Form to confirm your relationship status at the time you could have sought coverage from Aetna for artificial insemination services received and (2) a Claim Submission Form evidencing that you underwent artificial insemination associated with one of an agreed-upon set of qualifying ICI or IUI codes, with accompanying documentation, examples of which are listed in the Claim Submission Form.

Category C Class definition is: Individuals whose Aetna member files contain a claim or precertification request for one of an agreed-upon set of qualifying in vitro fertilization ("IVF") codes during the Class Period but whose artificial insemination history cannot be determined from Aetna's member files, and for whom we do not have sufficient information to determine whether they may have been in an Eligible LGBTQ+ Relationship, or individuals who did not submit precertification or claim requests during the Class Period because they would be denied, and nevertheless underwent artificial insemination covered by one of an agreed-upon set of qualifying ICI or IUI codes.

Failure to respond to this Notice of Deficient Claim and provide the information necessary to complete your Claim Form by **August 26, 2025,** will result in the rejection of your claim and you will not be eligible to receive a Settlement Payment.

Please return the fully completed and signed Claim Form, attached to this letter, to the Administrator's office:

BY FAX:        1-888-326-6411
BY EMAIL:      InfertilityInsuranceSettlement@atticusadmin.com
ONLINE:        www.InfertilityInsuranceSettlement.com
BY MAIL:       Infertility Insurance Settlement
               c/o Atticus Administration
               PO Box 64053
               St. Paul, MN 55164

For more information, please call toll-free 1-800-205-6861.

Sincerely,

Office of the Administrator

THIS PAGE IS LEFT BLANK INTENTIONALLY

# CLAIM SUBMISSION FORM

*Goidel et al. v. Aetna Life Insurance Company*
U.S. District Court, Southern District of New York
Case No. 1:21-cv-07619 (VSB)

## <u>CATEGORY C AND D CLASS MEMBERS</u> MUST COMPLETE AND RETURN THIS FORM SO IT IS RECEIVED BY AUGUST 26, 2025 TO BE ELIGIBLE FOR AN APPROXIMATE $10,000 PAYMENT

**COMPLETION AND SUBMISSION OF THIS FORM IS NOT GUARANTEE OF ELIGIBILITY. YOU MUST COMPLETE AND SUBMIT THIS FORM TO BE CONSIDERED.**

**PLEASE READ THIS CLAIM SUBMISSION FORM AND THE ENCLOSED SETTLEMENT NOTICE CAREFULLY**

### <u>ELIGIBILITY</u>

If you sought or could have sought coverage for one or more cycles of artificial insemination (intracervical insemination ("ICI") or intrauterine insemination ("IUI")) (described below in Step 2) received between September 1, 2017, and May 31, 2024, you were in an Eligible LGBTQ+ Relationship as described in the Settlement Notice at the time, you have not requested exclusion from this settlement, and you complete and timely submit this form and the required Attestation Form, you may be entitled to an approximate $10,000 payment, or a proportionally reduced payment if there are more than 200 class members. **Submission of this form is required if you've been identified as a potential Category C or D Class Member.**

### <u>GENERAL CLAIM SUBMISSION FORM INFORMATION</u>

Failure to comply with the instructions for completing a claim described on the next page may result in an ineligible claim. After you submit your claim, if additional information is required to complete your claim, you will be notified by mail and/or email. Any documents submitted as supporting evidence will not be returned. Please retain copies of your documents for your own records.

## INSTRUCTIONS FOR COMPLETING A CLAIM

BEFORE YOU BEGIN COMPLETING THIS FORM, contact the provider or providers you received artificial insemination from between September 1, 2017, and May 31, 2024, and request the following information that will be required to complete this Claim Submission Form.

> I am participating in a class action settlement related to coverage for the provision of infertility services received between September 1, 2017 and May 31, 2024 and have been asked by my health insurer to provide the following information about the artificial insemination services I received from you during that time:
> (1) Provider Name
> (2) Provider Address
> (3) Provider TIN/PIN
> (4) National Provider Identifier (NPI)
>
> For each service received during the relevant time period, please fill out the following:
> <u>CPT Code (check one):</u>
> _____ S4035 (Artificial Insemination; Menotropin)
> _____ 58321 (Artificial Insemination; Intra-Cervical)
> _____ 58322 (Artificial Insemination; Intra-Uterine)
> Date of Service: _____
> The amount billed to me for this service is: $ _____
> The amount I paid for this service is: $ _____
> Please repeat the above for each service for S4035, 58321, or 58322 I received during the relevant time period.

You will also need the CPT Code(s) associated with the artificial insemination(s) you underwent. Descriptions of the applicable CPT Codes used for artificial insemination procedures covered by this settlement are as follows:

**(1) S4035-Artificial Insemination Menotropin**
   Stimulated intrauterine insemination
**(2) 58321-Artificial Insemination; Intra-Cervical**
   In this procedure, the provider inserts prepared live sperm into the cervical canal.
**(3) 58322-Artificial Insemination; Intra-Uterine**
   In this procedure, the provider inserts prepared live sperm into the uterus through the cervical canal.

<u>**Cycles of in-vitro insemination ("IVF") will not qualify you for Class Membership and should not be submitted.**</u>

In order to be considered for a payment, this Claim Form and the Attestation Form must be fully completed, signed under penalty of perjury, and received by the Settlement Administrator on or before August 26, 2025 using one of the following methods:

ONLINE: www.InfertilityInsuranceSettlement.com

MAIL: Infertility Insurance Settlement
c/o Atticus Administration
PO Box 64053
St. Paul MN 55164
EMAIL: InfertilityInsuranceSettlement@atticusadmin.com
FAX: 1-888-326-6411

## STEP 1: CLASS MEMBER INFORMATION

**Class Member First Name**

**Class Member Last Name**

**M.I.**

**Aetna Member Number (W Number):**

**Social Security Number:**

**Employer/ Plan Sponsor:**

**Date of Birth (mm/dd/yyyy):**

**If the address on page one is correct check here:**

**If the address on page one is not correct, or if none is listed, provide info below:**

**Class Member Address**

**City**

**State**

**Zip Code**

**Class Member Email Address:**

**Class Member Telephone:**

**Pick One:**
Mobile
Home

**Are you acting on behalf of a deceased or incapacitated Class Member?**     NO     YES

*If you are acting on behalf of a deceased Class Member or a Class Member who does not have the capacity to act on their own behalf, documentation supporting your authority to act on their behalf will be required to validate your claim. To proceed, please complete the representative portion of the claim below and submit documentation substantiating your authority to act on behalf of the above Class Member.*

**COMPLETE THIS PORTION OF STEP 1 ONLY IF YOU ARE ACTING ON BEHALF OF A CLASS MEMBER**

**Representative First Name**

**Representative Last Name**

**M.I.**

**Representative Address**

**City**

**State**

**Zip Code**

**Representative Email Address:**

**Representative Telephone:**

**Pick One:**
Mobile ☐
Home ☐

## STEP 2: ARTIFICIAL INSEMINATION HISTORY

Please provide the information in the following chart for each cycle of artificial insemination that you underwent between September 1, 2017, and May 31, 2024 that was not previously submitted to Aetna. Supporting evidence for each procedure you include is required and must be submitted with this form to verify your claim. Add additional procedures on a separate piece of paper if necessary.

**FIRST CYCLE BETWEEN SEPTEMBER 1, 2017 AND MAY 31, 2024:**

Date of Service (mm/yy/dddd): _____

CPT Code- Check the box(s) that apply (see page 2):

**S4035** ☐
**58321** ☐
**58322** ☐

Provider TIN/PIN: _____     Provider NPI: _____

Provider Name: _____

Provider Address: _____

_____

_____

Provider Phone: _____     Amount Paid _____

**SECOND CYCLE BETWEEN SEPTEMBER 1, 2017 AND MAY 31, 2024:**

Date of Service
(mm/yy/dddd): _____

CPT Code- Check the box(s) that apply (see page 2):

           **S4035** ☐
           **58321** ☐
           **58322** ☐

Provider TIN/PIN: _____     Provider NPI: _____

Provider Name: _____

Provider Address: _____

_____

_____

Provider Phone: _____     Amount Paid _____

**THIRD CYCLE BETWEEN SEPTEMBER 1, 2017, AND MAY 31, 2024:**

Date of Service
(mm/yy/dddd): _____

CPT Code- Check the box(s) that apply (see page 2):

           **S4035** ☐
           **58321** ☐
           **58322** ☐

Provider TIN/PIN: _____     Provider NPI: _____

Provider Name: _____

Provider Address: _____

_____

_____

Provider Phone: _____     Amount Paid _____

*Please visit www.InfertilityInsuranceSettlement.com for an Appendix to the Claim Form for additional cycle history.*

## STEP 4: DOCUMENTATION

Provide the required supporting evidence to support the procedure(s) described in **STEP 3**. Examples of acceptable forms for supporting evidence might include a bill from your provider, a medical record or a self-pay agreement. Evidence provided must, at a minimum, confirm (1) that you received a service, (2) what service you received, (3) the date of service and (4) that you were billed for that service.

**STEP 5: CERTIFICATION AND SIGNATURE**

I certify under penalty of perjury that the information included in this Claim Submission Form and the accompanying supporting evidence are true and correct to the best of my knowledge.

_____          _____
Signature                                                                 Date (mm/dd/yyyy)

Information on where and how to submit your Claim Submission Form can be found on page 2.

Claimant ID: «claimant_id»_CUR