UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

———————————————————————————— x

     The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

     ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Goidel, et al., v. Aetna Life Insurance Company, No. 1:21-cv-07619 (VSB).

     ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

     The date(s) for which such authorization is provided is (are) October 10, 2025.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Eric Abrams | eabrams@ecbawm.com | Laptop, cell phone, iPad | 518 | Yes |
| Zoe Salzman | zsalzman@ecbawm.com | Laptop, cell phone | 518 | Yes |
| Alison Tanner | atanner@nwlc.org | Laptop, cell phone | 518 | Yes |

*(Attach Extra Sheet If Needed)*

     The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

     SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

Additional Attorneys/Devices Requested

| Attorney | E-Mail | Device(s) | Room | WIFI |
|---|---|---|---|---|
| Michelle Banker | mbanker@nwlc.org | Personal & work phones | 518 | Yes |
| Noel Leon | nleon@nwlc.org | Personal & work phones, laptop | 518 | Yes |